Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

 PAID          FILED

# UNITED STATES DISTRICT COURT 2022 OCT 31  AM 11: 41

for the

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ~~ECC~~

Central District of California

Western Division

2:22-CV- 07918-SB-PVCx

|  |  |  |
|---|---|---|
| Nancy Marie Kremer, a living woman in Compact on California | ) | Case No. |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| ( | ) | |
| –v– | ) | Trial by Jury:          Yes |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Joseph Biden | ) | |
| President of the United States | ) | |
| et alii,   see attached page seven (7) | ) | |
| *Defendant(s)* | ) | |
| *See attached page seven (7)* | ) | |

## COMPLAINT FOR A CIVIL CASE

**I.      The Parties to This Complaint**

   **A.      The Plaintiff(s)**

| | |
|---|---|
| Name | Nancy Marie Kremer, a living woman, in Compact on California |
| Street Address | ℅ 12400 Ventura Boulevard #319 |
| City and County | Studio City, Los Angeles County |
| State and Zip Code | California  [91604] |
| Telephone Number | 818-633-0071 |
| E-mail Address | |



Monday, October 31, 2022

United States District Court
Central District of California
Western Division
First Street U.S. Courthouse
Edward R. Roybal Federal Building & U.S. Courthouse
350 W 1st Street, Suite 4311
Los Angeles, California 90012

RE: Registration of Foreign Judgment

To Whom It May Concern:

The attached Claim/Complaint is to be filed as an original proceeding into a Miscellaneous Case for Registration of a Foreign Judgement pursuant to and "in the nature of" the legal and lawful maxims, case law, statutes, code, regulations mentioned within the Declaration of Truth, Status, and Corporate Frauds in the Form of an Affidavit (Exhibit #1). Said Miscellaneous Case is the entry as a federal jacket a/k/a "green file" into the U.S. Court of Federal Claims. This Foreign Judgement is referenced via Certificate of Origin No: RB 121 758 071 US. It is a non-judicial result of a self-executing contract in Admiralty Law rendering a foreign Final *Nihil Dicit Default* Judgment due to a non-response to an Administrative Affidavit of Specific Averments, Opportunity to Cure and Counterclaim, in Admiralty, by lawful and legal definition as certified by officers of the court, i.e., Notary Publics.

The Demand is for Sum Certain twenty-one million American dollars (money in circulation) and enforcement of Presentment(s) from a Grand Jury of living men and living women and possible Trial by Jury if so Presented from Grand Jury.

Sincerely,

all rights reserved

By: Nancy Marie: Kremer.

Nancy Marie Kremer
a living woman
in Compact on California
℅ 12400 Ventura Boulevard #319
Studio City, Los Angeles County
California near [91604]
non-domestic-without the U.S.





### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Joseph Biden |
| Job or Title *(if known)* | President of the United States |
| Street Address | 1600 Pennsylvania Avenue NW |
| City and County | Washington, D.C. |
| State and Zip Code | 20500 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Donald J. Trump |
| Job or Title *(if known)* | Commander-In-Chief, United States of America (1787) |
| Street Address | ℅ 1100 South Ocean Boulevard |
| City and County | Palm Beach, |
| State and Zip Code | Florida  [33480] |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | John Roberts |
| Job or Title *(if known)* | Chief of the U.S. Supreme Court |
| Street Address | 1 First Street, N.E. |
| City and County | Washington, D.C. |
| State and Zip Code | 20543 |
| Telephone Number | |
| E-mail Address *(if known)* | |





Defendant No. 4

| | |
|---|---|
| Name | Gavin Newsom |
| Job or Title *(if known)* | Governor of the State of California |
| Street Address | 1021 O Street  Suite 9000 |
| City and County | Sacramento, Sacramento County |
| State and Zip Code | California 95814 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Additional Defendants on pages eight (8) through eleven (11).

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

Federal question- yes                    Diversity of citizenship- yes

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Constitution for The united States of America (1787) being usurped under fraud and deception by Constitution of the United States of America (1789)  and again the Constitution of the United States (1790), thereby confusing and harming this living woman of her political status as a corporation rather than her living woman status as a creation of Yhwh/Almighty God/Creator.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is a woman

The plaintiff,          **Nancy Marie Kremer**                    , is a living
                                                                                                                    woman on the

California      Republic



Pro Se 1 (Rev. 12/16) Complaint for a Civil Case



    b.    If the plaintiff is a corporation

, is incorporated

,

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)*    Joseph Biden, President of the United    , is a citizen of
                                    States, Inc.

        the State of *(name)*    . Or is a citizen of

        *(foreign*    United States.    .

*nation)*

    b.    If the defendant is a corporation

        The defendant, *(name)*    , is incorporated
                                              under

        the laws of the State of *(name)*    , and has its

        principal place of business in the State of *(name)*    .

        Or is incorporated under the laws of *(foreign nation)*    ,

        and has its principal place of business in *(name)*    .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)* ***See page twelve (12)***

3.    The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

        PERSONAGE carries a fine of 6 million American dollars.
        Dishonor in Commerce, Fraud, carries a fine of 1 million American dollars.
    Treble damages for not paid within 30 days of receipt of the True Bill.  Sum certain being twenty-one million American dollars.





## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

This living woman using scriptural, lawful, and legal remedy of the administrative process, offering all Respondents the rightful opportunity to properly rebut any and all of the Averments, of which, no Respondent took the opportunity thus the Declaration of Truth, Status, and Corporate Frauds in the Form of an Affidavit (see Exhibit) stands as truth in law, res judicata.

Under deceit and fraud, the corporate government stole all the energy and resources and gifting this woman produced in her lifetime through manipulating this living woman to be a surety for a corporate fiction.

Under deceit and fraud, the corporate government tricked this living woman into many contracts that could only be addressed in an admiralty court, thus taking away her rightful remedy as a living woman for private agreements and forcing her to adhere to adhesion contracts, hiding all means to offset her debt, and tricking her with tacit consent.

Under deceit and fraud, the corporate government removed lawful money and hid the process for debt offset thus forcing her private actions into commerce resulting in several bankruptcies, a foreclosure, another attempted foreclosure, taxation, fees, and more.

Under deceit and fraud, the corporate government by allowing unlawful monetary policies and banking practices forced this living woman to double and triple payments and fees for mortgages, credit cards, car loans, personal loans, and more through deceptive financial instruments, contracts, and use of her signatures.

Under deceit and fraud, the corporate government by unlawful monetary policies and the BIRTH CERTIFICATE fraud, refused her capital investment in herself by not allowing her authority to access the Birth Certificate Trust created by the value of her own energy by deceitfully declaring her a minor and ward of the state.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any  punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or  punitive money damages.



Pro Se 1 (Rev. 12/16) Complaint for a Civil Case



Under deceit and fraud, the corporate government redefined this living woman as a surety for a BIRTH CERTIFICATE CORPORATION of her same name in all capital letters and such action is PERSONAGE and carries a fine of 6 million American dollars.

A lifetime of Dishonor in Commerce, the fine of 1 million American dollars is sorely under claimed.

The desired remedy is 7 million American dollars from the United States President which is now treble damages since there has been no payment or dispute within 30 days of receipt of True Bill with a Sum Certain of 21 million American dollars.

As stated in the True Bill, the plaintiff also seeks lawful enforcement on any Respondent for all Grand Jury Presentments which may also lead to Trial by Jury (not Jury Trial) for potential criminal actions.

The plaintiff also seeks full remedy in status correction for all known and unknown contracts, assumptions, presumptions ab initio and in perpetuity, and acknowledges she is a living woman, age of majority, and competent to handle her affairs and in no need to be a ward of the state and seeks full remedy as such.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have  evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current private mail address on file with the Clerk's Office may result in the dismissal of my case.

Date:  *October 31, 2022*

Mark of Plaintiff  *by: Nancy-Marie: Kremer.*

Printed Name of Plaintiff  *Nancy Marie Kremer*



### B.    For Attorneys - not applicable

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number



Complete list of Defendants in their Public and Private Capacity

Joseph Biden

Donald J. Trump

Mark A. Milley

Lloyd J. Austin

Duane R. Miller

Antony John Blinken

Janet Louise Yellen

Merrick Brian Garland

GIna Mărie Raimondo

Charles P. Rettig

Nancy Pelosi

Kamala D. Harris

Patrick J. Leahy

John Roberts

Gavin Newsom

Shirley Nash Weber

Rob Bonta

Steve Gordon

Kim Johnson

Mark Ghaly

Tony Thurmond

Anthony Rendon

Toni G. Atkins

Sherri R. Carter

Alex Villanueva

Hilda L. Solis

Holly J. Mitchell

Sheila Kuehl

Janice Hahn

Kathryn Barger

George Gascon

Jeffrey Prang



additional The Defendants in their Individual, Government, and Corporate capacities:

GEN. MARK A. MILLEY, Chairman of the Joint Chiefs of Staff

9999 Joint Staff Pentagon

Washington, DC 20318-9999

LLOYD J. AUSTIN, Secretary of Defense

1400 Defense Pentagon

Washington D.C. 20301-1000

MAJ. GEN. DUANE R. MILLER, Provost Marshal General

2800 Army Pentagon

Washington D.C. 20310-2800

ANTONY JOHN BLINKEN, U.S. SECRETARY OF STATE

2201 C Street NW, Suite 7226

Washington, D.C. 20520

JANET LOUISE YELLEN, U.S. Secretary of Treasury

1500 Pennsylvania Avenue NW

Washington, D.C. 20220

MERRICK BRIAN GARLAND, U.S. Attorney General

10th St. &  Constitution Avenue NW, Suite 5137

Washington D.C. 20530

GINA MARIE RAIMONDO, U.S. SECRETARY OF COMMERCE

1401 Constitution Avenue NW

Washington, D.C. 20230

CHARLES P. RETTIG, Commissioner

IRS/Internal Revenue Service

1111 Constitution Avenue NW

Washington D.C. 20224-0002



NANCY PELOSI, U.S. Speaker of the U.S. House of Representatives

1236 Longworth H.O.B.

Washington D.C. 20515-0512


KAMALA D. HARRIS, Vice President

1600 Pennsylvania Avenue NW

Washington, DC  20500


PATRICK J. LEAHY, U.S. Senate President Pro Tempore

437 Russell Senate Building

Washington, DC 20510


SHIRLEY NASH WEBER, CALIFORNIA SECRETARY OF STATE

1500 11th Street, 2nd Floor

Sacramento, CA 95814


ROB BONTA, California Attorney General

1300 "I" Street

Sacramento, CA 95814-2919


STEVE GORDON, DIRECTOR DEPARTMENT OF MOTOR VEHICLES

DMV Headquarters

2415 1st Avenue

Sacramento, CA 95818


KIM JOHNSON, California Dept of Social Services Director

744 P Street

Sacramento, California  95814


MARK GHALY, California HHS Secretary

1600 Ninth Street, Room 460

Sacramento, CA  95814


TONY THURMOND, Supervisor of Public Instruction

1430 N Street

Sacramento, California 95814-5901



ANTHONY RENDON, Speaker California State Assembly
State Capitol Room 219
Sacramento, CA  95814

TONI G. ATKINS, California State Senate President pro Tempore
1021 O Street Suite 8518
Sacramento, CA  95814

SHERRI R. CARTER
SUPERIOR COURT OF CALIFORNIA
County of Los Angeles
111 North Hill Street
Los Angeles, CA 90012

ALEX VILLANUEVA, SHERIFF
COUNTY OF LOS ANGELES
211 West Temple Street
Los Angeles, CA 90012

HILDA L. SOLIS, Los Angeles County Supervisor
500 West Temple St.
Los Angeles, CA 90012

HOLLY J. MITCHELL, Los Angeles County Supervisor
500 West Temple St.
Los Angeles, CA 90012

SHEILA KUEHL, Los Angeles County Supervisor
500 West Temple St.
Los Angeles, CA 90012

JANICE HAHN, Los Angeles County Supervisor
500 West Temple St.
Los Angeles, CA 90012



KATHRYN BARGER, Los Angeles County Supervisor

500 West Temple St.

Los Angeles, CA 90012


GEORGE GASCON, Los Angeles District Attorney

211 West Temple Street

Los Angeles, CA 90012


JEFFREY PRANG, Los Angeles County Assessor

500 West Temple Street

Los Angeles, CA, 90012



Basis for Jurisdiction - Diversity of Citizenship

Donald J. Trump, Citizen of the United States

John Roberts, Citizen of the United States

Gavin Newsom, Citizen of the United States and State of California

General Mark A. Milley, Citizen of the United States

Lloyd J. Austin, Citizen of the United States

MAJ GEN Duane R. Miller, Citizen of the United States

Antony John Blinken, Citizen of the United States

Janet Louise Yellen, Citizen of the United States

Merrick Brian Garland, Citizen of the United States

Gina Marie Raimondo, Citizen of the United States

Charles P. Rettig, Citizen of the United States

Nancy Pelosi, Citizen of the United States and State of California

Kamala D. Harris, Citizen of the United States and State of California

Patrick J. Leahy, Citizen of the United States

Shirley Nash Weber, Citizen of the United State and State of California

Rob Bonta, Citizen of the United States and State of California

Steve Gordon, Citizen of the United States and State of California

Kim Johnson, Citizen of the United States and State of California

Mark Ghaly, Citizen of the United States and State of California

Tony Thurmond, Citizen of the United States and State of California

Anthony Rendon, Citizen of the United States and State of California

Toni G. Atkins, Citizen of the United States and State of California

Sherri R. Carter,  Citizen of the United States and State of California

Alex Villanueva, Citizen of the United States and State of California

Hilda L. Solis, Citizen of the United States and State of California

Holly J. Mitchell, Citizen of the United States and State of California

Sheila Kuehl, Citizen of the United States and State of California

Janice Hahn, Citizen of the United States and State of California

Kathryn Barger, Citizen of the United States and State of California

George Gascon, Citizen of the United States and State of California

Jeffrey Prang, Citizen of the United States and State of California





Declarant's Private Mailing Location:          Recorder/Clerk Use Only:

**Nancy Marie Kremer**
Private American State National
One of the People in Compact
c/o 12400 Ventura Blvd. suite 319,
Studio City, California

Bond Number: 122-62-003297

Certificate of Origin No: RB 121 758 071 US

## Declaration of Truth, Status, and Corporate Frauds
## in the Form of an Affidavit

on The United States of America (1787)    )

on The California Republic      (1849)    )  ss.

on Los Angeles county          (1850)    )

of
**Nancy Marie Kremer**
a Private American State National and Living Inhabitant on California

Whereas I, Declarant Nancy Marie Kremer, in *esse* and *sui juris*, being of sound mind and of majority age, being an Honorable woman on the Land, and one of the People in Compact in California (see Exhibit) hereby depose and declare on my own firsthand knowledge under the penalty of perjury under the Public Laws of The united States of America (1787), without the UNITED STATES OF AMERICA, Inc. and without the Corporate "UNITED STATES, INC." or any other Corporations or Municipalities, herein affirms to tell the truth, the whole truth, and nothing but the truth to the utmost of my ability and to the absolute best of my vast knowledge, that the following facts and declarations are true, correct, complete, and not designed to be misleading in any way to the absolute best of my knowledge, belief, and ability;

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Lawful Notice via Declaration of Truth in the Form of an Affidavit

Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

## Declarant's Petition for the Redress of Grievances

Article I in Amendment to The Constitution for The united States of America (1787)

**"A Declaration, if not contested in a timely manner, is considered undisputed facts as a matter of law."**

[Morris v NCR, 44 SW2d, 433]

**"A Declaration after thirty days becomes the final judgment in commerce."**

[ Maxim of Law]

"Silence can only be equated with fraud when there is a legal or moral duty to speak

or where an inquiry left unanswered would be intentionally misleading."

[U.S. v Pruden, 424 F.2d 1021 (1970) & U.S. v Tweel 550 F.2d ...]

**"Indeed, no more than an affidavit is necessary to make the prima facie case"**

[United States v Kis, 658 F.2d, 526,536 (9th Cir. 1981);

Certiorari Denied, 50 U.S.L.W. 2169; S.Ct. March 22,1982]

***"In judicio non creditor nisi juratic"***

(In a trial, credence is given only to those who are sworn)

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

## Notice to Agent is Notice to Principal and Notice to Principal is Notice to ALL Agents!

## Respondents:

POPE FRANCIS
℅ Palazzo Apostolico Vaticano
Citta del Vaticano 00120
RB 121 758 071 US

H.E. Cardinal Dominique Mamberti
Tribunal Suprema de la Signatura Apostolica
Citta del Vaticano 00120
RB 121 758 085 US

Queen Elizabeth II
Buckingham Palace
London SW1A 1AA
RB 121 758 099 US

International Court of Justice
Carnegieplein 2
2517 KJ The Hague
The Netherlands
RB 121 758 108 US

International Criminal Court
Office of the Prosecutor Communications
Post Office Box 19519
2500 CM The Hague
The Netherlands
RB 121 758 111 US

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

## Respondents: *continued*

Secretary-General ANTONIO GUTERRES of the United Nations
405 East 42nd Street
New York, New York 10017
RB 121 758 125 US

DONALD J. TRUMP, Commander-In-Chief
Mar-A-Lago
1100 South Ocean Boulevard
Palm Beach, Florida 33480
RB 121 758 139 US

GEN. MARK A. MILLEY, Chairman of the Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, DC 20318-9999
RB 121 758 142 US

LLOYD J. AUSTIN, Secretary of Defense
1400 Defense Pentagon
Washington D.C. 20301-1000
RB 121 758 156 US

MAJ. GEN. DUANE R. MILLER, Provost Marshal General
2800 Army Pentagon
Washington D.C. 20310-2800
RB 121 758 160 US

JOSEPH BIDEN, President
The White House
1600 Pennsylvania Avenue NW
Washington D.C. 20500
RB 121 758 173 US

© 2022 by Ronald Edward Kelly© - All Rights Reserved

## Respondents: *continued*

ANTONY JOHN BLINKEN, U.S. SECRETARY OF STATE
2201 C Street NW, Suite 7226
Washington, D.C. 20520
RB 121 758 187 US

JANET LOUISE YELLEN, U.S. Secretary of Treasury
1500 Pennsylvania Avenue NW
Washington, D.C. 20220
RB 121 758 195 US

MERRICK BRIAN GARLAND, U.S. Attorney General
10th St. & Constitution Avenue NW, Suite 5137
Washington D.C. 20530
RB 121 758 200 US

GINA MARIE RAIMONDO, U.S. SECRETARY OF COMMERCE
1401 Constitution Avenue NW
Washington, D.C. 20230
RB 121 758 213 US

CHARLES P. RETTIG, Commissioner
IRS/Internal Revenue Service
1111 Constitution Avenue NW
Washington D.C. 20224-0002
RB 121 758 227 US

NANCY PELOSI, U.S. Speaker of the U.S. House of Representatives
1236 Longworth H.O.B.
Washington D.C. 20515-0512
RB 121 758 235 US

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

## Respondents:  *continued*

KAMALA D. HARRIS, Vice President
1600 Pennsylvania Avenue NW
Washington, DC  20500
RB 121 758 244 US

PATRICK J. LEAHY, U.S. Senate President Pro Tempore
437 Russell Senate Building
Washington, DC 20510
RB 121 758 258 US

JOHN ROBERTS, Chief of U.S. Supreme Court
1 First Street, N.E.
Washington, D.C. 20543
RB 121 758 261 US

GAVIN NEWSOM, Governor
1021 O Street, Suite 9000
Sacramento, California 95814
RB 121 758 275 US

SHIRLEY NASH WEBER, CALIFORNIA SECRETARY OF STATE
1500 11th Street, 2nd Floor
Sacramento, CA 95814
RB 121 758 289 US

ROB BONTA, California Attorney General
1300 "I" Street
Sacramento, CA 95814-2919
RB 121 758 292 US

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Lawful Notice via Declaration of Truth in the Form of an Affidavit

Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

## Respondents: *continued*

STEVE GORDON, DIRECTOR DEPARTMENT OF MOTOR VEHICLES

DMV Headquarters

2415 1st Avenue

Sacramento, CA 95818

RB 121 758 301 US

KIM JOHNSON, California Dept of Social Services Director

744 P Street

Sacramento, California 95814

RB 121 758 315 US

MARK GHALY, California HHS Secretary

1600 Ninth Street, Room 460

Sacramento, CA 95814

RB 121 758 329 US

TONY THURMOND, Supervisor of Public Instruction

1430 N Street

Sacramento, California 95814-5901

RB 121 758 332 US

ANTHONY RENDON, Speaker California State Assembly

State Capitol Room 219

Sacramento, CA 95814

RB 121 758 346 US

TONI G. ATKINS, California State Senate President pro Tempore

1021 O Street Suite 8518

Sacramento, CA 95814

RB 121 758 350 US

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Lawful Notice via Declaration of Truth in the Form of an Affidavit

Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

## Respondents: *continued*

SHERRI R. CARTER

SUPERIOR COURT OF CALIFORNIA

County of Los Angeles

111 North Hill Street

Los Angeles, CA 90012

RB 121 758 363 US

ALEX VILLANUEVA, SHERIFF

COUNTY OF LOS ANGELES

211 West Temple Street

Los Angeles, CA 90012

RB 121 758 377 US

HILDA L. SOLIS, Los Angeles County Supervisor

500 West Temple St.

Los Angeles, CA 90012

RB 121 758 385 US

HOLLY J. MITCHELL, Los Angeles County Supervisor

500 West Temple St.

Los Angeles, CA 90012

RB 121 758 394 US

SHEILA KUEHL, Los Angeles County Supervisor

500 West Temple St.

Los Angeles, CA 90012

RB 121 758 403 US

JANICE HAHN, Los Angeles County Supervisor

500 West Temple St.

Los Angeles, CA 90012

RB 121 758 417 US

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

KATHRYN BARGER, Los Angeles County Supervisor
500 West Temple St.
Los Angeles, CA 90012
RB 121 758 425 US

GEORGE GASCON, Los Angeles District Attorney
211 West Temple Street
Los Angeles, CA 90012
RB 121 758 434 US

JEFFREY PRANG, Los Angeles County Assessor
500 West Temple Street
Los Angeles, CA, 90012
RB 121 758 448 US

**Notice to Agent is Notice to Principal and Notice to Principal is Notice to all Agents!**

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

# Table of Contents

| | |
|---|---|
| Maxims of Law | 11 |
| Major Historical Facts Underlying the Fraud: | 13 |
| Common False Claims Regarding Citizenship | 24 |
| Intolerable Conditions | 27 |
| Birth Certificate Fraud | 30 |
| Vatican Fraud | 37 |
| Corporate Fraud | 39 |
| Bank Fraud | 43 |
| Court Fraud | 46 |
| Police & Motor Vehicles Departments Fraud | 50 |
| The Latest Corporate Criminal Medical Frauds | 52 |
| Negative Averments | 55 |
| Positive Averments | 57 |
| Vatican Actions | 60 |
| Conclusions | 62 |
| Historical Review | 63 |
| Declaration of Law | 68 |
| Lawful Notices | 70 |
| Default/Dishonor Provisions | 71 |
| Points & Authorities in Support | 73 |
| Under the "CORPORATE U.S. CONGRESS" | 76 |
| W A R N I N G!  LEGAL NOTICE | 85 |
| EXHIBITS | 86 |

Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

# Maxims of Law
## &
## Scriptural Law Upon Which This Petition is Based:

"In a trial, credence is given only to those who are sworn"
In judicio non creditor *nisi juratic*

"Equity regards as done that which ought to have been done"
"A workman is worth his hire"
Ex 20:15, Lev 19:13, Matt 10:10, Luke 10:7, and 2 Tim 2:6

"All are equal under the law"
Ex 21:22-15, Lev 24:17-21, Deut 1:17, 19:21, Matt 22:36-40, Luke 10:17, and Col 3:25

"A matter must be expressed to be resolved"
Heb 4:16, Phil 4:6, and Eph 6:19-21

"In Commerce truth is sovereign"
Lev 5:4-5, 6:3-5, 19:11-13, Num 30:2, Matt 5:33 and James 5:12

"In Commerce an unrebutted affidavit stands as the truth"
2 Pet 1:25, Heb 6:13-15, and Evidence Rule 301

"In Commerce an unrebutted affidavit stands as the final judgment"
Heb 6:16-17

"In Commerce the one who leaves the battlefield first loses by Default"
Book of Job, and Gospel according to Matthew chapter 10 verse 22

"In Commerce sacrifice is the measure of credibility"
The Acts of the Apostles, chapter 7

"In Commerce the satisfaction of a judgment can only be made by actual payment, adjudication
by a 7th Amendment Jury under the Rules of common law, or through debt forgiveness by
the plaintiff."
Genesis chapters 2 and 3, The Gospel According to Matthew chapter 4,
and the Book of The Revelation of Jesus Christ

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

# Famous Quotes

### The Famous American Author Mark Twain quoted the following, which really describes the problem at hand:

*"It is easier to fool the people - than to convince them they have been fooled."*

### From the White House, a well-known Aide, Colonel Edward Mandell House, was quoted as reporting the following back in the 1920's ...

"Very soon, every American will be required to register their biological property in a national system designed to keep track of the People and that will operate under the ancient system of pledging. By such methodology, we can compel people to submit to our agenda, which will affect our society as a charge back for our fiat currency.

Every American will be forced to register or suffer not being able to work and earn a living. They will be our chattels and we will hold the security interest over them forever, by operation of the Law-Merchant under the scheme of secured transactions. Americans, by unknowingly or unwittingly delivering the bills of lading (Birth Certificates) to us will be rendered bankrupt and insolvent, secured by their pledges. They will be stripped of their rights and given a commercial value designed to make us a profit and they will be none the wiser, for not one man in a million could ever figure our plans, and if by accident one or two should figure it out, we have in our arsenal plausible deniability.

After all, this is the only logical way to fund government, by floating liens and debts to the registrants in the form of benefits and privileges. This will inevitably reap us huge profits beyond our wildest expectations and leave every American a contributor to this fraud, which we will call "Social Insurance". Without realizing it, every American will unknowingly be our servant, however begrudgingly. The People will become helpless and without any hope for their redemption and we will employ the high office (presidency) of our dummy corporation (USA) to foment this plot against America."*

* It is therefore very clear for all to see that this conspiracy was orchestrated through the use of Actual and Constructive Frauds, and makes everything associated with it, or this acting corporate government, Null and Void as Fraud vitiates everything it touches from the very beginning;

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Case 2:22-cv-07918-SB-PVC Document 1 Filed 10/31/22 Page 39 of 187 Page ID #:39
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

## Notice of Law

Notice this Declaration immediately places you into **Collateral Estoppel** whereby you must cease & desist any actions, other communications, or dialogue with Respondents herein, and this Estoppel will remain in place until after this process is completed and terminated with an Administrative Judgment and Remedy one way or the other, and it is a Criminal Trespass, subjecting you to Treble the Damages on the Final True Bill for any breach of this Estoppel in any way until Final Judgment is rendered, thereby all actions with this Declarant is stayed until the final judgment on these proceedings; and

Services of Notices of Fault, default, and final judgement with the True Bill for damages will timely follow around 20 days and 30 days from the receipt hereof; and

Be it now known that all words/spellings upon/within this document shall be of my will and intent only, without assumption/presumption on/of/by/for any/all concerned where my free will choice shall never be trespassed where my intent is my intent and no other's; and

## Major Historical Facts Underlying the Fraud:

*These historical facts are in regard to the status of de jure Private American State Nationals and the design of the Roman papacy as spearheaded by the military order of the Society of Jesus (Jesuits), to overthrow the liberties of all Private American State Nationals of the Several States of The united States of America by imposing a Corporate created Statutory de facto Public U.S. citizenship on "We the People" and that being in substance a privileged form of Roman citizenship would enable the Constitutionally de jure civilian government of The united States of America (1787), with those operating in breach of contract in this corporate government, which is no lawful government at all, by altering their original lawful status from being a de jure "Federal" government, to a de facto "National" government via their Incorporation(s) and then enacting the 14th Amendment in 1868 which was actually one state short of lawful ratification, to then later be replaced with a Corporately-created statutory, de facto, Emergency War Powers Military government of the "United States, Incorporated" on March 9,1933;*

1)        Whereby America was originally founded under the administration of Commercial Trust Management Organizations, the most famous of which was the Virginia Company, and as a direct result of the Revolutionary War the American People first formed an unincorporated domestic civil government with the Articles of Confederation, and then later on with "The Constitution for The united States of America" in 1787, as run by the People with the former unincorporated trust management organization named the Virginia Company contracting with them to handle the 19-enumerated services of our Constitution under their own "Constitution of the United States of America" (1789), which was in fact owned by the British Territorial government, and then eventually the "Several States" contracted with yet another unincorporated Trust Management Organization dba "the

© 2022 by Ronald Edward Kelly© - All Rights Reserved      Page 13 of 86

Lawful Notice via Declaration of Truth in the Form of an Affidavit

Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

United States" as run by the Vatican, to provide international representation and stipulated public services in common under the "Constitution of the United States" (1790), with the Bill of Rights then being added as the first Ten Amendments to each of these Constitutions in 1791; and

2)        Whereby the American civilian government based on individual and organic state sovereignty is known as the Republic, and a much more recent incorporated Trust Management Organization, dba the "United States of America, Incorporated", clearly admitted its status as a mere representative of the Republic when it popularized the Pledge of Allegiance with "… and to the Republic for which it stands."; and

3)        Whereas the Republic originally functioned in international commerce through the agency of an unincorporated commercial Trust Management Organization known simply as the "United States" whereby although it was John Hancock who became the actual first President of the United States of America for only one year under the Articles of Confederation following the Revolutionary War, George Washington was elected to be the first President of the United States of America under the Constitution following several others which had served under those Articles of Confederation, starting with John Hancock as the first actual President under the Articles of Confederation which had predated the Constitution and which also had several other Presidents serving a term of only one year under those Articles before Washington was elected to be the first President under our Constitution; and

4)        From the onset of our Nation in 1776 first we had the Federation of States which two days later formed the Union of States which later lead into the Confederation of States in 1781 which eventually formed   the Three Branches of Government which eventually operated under the three Constitutions of 1787, 1789 and 1790 as the Federal Government (American) called "the States of America" with its organic Constitution entitled "The Constitution for The united States of America" established in 1787 on the Land and Sea Jurisdictions, which is The Republic – the actual government of, by, and for the People, with the (British) Territorial Government being called "the" United States of America in 1789 with its own Constitution as part of the Sea Jurisdiction, and then also the Municipal Government, dba: "the United States" established in 1790 under Papal control with their Municipalities established  under the Jurisdiction of the Air (Trust), wherein it was these three entities that originally provided our so-called Three Branches of Government, and not the Executive, Legislative, and Judicial Branches as later claimed, and it was this that formed our three branches of government with the 4th branch actually being our Grand Jury system; and

5)        Wherein the Republic States, which originally entered into the equity contract known as "The Constitution for The united States of America" in 1787 were known as "the States

Case 2:22-cv-07918-SB-PVC   Document 1   Filed 10/31/22   Page 41 of 187   Page ID #:41
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

of America" and, were represented by the Trust Management Organization, dba "the United States of America", from 1789 to 1863, when it entered into a bankruptcy caused by the expense of the Civil War; and

6)       That it is important to note that the Peace Treaty that followed the Revolutionary War contained a stipulation that allowed the British to continue serving in the Judiciary here in America (as Esquires), as well as allowing the British to participate in the Banking System (as Squires) along with their Attorneys (Esquires) which provided their "legal" work, which they did during the Twenty-year Banking Charter that followed from 1791 to 1811; and

7)       Whereby all of these concessions proved very costly to the Americans, as the English Barristers never had American values at hand, and the "Banksters" completely robbed and raped the American public financially over this entire twenty year period, whereby the Congress then refused to renew their 20-year Banking Charter when it expired in 1811, during the exact same time the Original 13th Amendment on the "Titles of Nobility" to the Constitution was being circulated to bar all those with Titles of Nobility (Esquire & Squires mainly) from practicing law, banking, or any government function or office here in America by prohibiting the holding of any public office - and it was those two things that prompted the British invasion in 1812, starting the War of 1812 when England invaded our coastal cities and states and burned both the Library of Congress and the White House still under construction, as well as wreaking havoc mostly on other American coastal cities all the way from the Great Lakes down to New Orleans; and

8)       That neither the Original 13th Amendment, nor the original Constitution, did they find when they burned the Library of Congress, and the 13th Amendment survived the War of 1812 to be finally and fully lawfully ratified when Virginia joined into the ratification process in 1819 – and it is still published to this day in our organic Constitution along with the Constitutions of Colorado and that of several other states, even though the other two branches of our government never acknowledged this nor adopted it into their Constitutions, but as the contractors that they were, they were bound by both our organic 1887 Constitution which is still quite valid and enforceable as the Law of the Land, as well as their own Constitutions respectfully; and

9)       That in the year that followed the end of the War of 1812 and the Treaty of Ghent, in 1815 the Congress of Vienna was held in Eastern Europe with the Eastern European Bankers and the Vatican in attendance, to conjure up a scheme and a means to strip America of its Liberties and Freedoms for their own control and benefits (1815-1816); and

10)      That the subsequent "Secret Treaty of Verona" in 1822 was then created by the Vatican and those Eastern European Bankers to further the active plot against America and its Freedoms, and once revealed to our Congress then led our President James Monroe to

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Case 2:22-cv-07918-SB-PVC  Document 1  Filed 10/31/22  Page 42 of 187  Page ID #:42
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

issue his blessed Monroe Doctrine in 1823 - because of which he was given the "poison cup" on July 4, 1831, while American inventor Samuel F.B. Morse was warning of this diabolical Jesuit Conspiracy against the Liberties of America in his epic work, "Foreign Conspiracy Against the Liberties of The united States", published in 1835; and

11)     Then when the Civil War did brake out in 1861 after Abraham Lincoln, a "BAR" Attorney, was elected to the office of "the President of the United States", ... and not the President of The United States of America, as the 13th Amendment (1819) was then in full force preventing him from running for, or serving in the Office of President of The United States of America as a "BAR" Attorney, whereby he had tricked the People by running only for the Office of the President of the United States, as that Papal (D.C.) version of our government had not adapted our Original 13th Amendment which prohibits such activity, and thereby fooled the American People into voting for him even though he had been the BAR Attorney who originally brought the British Accreditation Regency "BAR" Association onto our shores through Illinois from Canada; and

12)     The Southern States then lawfully elected its own President for their Confederate States, Jefferson Davis, and without any formal Declaration of War fighting soon broke out simply being a dispute between the various government contractors in which a huge battle between the Northern and Southern States ensued with England initially backing the Northern Confederate States with their own Esquire in charge as Commander in Chief, while the Rothchild's and Eastern European Banking Interests along with the Vatican Bank backed its Southern interests as the Union was still being operated by that First unincorporated Trust Management Organization now operating under "Executive Orders" with Lincoln promulgating the Lieber Code while then the Northern States then became a Federation which was ultimately forced to file for bankruptcy protection in 1863 as a result of the expenses of this undeclared mercenary conflict or war, with the Vatican and Rothchild's Banking interests then bailing out the Union by giving them a loan of several million Dollars in gold, which then allowed President Lincoln to turn the tide of the war around against the Southern (still) Confederate States and then bring eventual victory to the Union Army in 1865; and

13)     However, Lincoln was unable to repay the Union's debt in the like kind of specie of gold at the end of hostilities, and instead offered mere "Legal Tender", which were simply Treasury Notes, AKA "Greenback Dollars" which were mere promises to pay, and which did not satisfy the conditions nor terms of the loan agreement, as one simply cannot lawfully repay a loan of substance with more mere promises to pay as Lincoln attempted to do; and

14)     That this loan not being satisfied, brought a Rothchild's Bank Agent named John Wilkes Booth into the Ford Theater that fatal evening, to shoot President Lincoln even

© 2022 by Ronald Edward Kelly© - All Rights Reserved

before total peace could be managed, and whereby no Peace Treaty was ever signed ending this conflict, merely a surrender by General Lee while the Vatican Bank was then able to seize the Collateral on the loan - the unincorporated Trust Management Organization (TMO) that ran the United States;  Then the Vatican proceeded to incorporate this Trust Management Organization under its own law forms that it controlled and then actually calling it "the United States, Incorporated" once it was incorporated in France in the year of 1871 after the "United States of America, Inc" was incorporated in 1868 with a new Constitution of its own without the approval of the People, and, now without a contract with the actual American People with the Vatican still holding title to this Trust Management Organization that Americans were lead to believe was their lawful government while the British were holding legal title to their "the United States of America, Incorporated" however wherein a Corporation is purely Fictitious and therefore cannot be lawful even though it may be considered "legal" under the auspices of the Vatican law which was used to create it, and thereby leaving the Americans completely without a lawful government for these past 160+ years, with all government entities then becoming merely "legal fictions" and most definitely not with Lawful status without those lawful Americans even having a clue having been defrauded in the way they had been done with all this conflict of interests; and

15)     However, the Vatican Bank takeover in 1865 of this unincorporated Trust Management Organization went almost completely unnoticed by the American Public, it was officially Incorporated by the Vatican Bank in 1868 with the author and copyright holder of this new law form of Incorporation being the Vatican's Roman Curia itself having based all their strategy and planning from the Congress of Vienna and Secret Treaty of Verona, wanting to seize complete control for itself, which it then effectively, although very fraudulently did without full disclosure to the public in an act of out and out fraud the likes of which were never known, and worst of all they still hold "legal title" to this Trust Management Organization that Americans have been fraudulently lead to believe was their lawful government, however with the help of the original author of this document, it was finally placed into bankruptcy liquidation on September 24, 2015, long after Pope Benedict had stepped down, which was then finalized on November 5, 2020 and completed on December 31st 2021 so that the "United States, Inc." has been completely removed from the picture through bankruptcy liquidation, however futile its former employees actions have been; and

16)     Whereby any Incorporated Commercial entity operating for Profits has been deemed to be completely void of any lawful sovereign powers whatsoever via the Clearfield Trust Decision of the "U.S. Supreme Court" in 1943, which includes both "the United States of America, Incorporated" and the "United States, Inc." which was charged with providing those nineteen enumerated services listed in the Constitution then became de facto non-

© 2022 by Ronald Edward Kelly© - All Rights Reserved

government Corporate entities within their own "International City" when in the year of 1868 the Corporate "CONGRESS", which took over after the *de jure* Congress had adjourned *sine die* in 1861 and then enacted the Act of 1871 on their own behalf after Incorporating the City of "Washington, D.C." as a foreign enclave, and then adopted most of their statutory Constitution into the Constitution of 1868, but with only the first twelve (12) Amendments as their Corporate Constitution & bylaws, calling it the "Constitution of the United States" (1868), leaving out that most important Original 13th Amendment baring Attorneys and or Bankers from holding public office and thereby leaving the District of Columbia as a separate nation operating according to its own "government code"; and

17)     Whereas "The Constitution for The united States of America" (1787) requires the government to guarantee a Republican Form of government – and whereas the Corporate Form of government adopted by the "UNITED STATES, INC." which is definitely not a Republican Form – in fact it is more of a Corporate Form of government operating in Maritime Jurisdiction rather diabolically opposed to the Republican Form operating on the Land jurisdiction as required by our Organic Constitution, and therefore completely unlawful and without any authority whatsoever especially on or over the Land, thereby operating only in the Admiralty or Jurisdiction of the Sea as evidence by the use of the Gold-Fringed flag; and

18)     Whereby at no time in this nation's short history have the People of this Land ever contracted with any Incorporated Trust Management Organization nor other Incorporated entities in any way, as corporations are not lawfully allowed to contract with actual living People, but only their own kind or other legal fictions, and that this hostile takeover of the Unincorporated Trust Management Organization by the Vatican in 1865 with the aid of their now Incorporated "CONGRESS" which had merely been acting as a Board of Directors after adjourning *sine die* in 1861, has in no way ever been allowed to change the actual Law of the Land upon which the Constitution for The united States of America (1787) and the People depend, leaving it very clear that a Corporate entity or mere "LEGAL FICTION" remains completely outside the Law operating under the legal system of the Sea in Admiralty-Maritime jurisdiction completely without a contract and therefore cannot be the legitimate government of this country or its People, and any attempt to do so is absolutely fraudulent on its face, null and void as though it never happened, and completely without merit of any kind whatsoever; and

19)     Whereby it is a fact that only an unincorporated Body Politic can lawfully operate our Civil government in this country and then only when under contract with the People, as no Incorporated one  can as they are all foreign as being foreign chartered organizations and not under the Public Law of America, and thus the fact remains that in America there cannot be any Corporate authority whatsoever over the People on the Land of America, other than those subjects of "CONGRESS", which are the Citizens of the District of

Case 2:22-cv-07918-SB-PVC   Document 1   Filed 10/31/22   Page 45 of 187   Page ID #:45
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

Columbia or their own foreign subjects which are all referred to as "U.S. Citizens" (with the capital 'C'), or their own residents of this foreign enclave which are termed "U.S. citizens" (with the lower case 'c') for those residents not directly employed by these foreign  government entities (See the Clearfield Doctrine (1943) of the U.S. Supreme Court); and

20)        Whereas the Vatican was also instrumental in the creation of their Federal Reserve System in 1913, making this private banking cartel the sole creditor to their "United States, Inc." while they controlled this banking interest which brought the United States into bankruptcy in 1930 at the Geneva Convention, when the "United States of America, Incorporated" and the "UNITED STATES, INC." along with Great Britain and the other G5 Nations entered into an agreement to file bankruptcy as a result of Germany's failure to pay War Reparations from their involvement in World War-I, with this causing a domino effect on the entire world putting many other nations into bankruptcy during the years that followed; and

21)        Whereas an Incorporated Commercial entity operating for Profits has absolutely no sovereign powers at all according to the Clearfield Doctrine of the "U.S. Supreme Court" as ruled in 1943, where it is said that "When a government operates as a commercial corporation for profits it descends to the level of all such corporations and has no special powers or attributes, and that it is only when acting as a properly formed unincorporated Body Politic that a government exercises sovereign powers of any kind", but this United States of America, Incorporated, charged with providing the nineteen enumerated services listed in the Constitution, has pushed to become and act  as the de facto governmental power anyway, even though it has never had a contract to operate our Civil government with the People - and couldn't as long as it remains incorporated and operating in Commerce for Profits as it does, as it does not provide for a Republican Form of government in any way, shape, or form; and

22)        Whereby with the Vatican also backing the 1913 Federal Reserve Act and placing the United States under a sole creditor so that it could also control the United States, it not only filed bankruptcy in 1930 when it went along with Great Britain and the other G5 Nations, based upon Germany's failure to repay War Reparations from WW-I, but they also filed for bankruptcy again in 1933 when their Scottish-Rite Mason Agent, Franklin Delano Roosevelt, declared the "Banking Holiday" at the beginning of his term in office, and over that decade of the 30's also brought the various States into bankruptcy with the Buck Act being enacted by its Corporate "CONGRESS", in 1940 and then also enfranchised the Several States as Corporate Municipal Franchises of this Vatican owned United States Corporation, as well as unlawfully enfranchising Private American Nationals without disclosure and without any contract with their newly created Estate/Trusts via very

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Case 2:22-cv-07918-SB-PVC Document 1 Filed 10/31/22 Page 46 of 187 Page ID #:46
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

fraudulent means by their use of their Cestui Que Vie Trusts (English law, 1666) and the *Capitis Demuntio Maxima* (ALL CAPS NAMES); and

23)      That Officers, Employees, and Agents of the United States of America, Incorporated are in fact by Statute, Foreign Agents, and Foreign Corporate Officials – nothing more, as this "United States of America, Inc." (Minor) is not the same as the lawful "The united States of America" (Major), which is an Unincorporated Body Politic, which actually is the lawful government of the People, by the People, and for the People as mentioned by President Lincoln, and known as a Jural Assembly who's Constitution of 1787 calls for each State to guarantee a Republican Form of government, and not a Corporate, Democratic, or Communist one; and

24)      Whereas this Incorporated commercial Corporate entity operating for Profits calling itself "the United States of America, Incorporated", along with all of its other various Franchises, Departments, Agencies, and sub-contractors – including all of the Buck Act States, are not our lawful government, and never have been, as they are Foreign Corporations simply masquerading "as" our governments, which is exactly why the "U.S. Supreme Court" had to rule the way it did in the Clearfield Decision of 1943; and

25)      Therefore the fact remains that here in America there is no corporate authority whatsoever over the People – Private American State Nationals, and never has been, however once they took over our Courts in Admiralty Jurisdiction they have been conniving to do so through gross Breach of Trust, Breach of Fiduciary Duty, Fraud, Fraudulent Representation, and Breach of Contract and the National Trust Indenture, especially through semantic deceit, succeeding for a time to trick the majority of American's who have been fooled by this Foreign Interloper's fraud and deceit; and

26)      Wherein since 1944, the United States of America, Incorporated's business affairs have all been managed by these same creditors organized as the International Monetary Fund ("IMF"), acting under various corporate names including the "UNITED STATES", the "UNITED STATES OF AMERICA", the" USA", and "E. *PLURIBUS UNUM* THE UNITED STATES OF AMERICA", and therein the International Bankers had unlawfully seized control; and

27)      Wherein this radical socialist-communist coup d'état plotted by the infamous Society of Jesus as aided by the Knights of Columbus and as carried out by its Scottish-Rite Mason agent, President Franklin "Augustus Caesar" Roosevelt, would overthrow the civilian government exercising the Constitutional, *de jure* jurisdiction of "The united States of America" - this united States of America being the collective name of the States which are united by and under The Constitution for The united States of America" (1787) [Hooven & Allison Co. v Evatt, 324 U.S. 652, 672], replacing it with a de facto Military government exercising an extra-constitutional, alien and foreign, de facto jurisdiction of "the United

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Case 2:22-cv-07918-SB-PVC Document 1 Filed 10/31/22 Page 47 of 187 Page ID #:47
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

States" - this "United States" being the territory over which the sovereignty of The united States of America extends [Hooven & Allison Co. v Evatt supra, 573], and this "UNITED STATES, INC." being bankrupted and liquidated by its current owner, Pope Francis, effective November 5th, 2020 only two days following the latest election, leaving no lawful nor even legal office to fill, with those radicals then clinging onto an "United Nations, Inc." startup corporation ("USUN") which also has no contract with the American People whatsoever; and

28)      Whereby with this Corporation replacing constitutionally *de jure* Private American State Nationals with de facto Public "U.S. citizens", thereby enabling the constitutionally *de jure* jurisdiction of The united States of America to be replaced with a statutory de facto jurisdiction of the "United States, Inc." the Jesuit Order would fulfill its design of overthrowing the liberties of The united States of America as plotted during the Congress of Vienna (1815-1816) and the subsequent Secret Treaty of Verona (1822): and

29)      Furthermore this apparent overthrow of both *de jure* Private American State Nationals at common law and its counterpart, the *de jure* jurisdiction of The united States of America at common law, would enable the Jesuits from Georgetown University to use the de facto Emergency War Powers Congress - now possessing the unlimited legislative powers of an English Parliament - to wield absolute legislative power over the *de jure* fifty sovereign states turned de facto "Conquered Territories" as ruled by the statutorily-created, de facto National War Powers "CORPORATE" Military government, with everything being run by the International Bankers, including the Vatican Bank with the Vatican at their head; and

30)      Whereby this unlimited congressional power would enable the Jesuits, ruling their de facto Corporate Military government of their de facto American Empire, to control by statute every facet of American life, "from cradle to grave"; This control would include the imposition of socialist-communism for the building of cartel capitalism (fascism) and the destruction of the historic White Protestant and Baptist Middle Class of American Nationals, as well as others, with the building of a huge military-industrial complex while using their de facto Public "U.S. citizens" to work in the Jesuit Order's laissez-faire, cartel capitalist corporations, and to finance and fight the wars of the Pope's American Empire; and

31)      Whereby these international crusades directed by the Society of Jesus within the geographical united States via its Council on Foreign Relations, would be fought for the benefit of the Roman papacy in restoring the Temporal/Political Power of the Pope over the governments of all nations while subsequently militarizing those conquered nations; and

32)      That furthermore with the change of the *de jure* constitutional jurisdiction of "The united States of America" with its common law civilian due process of law, and procedures

secured by the Fifth and Seventh Amendments, to a de facto, extra-constitutional, Roman Civil Law jurisdiction of the "United States" established by an amended World War I (corporate) statute (1933), a Presidential Proclamation (1933) and the subsequent abolition of common law right and common law civilian due process of law by the Roosevelt "stacked" "U.S. Supreme Court" in 1938, an alien and foreign martial due process would be adopted by the federal and state courts fitted for the new de facto "New Deal" Public "U.S. citizens", which are in substance only Roman citizens completely controlled by the State, and since these de facto "Conquered Territories" are in substance Roman provinces under military rule, it is only fitting that the Roman/Public "U.S. citizens" should be criminally and civilly subjected to a martial process imposed by their very own constitutionally-created civilian courts sitting in Admiralty jurisdiction; This de facto martial process, if unchallenged by prima facie evidence proving the accused to be a "Private American State National" of The united States of America, and not a Roman Public "U.S. citizen" would confer in substance, martial in *personam* jurisdiction; and

33)	With this absolutist judicial jurisdiction limited only by decisions of their "U.S. Supreme Court", the federal courts would be in substance only territorial courts of the Conqueror; These Emergency War Power Courts would enforce the sovereign will of the de facto Emergency War Powers "CONGRESS", while sitting in a special Executive Equity in substance, a martial equity, operating upon a "LEGAL FICTION"; These legal fictions would be the presumption of fact that each individual American State National of "The united States of America" was in contract with, and enfranchised by, the state of her natural birth, thereby altering her constitutionally *de jure* American State National status, in direct violation of their own Statute [2 Stat. § 153, cc28, ss1, Revised Statute 2165], at the instant of the fraudulent public registration of the Birth Certificate - a unilateral contract which in status would enable and obligate the Emergency War Powers Courts to dispose of this matter, federal, state, civil or criminal; and

34)	Furthermore that unilateral contract was the public filing of a Certificate of Live Birth, or Birth Certificate, which by operation of law would be the contract to alter *de jure* Private American State National status of "The united States of America" to a de facto Public "U.S. citizenship"; With this presumption of fact of an existing contract held by every individual Public "U.S. citizen", holding its Private American State Nationals as "property" and Surety, every court legally sits in a special Executive Equity jurisdiction in which Law and Equity have been merged enforcing the statutes of an Emergency War Powers Congress; and

35)	Whereby this de facto status enables and obligates all federal and state courts to sit in Executive Equity thereby fulfilling the grand design of the Jesuit Society of Jesus in subverting the common law jurisdiction of "The united States of America" (as per Section 1, 13th Amendment, and Section 1, 14th Amendment) by rendering ineffective the

© 2022 by Ronald Edward Kelly© - All Rights Reserved

constitutional status of *de jure* American State Nationals of The united States of America (1871) in this act of fraud; and

36)      Furthermore this evil design of the Jesuit Society of Jesus against the constitutional common law liberties of the American State Nationals of "The united States of America" as set forth by one of the Order's Masonic Temporal Coadjutors: That man was Sir Henry Summer Maine, Regis Professor of the Civil law at the University of Cambridge in England: In his ancient law; Its Connection with the Early History of Society, and its Relation to Modern Ideas (1864), Maine sets forth his three-part plan that, after its imposition, would overthrow limited American government born out of the Protestant Reformation (1517-1648) and the First American Great Awakening (1735-1750); This Satanic and diabolical "unholy trinity" was initiated by firstly creating a "LEGAL FICTION" and that Legal Fiction, even though legally but not lawfully imposed by silent consent of each American State National, was the public filing of a Certificate of Live Birth, or Birth Certificate - the Baptismal Certificate of every federally-owned Public "U.S. citizen", who would become subordinate Surety for, and the held property of his alter ego and Gemini Twin, the Public "U.S. citizen"; and

37)      Whereby as of March 9, 1933, all Public "U.S. citizens" - with their Surety Property, Private American State Nationals - were seized as booty of war by Corporate President Franklin Delano Roosevelt's Corporate Military War Powers Proclamation 2040 which practically overthrew the sovereignty of the People of "The united States of America", reducing them to being mere property of Rome's de facto Corporate Military Government sitting in Washington," D.C.", to be treated as "rebels and belligerents" living in the then forty-eight States deemed by the Conqueror and/Commander-in-Chief to be a merely Corporate Military Governments in subordination to Washington, "D.C."; and

38)      Whereby with the Buck Act of 1940, State of California, and the other "State of States", all became Corporate Municipal Franchises of the bankrupted United States of America, Incorporated, and the corporate "STATE OF CALIFORNIA" emerged along with the then other 47 "STATE OF STATES" which then became Corporate Municipal Franchises of the "UNITED STATES, INC." with none of these 'States' being the same as any of the geographically defined and organic Several States, which are the original Republics; and

39)      Whereby none of these Trust Management Organizations had a contract to operate the Civil Government of this country, and never have, although they have been conniving and contriving to do so for several decades with disastrous results; and

40)      Finally, on September 24, 2015, the legal "owner" of this corporation called the "UNITED STATES, INC." , Pope Francis, placed it into a Chapter 7 Bankruptcy liquidation with the World Court at the Hague which was finalized and concluded with a

© 2022 by Ronald Edward Kelly© - All Rights Reserved      

Case 2:22-cv-07918-SB-PVC Document 1 Filed 10/31/22 Page 50 of 187 Page ID #:50
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

complete liquidation on November 5, 2020 only two days after the most recent 2020 Elections rendering any results of that election completely moot and useless as well as utterly null and void, as who can be President, or any other officer, of a corporation that no longer exists; and

41)     Wherein there has been no lawful government of the United States since the Congress adjourned *sine die* (without day to re-adjourn) when the Southern States walked out in 1861, while President Lincoln was not the lawful President of The united States of America, as he had been the first to only run for the Office of "President of the United States", which was a separate entity, and was not the actual President of "The united States of America" because he was a "BAR" Attorney and in violation of the Original 13th Amendment which barred those with Titles of Nobility from serving in any government office or capacity; and

42)     Therefore with no actual Congress to enact laws, nor no actual President of The united States of America from 1861 onward, all "Acts" of "CONGRESS", such as The Judicial Act of 1948 are null and void, as if never enacted, and with this Corporate "UNITED STATES" now being totally adjudicated as Bankrupt and Liquidated, there can be no further claims against the Lawful People of this country, which by operation of law are the rightful and lawful government of the People, and by the People, and for the People currently populating this country on the Land known as America for the first time once again since 1861 on the Land Jurisdiction; and

43)     Further these unlawful Corporations in their Admiralty Jurisdiction must stand down to the Peoples hereof, being in Collateral Estoppel with lack of Jurisdiction hereof and without full rebuttal with any and all evidence in support of your rebuttal to all of the enclosed of all these facts taken from the official records and true history thereof being fully established as the undisputed facts of this matter and will stand unrebutted as the final facts and judgment in commerce on this matter, and *res judicata* will apply to all respondents, agents and employees thirty days hence without full rebuttal in kind with any evidence in support; and

## Common False Claims Regarding Citizenship

44)   Declarant will address the common false claims made by Officers/"OFFICERS" that represent either the United States of America, Incorporated, or the "UNITED STATES, INC.", or any of their State, Corporate or Municipal Instrumentalities, to the effect that living Private American State Nationals could be "U.S. citizens" subject to domination by any Corporate entity under contract to serve them, when mere Corporations have no sovereign powers of any kind;

© 2022 by Ronald Edward Kelly© - All Rights Reserved     

Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

45)      Wherefore according to the Act of the Republic enacted as Public Law by the Members
of Congress Assembled as an unincorporated Body Politic of the Domestic States on April
14, 1802 [ 2 Stat. 153, c28 ss. 1   Revised Statute 2165 ] - "an alien may be admitted to
become a citizen of the United States in the following manner, and not otherwise."; This
Body Politic which was unincorporated, fully enacted this as positive substantive Public
Law operating under full liability as the domestic civil government of the Several States
and it cannot be amended or repealed by an "Act" of any Incorporated Trust Management
Organization claiming to merely represent the Republic, and it sets forth a lengthy process
that is required to redefine any American National as a "U.S. citizen" subject to the
corporate jurisdictions of the "UNITED STATES, INC." or its Instrumentalities, and the
very day before the 14th Amendment was ratified, Congress passed 15 Stat 249 so that
People could in fact expatriate from the Corporate citizenship invoked by the 14th
Amendment, thusly Declarant has expatriated the "U.S. citizenship", **NOT** any 14th
Amendment juristic or artificial person nor "Public U.S. citizen" subject to the will of the
Corporate CONGRESS, nor the legislative Acts of any of the Corporate United States
Franchises; and resumed to her Private American State National status, and thereby the
"CONGRESS" and the "STATE" Legislatures nor their Courts have absolutely no
jurisdiction, nexus, nor authority over her whatsoever; and

46)      Whereby any claim that any private contract entered into by individuals can magically
overcome this prerequisite of Public Law stands mute and dis-proven by the entirety of the
Federal Register and Code, which Unfailing describes Private American State Nationals
domiciled in the geographically defined Several States as "non-resident aliens" with
respect to the United States of America, Incorporated, and or its Municipal Corporation's
jurisdiction; and

47)      Wherein virtually no Private American State Nationals have ever deliberately undertaken
to become "U.S. citizens" as required by Public Law in [ U.S. Statutes at Large 2 Stat 153]
, and they have not by any voluntary act knowingly agreed to stand as sureties for a
bankrupt Trust Management Organization calling itself "the United States of America" in
1930,1933,1959, or at any other time;   They have not agreed under conditions of full
disclosure to contract at all with the "UNITED STATES, INC." to provide any services,
much less have they granted any authorization to this foreign, privately owned for profit
banking cartel to "represent" them or their interests as Priority Creditors of the United
States of America, Incorporated at any time; and

48)      Wherein they did not grant authorization to any Governor/"GOVERNOR" or other
elected or appointed official, corporate officers, employees, or private contractors of the
United States of America, Incorporated, or the "UNITED STATES, INC.", or the
"UNITED STATES OF AMERICA, INC.", or any other such legal fiction, to represent
them or their interests in these matters at any time from the founding of the Republic to

© 2022 by Ronald Edward Kelly© - All Rights Reserved

this day;  They did not under full disclosure voluntarily grant authorization allowing any incorporated Trust Management Organization to operate public trusts under their individual names, to hypothecate debt based upon the value of their labor, homes, land or other resources, or to otherwise impose the debts, statutes, codes, or other regulations, of any corporation onto them; and

49) Whereas in 1995 a group of Private American State Nationals moved to redeem and reclaim their individually "ALL-CAPS NAMED" Estate Trusts created by the Secretary of the Treasury of Puerto Rico, the Bankruptcy Trustee appointed by the IMF, providing proof to the "INTERNAL REVENUE SERVICE" and "IRS", as well as the Alien Property Custodian, and the U.S. Bankruptcy Trustee, that they were alive and competent to administer their own affairs, and that they were Priority Creditors to the United States of America, Inc., and that at that time, and ever since, have maintained their objections to any presumptions that they are, or ever were, "wards of any State, "STATE", or ever incorporated, incompetent, or otherwise disabled; and

50) Whereby they have uniformly declared and testified before the world that they have been defrauded, lied to, lied about, victimized by deliberate semantic deceit, suffered extortion, armed robbery, gross fiduciary malfeasance, inland piracy, conspiracy against their rights and material interests, have suffered from self-interested non-disclosure, breach of trust, despotism, and default of commercial contract, all at the hands of Trust Management Organizations that are obligated to function in good faith and with full fiduciary liability; and

51) Whereby they have repudiated the claims of "the United States of America, Inc.", and the "UNITED STATES, INC.", which are merely privately owned for profit commercial corporations no different than Microsoft or Mobil Oil Corporation, which have sought to attach the private property assets of individual Private American Nationals and the assets of the Republic via fraudulent deceit and misrepresentations;  These American Nationals reclaimed their full sovereign authority among the nations of the world, and they redeemed their assets held in public trust created and held by the United States of America, Inc., and the "UNITED STATES, INC."; and

52) Whereby all debt accrued against any public trusts operated under the given names or variations thereof of Private American State Nationals by the "UNITED STATES, INC," or the "United States of America, Inc," or any and all incorporated franchises thereof - Trust Management Organizations, including, but not limited to, the STATE OF CALIFORNIA, etc., is to be discharged, dollar for dollar, without exception, with clear fee-simple title to the assets returned to the individual American National and the organic states of the Republic; and

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Case 2:22-cv-07918-SB-PVC   Document 1   Filed 10/31/22   Page 53 of 187   Page ID #:53
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

53)     Whereas the Private American State Nationals have issued no valid proxy authorizing any agency, elected official, corporate officer, foreign agent, or public employee of the United States of America, Inc, or the "UNITED STATES, INC," or their corporate municipal franchises, to "represent" them in an abusive manner contrary to their material interests, nor did they grant any such authorization of representation to any authority to any incorporated Trust Management Organization to represent them regarding these specific matters; They recognize no such claims brought against them, their private property assets, or their organic states which are made based on representations "on their behalf" by third parties acting in breach of Trust and contract default; and

## Intolerable Conditions

*Thereby finding this situation of statutorily altered Private American State National status intolerable and contrary to lawfully enacted Statutes and in contradiction with the Maxims of Holy Scripture (Proverbs 11:15), and at variance with the originally established courts of common law as well as the Courts of exclusive/inherent Equity/ Chancery governed solely by the Maxims of law and Maxims of Equity, I, Nancy Marie Kremer, do solemnly declare and affirm the following:*

54)     Whereas any of the "FRANCHISES", "CORPORATE-SOLEs", and or "BIRTH CERTIFICATEs", being in fact a unilateral contract under seal, was created and offered "legally", though deceitfully and fraudulently, its open-but-false purpose to aid in the Census, as a means of identification in the documentation of a natural birth, as well as for health reasons and other purposes, its secret-but-true purpose being to rob "We the People", which included every individual Private American State National, first of our sovereign rights as a People, then our Constitutionally protected and guaranteed Rights, and ultimately our lives, fortunes, and sacred honor; and

55)     Whereby the true purpose of the "BIRTH CERTIFICATE", a unilateral contract under seal, is to be a covert commercial agreement and unconscionable adhesion contract / quasi-contract between the state of the baby's birth and the mother of the baby, the baby then deemed property of the federal, de facto, Incorporated Military Government of the United States - the "BIRTH CERTIFICATES" being Registered by the Secretary of State of the birth state, and then turned over to the U.S. Department of Commerce, where they are Registered into International Commerce, and then to the U.S. Treasury where they serve as Collateral and Securities to back the Treasury Bonds issued against them for the "unquestionable public debt", as per Section 4 of the 14th Amendment; and

56)     Whereas the true nature of the "DATE OF FILING" on the "BIRTH CERTIFICATE", a unilateral contract under seal, is to commence the legal birth, or creation of the quasi-corporate, artificial person/Public "U.S. citizen" created by all necessary legal elements of

a unilateral contract, it being in writing, signed, sealed, and delivered for registration and filed with a public office of the baby's state of live birth, thereby enslaving the baby to serve the artificial entity so created and controlled by these "CORPORATE" regimes and "FRANCHISES", all ultimately being controlled by the Vatican; and

57)     Whereby the "BIRTH CERTIFICATE" is a "BUSINESS INSTRUMENT" registered with the County Registrar, a subsidiary of the Secretary of State (of the Several States, treated as "Conquered Territories"), also sent to the Bureau of Census, a Division of the Department of Commerce in Washington, D.C., placing the "NAME" of the Public "U.S. citizen" into interstate and international commerce as a statutory legal "*person*" - as are corporations, partnerships, trusts, corporate-soles, etc., distinct and separate from the "natural born boys and girls", i.e. the Private American State National of The united States of America (1787); and

58)     Whereas the Secretary of State (of the Several States) charters corporations and issues franchises, therefore any natural born Citizen/Private American State National with a "BIRTH CERTIFICATE" is made liable to the Franchise Tax Board of the State's Department of Revenue for income/excise/privilege taxes as well as for the "Federal Corporation of the United States", via excise income privilege taxes in payment of the interest on the national ... corporate debt (as proven by President Reagan's Grace Commission in the 80's), which interest on these purported debts is owed to the Roman papacy's Federal Reserve Bank; and

59)     Whereas this "BIRTH CERTIFICATE", functioning as a "BUSINESS INSTRUMENT", has hoodwinked private American state nationals allegedly named on said Certificate, into unknown and covert implied contracts by operation of law, placing Declarant and Private American State Nationals under an alien, foreign, and yet "temporary", de facto foreign corporate military jurisdiction of the "United States" created first by the "Emergency Banking Relief Act", its initial paragraphs containing a congressionally-amended WW-I statute known as the "Trading With the Enemy Act", codified at 12 U.S.C. § 95(a), and secondly by President Roosevelt's "Emergency War Powers" Proclamation 2040 decreed March 9,1933; and

60)     Whereby the above de facto jurisdiction of the Corporate United States includes the jurisdiction of the constitutionally-created federal and state civil courts (in form) sitting in a corporate military Roman equity/at law (in substance), no longer sitting or proceeding against accused Private American State Nationals with the mode of common law civilian due process of law that, if unchallenged by producing state-filed public records and other prima facie evidence, (if the Corporate "Judge" will allow them), conferring a Corporate-military jurisdiction over the accused that is then forced to plead into a court imposing martial due process and procedure derived from congressionally-amended World War I

© 2022 by Ronald Edward Kelly© - All Rights Reserved

statute by Executive Proclamation on March 9, 1933, with the judges, both federal and state, acting on behalf of the de facto corporate military Dictator/Commander-in-Chief sitting in Washington, D.C.; and

61)     Whereas upon the public filing of the "BIRTH CERTIFICATE" with its attached Private American State National serving as an involuntary Surety, another "source" of income was created that would generate "Income" which then be excise/privilege taxed on the natural baby/woman/private American state national now wedded to this new artificial person/"U.S. citizen" as its property and subordinate Surety, the new "source" being deemed a "rebel and belligerent" residing according to statute deemed to be an "Occupied Territory" and being in commerce and subject to the absolute legislative powers of the "temporary" Emergency War Powers "CONGRESS" (1933-present) to regulate without limit in interstate and international commerce pursuant to Article I; Section 8; clause 3, of the "United States Constitution" during this time of "temporary" declared state of National Emergency, now (2022) in its 89th year; and

62)     Whereby Declarant, a Private American State National, has ceased to be Surety for and the personal property of Public "U.S. citizen" "NANCY MARIE KREMER" by Removal of all Signatures, and Rescission of all Adhesion contracts, past, present, or future; Wherein without the production of any expressly signed and verified contracts with these corporate entities with full disclosure, those corporate claims stand mute - as none exists under this corporate government's fraudulent schemes; and

63)     Wherein Declarant, in *esse*, has irrevocably separated herself from the state-created "FRANCHISE", "CORPORATE-SOLE", "UNITED STATES CITIZEN", created by means of a publicly filed "BIRTH CERTIFICATE", and thereby revokes any and all powers, including, but not limited to Power of Attorney and or Surety, and or Agency that Declarant may have granted to any Party, public and or private; Therefore Declarant is not a party to FDR's contract with all "U.S. citizens" by means of Proclamation 2040, confirmed and approved by Congress in its passage of the "Emergency Banking Relief Act", thereby amending the "Trading With the Enemy Act"; Therefore Declarant is not in commerce (as are Corporations), never to enjoy any commercial privilege of limited liability as a matter of "United States citizens" status  (as do Corporations, also being Public U.S. "citizens"), having discharged all de facto Emergency War Powers Corporate Military Governments, federal and state, from any duty or obligation having arisen from Declarant being the property or surety for, and or wedded to, the state-created hybrid, the federally owned Public "U.S. citizen" in service of Washington, D.C. for commerce and war; and

64)     Whereas Declarant, Nancy Marie Kremer, has returned to her former status of being an American Freeman, and Private American State National of The united States of

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Case 2:22-cv-07918-SB-PVC Document 1 Filed 10/31/22 Page 56 of 187 Page ID #:56
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

America (1787) in law and in equity as secured by Article I: Section 2: Paragraph 2, and Article IV: Section 2 of The Constitution for The united States of America (1787), and therefore stands "in *personam*", in *esse*, and sui juris, possessing all God-given unalienable Rights, all Constitutionally Guaranteed Rights, both Federal and State, and all common law Rights of a *de jure* Private American State National of The united States of America (1787), no longer under the legal disability of being the Property of, or Surety for, and or wedded to a de facto, corporate state-created, Public "U.S. citizen" owned by the Federal de facto Corporate Military Government of the United States; and

65)     Whereby Declarant, Nancy Marie Kremer©, is no longer Property of, Surety for, and or wedded to a de facto Public "U.S. citizen" (which is *alieni juris*), therefore no longer under the de facto jurisdictional power of statutorily-created de facto "Emergency War Power Governments" (federal or state) as those absolute legislative, absolute executive, and absolute judicial powers are exercised towards a de facto Public "U.S. citizen" deemed a "rebel and belligerent" statutorily under the paternal guardianship of de facto "Emergency War Power Governments" (federal or state) as those absolute, paternal, powers are exercised towards children, wards, or de facto Public "U.S. citizens"; and

## Birth Certificate Fraud

*Thereby finding this situation of statutorily altered Private American State National status intolerable and contrary to lawfully enacted Statutes and in contradiction with the Maxims of Holy Scripture (Proverbs 11:15), and at variance with the originally established courts of common law as well as the Courts of exclusive/inherent Equity/ Chancery governed solely by the Maxims of law and Maxims of Equity, I, Nancy Marie Kremer© do also solemnly declare and affirm the following:*

66)     Whereas any of the "FRANCHISES", "CORPORATE-SOLEs", and or "BIRTH CERTIFICATEs", were in fact a unilateral contract under seal, and were created and offered otherwise "legally", although deceitfully and most definitely **fraudulently,** making them completely unlawful by their nature and use, its open-but-false purpose to aid in the Census, and as a means of identification in the documentation of a natural birth, as well as for other health reasons and other purposes, its secret-but-true purpose being to rob "We the People" of our lawful status as individual Private American State Nationals along with our sovereign rights as a People including our Constitutionally protected and guaranteed Rights, and ultimately our lives, fortunes, and sacred honor; and

67)     Whereby the true purpose of the "BIRTH CERTIFICATE", a unilateral contract under seal, was and is to establish a covert commercial agreement and unconscionable adhesion contract / quasi-contract between the state of the baby's birth and the mother of the baby, the baby then deemed property of the federal, de facto, Incorporated Military Government

© 2022 by Ronald Edward Kelly© - All Rights Reserved

of "the United States" - the "BIRTH CERTIFICATES" being Registered by the Secretary of State of the birth state, and then turned over to the U.S. Department of Commerce, where they are Registered into International Commerce, and then onto the U.S. Treasury where they serve as Collateral and Securities to back the Treasury Bonds issued against them for the "unquestionable public debt", as per Section 4 of the 14th Amendment; and

68)     Whereas the true nature of the "DATE OF FILING" on the "BIRTH CERTIFICATE", a unilateral contract under seal, is to commence the legal birth or creation of the quasi-corporate, artificial person/Public "U.S. citizen" created by all necessary "legal" elements of a unilateral contract, it being in writing, signed, sealed, and delivered for registration and filed with a public office of the baby's state of live birth, thereby enslaving the baby to serve the artificial entity so created and controlled by these "CORPORATE" regimes and "FRANCHISES" without full disclosure of any kind to the parents, much less the child, with everything ultimately being controlled by the Vatican and the Holy Roman Empire; and

69)     Whereby the "BIRTH CERTIFICATE" is a "BUSINESS INSTRUMENT" registered with the County Registrar, a subsidiary of the Secretary of State (of the Several States, treated as "Conquered Territories", and also sent to the Bureau of Census, a Division of the Department of Commerce in Washington, D.C., placing the "ALL CAPS NAME" of the Public "U.S. citizen" into interstate and international commerce as a statutory legal "*person*" - as are corporations, partnerships, trusts, corporate-soles, etc, distinct and separate from the "natural born boys and girls" which are in fact the Private American State Nationals as born on the Land of "The united States of America (1787)"; and

70)     Whereas the Secretary of State of the Several States charters corporations and issues franchises, therefore any natural born Citizen/Private American State National with a "BIRTH CERTIFICATE" is made liable to the Franchise Tax Board of the State's Department of Revenue for income/excise/privilege taxes as well as for the "Federal Corporation of the United States", via excise income privilege taxes in payment of the interest on the national corporate debt (as proven by President Reagan's Grace Commission in the 80's), which interest on these purported debts is owed to the Roman papacy's Federal Reserve Bank; and

71)     Whereas this "BIRTH CERTIFICATE", functioning as a "BUSINESS INSTRUMENT", has hoodwinked private American State Nationals allegedly named on said Certificate, into unknown and covert implied contracts by operation of law, placing Declarant and Private American State Nationals under an alien, foreign, and yet "temporary", de facto foreign corporate military jurisdiction of "the United States", created first by the "Emergency Banking Relief Act", its initial paragraphs containing a congressionally-amended WW-I statute known as the "Trading With the Enemy Act", codified at 12 U.S.C. § 95(a), and

© 2022 by Ronald Edward Kelly© - All Rights Reserved          Page 31 of 86

Case 2:22-cv-07918-SB-PVC Document 1 Filed 10/31/22 Page 58 of 187 Page ID #:58
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

secondly by President Roosevelt's "Emergency War Powers" Proclamation 2040 decreed March 9,1933; and

72)    Whereby the above de facto jurisdiction of the Corporate United States includes the jurisdiction of the constitutionally-created federal and state civil courts (in form) sitting in a corporate military Roman equity/at law (in substance), no longer sitting or proceeding against accused Private American State Nationals with the mode of common law civilian due process of law that, if unchallenged by producing state-filed public records and other prima facie evidence, (if the Corporate "Judge" will allow them), conferring a Corporate-military jurisdiction over the accused that is then forced to plead into a court imposing martial due process and procedure derived from congressionally-amended World War I statute by Executive Proclamation on March 9, 1933, with the judges, both federal and state, acting on behalf of the de facto corporate military Dictator/Commander-in-Chief sitting in Washington, DC; and

73)    Whereas upon the public filing of the "BIRTH CERTIFICATE" with its attached Private American State National serving as an involuntary Surety via most fraudulent non-disclosure to the parents, another "source" of income was created that would allegedly generate "Income" which then would be excise/privilege taxed on the natural baby/woman/private American State National now wedded to this new artificial person – the ALL CAPS NAMED /"U.S. citizen" as its property and subordinate Surety, the new "source" being deemed a "rebel and belligerent" residing according to statute deemed to be an "Occupied Territory" and being in commerce and subject to the absolute legislative powers of the "temporary" Emergency War Powers "CONGRESS" (1933-present) to regulate without limit in interstate and international commerce pursuant to Article I; Section 8; clause 3, of the "United States Constitution" during this time of "temporary" declared state of National Emergency, now (2022) in its 89th year; and

74)    Whereby Declarant, a Private American State National, has ceased to be Surety for and the personal property of Public "U.S. citizen" NANCY MARIE KREMER© by Removal of all Signatures, and Rescission of all Adhesion contracts, past, present, or future; Wherein without the production of any expressly signed and verified contracts with these corporate entities with full disclosure, those corporate claims stand mute - as none exists under this corporate government's fraudulent schemes which vitiate everything *ab initio*; and

75)    Wherein Declarant, in *esse*, has irrevocably separated herself from the state-created "FRANCHISE", "CORPORATE-SOLE", and "UNITED STATES CITIZEN", created by means of a publicly filed "BIRTH CERTIFICATE", or "NATURALIZATION PAPERS", by Removal of Signatures and Power of Attorneys as a matter of Right due to the massive Fraud, and thereby revokes any and all powers, including, but not limited to Power of

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Case 2:22-cv-07918-SB-PVC Document 1 Filed 10/31/22 Page 59 of 187 Page ID #:59
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

Attorney and or Surety, and or Agency that Declarant may have granted to any Party undisclosed to her, public and or private; Therefore Declarant is not a party to FDR's contract with all "U.S. citizens" by means of Proclamation 2040, confirmed and approved by Congress in its passage of the "Emergency Banking Relief Act", thereby amending the "Trading With the Enemy Act"; Therefore Declarant is not in commerce (as are Corporations), never to enjoy any commercial privilege of limited liability as a matter of a "United States citizen's" status (as do Corporations, also being Public U.S. "citizens"), having discharged all de facto Emergency War Powers Corporate Military Governments, federal and state, from any duty or obligation having arisen from Declarant being the property or surety for, and or wedded to, the state-created hybrid, the federally owned Public "U.S. citizen" in service of Washington, D.C. for commerce and war; and

76) Whereas Declarant, Nancy Marie Kremer©, has returned to her former status of being an American Freewoman, and Private American State National of The united States of America (1787) in law and in equity as secured by Article I: Section 2: Paragraph 2, and Article IV: Section 2 of The Constitution for The united States of America (1787), and therefore stands "in *personam*", in *esse*, and sui juris, possessing all God-given unalienable Rights, all Constitutionally Guaranteed Rights, both Federal and State, and all common law Rights of a *de jure* Private American State National of The united States of America (1787), no longer under the legal disability of being the Property of, or Surety for, and or wedded to a de facto, corporate state-created, Public "U.S. citizen" owned by the Federal de facto Corporate Military Government of the United States; and

77) Whereby Declarant, Nancy Marie Kremer©, or NANCY MARIE KREMER©, is no longer Property of, Surety for, and or wedded to a de facto Public "U.S. citizen" (which is *alieni juris*), therefore no longer under the de facto jurisdictional power of statutorily-created de facto "Emergency War Power Governments" (federal or state) as those absolute legislative, absolute executive, and absolute judicial powers are exercised towards a de facto Public "U.S. citizen" deemed a "rebel and belligerent" statutorily under the paternal guardianship of de facto "Emergency War Power Governments" (federal or state) as those absolute, paternal, powers are exercised towards children, wards, or de facto Public "U.S. citizens"; and

78) What does all this mean? It means we have been defrauded by International banking cartels operating "governmental services corporations" as if these entities were our lawful government; It means that the Holy See and the British Monarch have acted in secretive Breach of Trust and Dishonor and have undermined our rightful government since 1845; It means that we have caught the rats red-handed, proved the facts, and demanded remedy; FRANCISCUS, the dba name of the Pope, issued his *Motu Proprio* and made the members of the Bar Associations responsible for their errors and omissions; This effectively washed his hands of the criminality of the Bar Members and the continuing assaults upon us by the

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Case 2:22-cv-07918-SB-PVC   Document 1   Filed 10/31/22   Page 60 of 187   Page ID #:60
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

British Crown and ended their privateer licenses and other protections that had been extended to them in Breach of Trust; and

79)    However, there has been no action to dismantle the mechanisms of the fraud that has been practiced against the living people; Every day, babies are born in hospitals and are "registered" as chattel belonging to privately owned and operated corporations masquerading as our government; These corporations patent and trademark our bodies and our names and create "citizens" for themselves that they ultimately control as slaves; This practice of "enslavement by proxy" is no less repugnant than physical enslavement and it has the same results;   They have accomplished this by obtaining undisclosed contracts under conditions of coercion and misrepresentation and by blatant fraud upon the probate courts and falsification of the civil records; They have had each one of us declared "legally dead" - "Missing, presumed lost at sea" - and have seized upon our estates as presumed secondary beneficiaries; This legal chicanery has been assisted and expedited by a few evil politicians who literally conspired to sell their countrymen into slavery for profit;   They seize upon our property by presuming that it is "abandoned"; This is what has happened to every so-called "mortgage payment" you have ever made; It has been seized by the banks as abandoned property belonging to your own estate; They take title to our land, homes, businesses, and other private property and public property interests under color of law; They disguise installment leases as "land sales"; They disguise repurchase agreements as "loans"; They disguise "security notes" as "promissory notes";  And they steal us blind, taking their pay out of our treasury and otherwise using and abusing our own assets to do it; and

80)    Just as they have seized upon our private property via a process of fraud and deceit, they have attempted to seize upon our entire nation and claim that it is "abandoned property";   To understand how this works you have to understand the first frauds committed against us, for it is in the beginning that we most clearly see the ends; and

A)  March 27, 1861, the actual elected Congress ceases to function; and

B)  Lincoln creates a corporation doing business as "The United States of America, Inc." and uses what is left of the Congress as a Board of Directors; and

C)  This "Corporate Congress" changes the meaning of the word "person" to mean "corporation" for their own private in-house corporate purposes; (37th Congress, Second Session, Chapter 49, Section 68); and

D)  The Corporate Congress changes the meaning of more words - according to them, the meaning of the words "state", "State" and "United States" all magically mean ""the territories and the District of Columbia" (13 Stat. 223, 306, ch. 173, sec. 182, June 30, 1864.); and

© 2022 by Ronald Edward Kelly© - All Rights Reserved

E)     These "special definitions" adopted by "a" Congress operating a private, for-profit corporation doing business as "The United States of America, Inc." then secretly allowed the rats to "presume" that anyone who used the common meaning of these words and admitted to living in a "state" or the "United States" was submitting to be considered and treated as a "citizen" of the District of Columbia, instead;  In their secretively altered lexicon, "United States Citizen = District of Columbia Citizen"; and

F)     And as anyone reading The Constitution can see, this meant submitting to the rule of "Congress" which was given plenary control of the District of Columbia;  Via the use of semantic deceit a small group of venal criminals "redefined" our Republic as a plenary oligarchy run by none other than themselves; They also endeavored to redefine all the freeborn Americans as slaves belonging to the District of Columbia; Never mind that the "Congress" engaging in this fraud and merely pretending to be the lawfully elected Congress had absolutely no public office and no delegated authority; and

G)     What happened with all this fraud by a hundred years later?  The Congressional Record, June 13, 1967, pp. 15641-15646 - "A 'citizen of the United States is a civilly dead entity operating as a co-trustee and co-beneficiary of the PCT, the private constructive, cestui que trust of US Incorporated, under the 14th Amendment, which upholds the debt of the USA and US Inc. in Section 4;  "Now, put all this together in one big Ball of Wax, and what do you get? The Bar Association Members employed by the District of Columbia Municipal Corporation have been "presuming" that you are "civilly dead" because you have been falsely reported as "missing, presumed dead" on the records of their probate courts; While they have been busily and secretively "presuming" this, they have also been "presuming" that you died intestate (without a Will) and that the local District of Columbia Municipal Corporation franchise doing business as (for example) the STATE OF OKLAHOMA, is the beneficiary of all your property; How's that for a fraud racket? How's that for conflict of interest? But they didn't stop there; They also presume that the still living man is a "co-trustee" and "co-beneficiary" of his own estate trust; How can that be? Obviously, he can't be the trustee AND the beneficiary of his own estate at the same time, because the two roles are mutually exclusive;  for example: They send out a false summons to you as the "presumed" co-trustee of the JOHN QUINCY ADAMS estate trust, and you, ignorantly assuming that this is your name and that this mail is addressed to you, show up in answer to their "summons" - and they trick you into playing the role of trustee, while they suck up the beneficiary slot and milk your estate; and

H)     That is what these demons in suits have been playing at all these years; They charge your estate millions of dollars for every "felony" charge they utter and nearly as much for every "misdemeanor";  Then for good measure, they throw you in jail and make the taxpayers pay a hundred times more than any real cost for the "service" of incarcerating you - and profiting off your labor in "prison industries";  They bilk billions of dollars out of the

© 2022 by Ronald Edward Kelly© - All Rights Reserved

public treasury and out of your private "abandoned" estates every year, while parading around the town as members of "elite" society; No doubt the word "elite" has also been redefined by these maggots to mean "common criminal"; There is no doubt now that this system is what it is, nor is there any doubt that it must end, but before we leave this subject, please note, that they haven't been content with defrauding, press-ganging, enslaving, and taxing you under false pretenses, oh, no, they finally maxed out your credit cards which they stole along with your identity as a living breathing man; So the Big Game has been afoot: do the same thing we did to each one of the People to the entire nation; How do we do that? November 7, 2007 the rats in Washington, DC running the "United States, Inc." bankrupted it for the third and final time; They handed it over to the UN to act as bankruptcy trustee and nobody named a successor to The Constitution contract; and

81) That left the "Federal" side of the Constitution contract flapping in the wind, and the United Nations Trust Committee-North America overseeing our National Trust assets and no other entity was named to provide the nineteen enumerated services that the British-controlled Federal United States is supposed to provide; Nice; The infernal bastards filed a claim on abandonment against our entire nation, claiming that we no longer exist as a sovereign nation because we haven't been heard from in 150 years; They further claimed that we are no longer a sovereign nation because we (allegedly) don't have a national currency in circulation; We had to file a Declaration of Joint Sovereignty and two new sets of Sovereign Letters Patent to rebut their unending "presumptions" before the UN Trust Committee - North America and the UN Security Council; The fact is that we are sovereigns in joint tenancy; if we don't attend to our business in a hundred years, it's still our business; If we don't call a Continental Convention in 200 years, that's our business, too; And we are not obligated to have a national currency in circulation - even though we do; It's the same shtick they are trying to pull only on a much larger scale - claiming that our whole nation is effectively "missing, presumed lost" and that our estate is "abandoned" ready for the taking by secondary beneficiaries and creditors; That's what the banks and their buddies the lawyers and their flunkies the politicians you elected in good faith had planned for you; That's what Wells Fargo Bank - which is not a bank - it's a "securities investment corporation" using the trademarked name "Wells Fargo Bank" to pretend that it's a bank, has been trying to promote this past week; And no wonder; It is partially owned and operated by the "US Attorney General"; And now, let's make it Perfectly Clear - Chairman of the Joint Chiefs of Staff; you are responsible for providing for the security of the American People; You receive your paycheck directly or indirectly from funds and credit obtained from us - even if it is now in the hands of pirates and brigands and those who have colluded with them as false trustees; These evil men and women would like to start a Civil War in America, because they make their money off of conflict; In preparation for trying to incite an uprising among the peaceful American people these criminals have

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Case 2:22-cv-07918-SB-PVC   Document 1   Filed 10/31/22   Page 63 of 187   Page ID #:63
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

armed corporate subcontractors that are operating under names designed to make people assume they are lawful units of government - BATF, FEMA, IRS, DHS, FBI, CIA, local "Sheriffs" who are nothing but shills working in private corporate offices, not Sheriffs occupying public offices on the land at all - and have armed these private commercial mercenaries with billions of rounds of ammunition and tactical weapons; For what purpose? So that the secondary creditors of a bankruptcy that we were never legitimately any part of - international banking cartels and foreign investors - can come in here and loot and pillage America with the assistance of commercial mercenaries bought and paid for with illegal taxes extorted from Americans by criminals pretending to be our lawful government; This circumstance and the UN's role in it is now well-known on a worldwide basis and is well-documented and proven beyond any reasonable doubt; What are we going to do about it? For starters, we notified the UN Trustees that we are very much alive and in charge of our own affairs and that we have been victims of crime and misrepresentation; We are not "U.S. Citizens" of any kind according to their definitions - nor ours; We are Americans; We, and our property assets both public and private, have been entrapped in the private corporate bankruptcies of these bank owned and operated "governmental services corporations" without our knowledge or consent, and we object to any presumption that we are now or ever were civilly dead, incompetent, bankrupt, or otherwise dependent on these villainous fictitious entities; That is a good and practical start; and

## Vatican Fraud

82) With the plans made at the conclusion of the war of 1812 by the Vatican and others at the Congress of Vienna and their subsequent "Secret Treaty of Verona" in 1822, the Vatican executed a plot to subvert the Freedoms of America by stealing away their protected freedoms so that they could subvert and control them through the means of their protected Corporation and Trust with the Civil War giving them the opportunity to take over via stealth while the country was rebuilding itself; and

83) Whereas the Vatican originally conspired to take over the Freedoms of America during the Congress of Vienna in 1815, shortly after the War of 1812 which was fought over the Congress not renewing the Banking Charter for yet another 20 years, and the pending enactment of the Original 13th Amendment, which barred all those with Foreign Titles of Nobility from serving in our government, and then the Vatican finalized their deal with the Secret Treaty of Verona in 1822, which was soon discovered and lead to the famous Monroe Doctrine of 1823; and

84) Whereby President Monroe was then given the "Poison Cup" on July 4, 1831 in retaliation for the giving of this Doctrine, which was strictly enforced to protect the United States from this intended foreign intervention, and the American Inventor Samuel "F.B." Morse

© 2022 by Ronald Edward Kelly© - All Rights Reserved

warned of this diabolical Jesuit conspiracy against American Liberties in his epic work "Foreign Conspiracies Against the Liberties of The united States" published in 1835; and

85) Whereby during all this Vatican conspiracy the Vatican was in a relationship with the Rothchild's Bank in Eastern Europe and both their banking interests were joined with the Vatican Bank at the Vatican wherein their joint conspiracies to control the monetary system in a way that would greatly profit them at the great expense of others was evidenced by this relationship, and this fact played right into the U.S. Civil War which followed in ways that most People just never realized and as illustrated below; and

86) When Abraham Lincoln ran for Office in 1860, he was a "BAR" Attorney who was technically ineligible to run for the Office of "President of The United states of America" by the then fully ratified Original 13th Amendment, which barred those with Titles of Nobility (example, Esquires) from serving in Public Office, as they had already sworn their allegiance to a Foreign Power, namely the Queen and her Exchequer who actually ran the International BAR Association, or British Accreditation Regency, so Lincoln fraudulently ran only for the "Office of President of the United States" which had never been used before, and thusly fooled the American People into voting for him as most did not fully understand the Law, nor any of these facts; and

87) The Southern States, which were just as "Confederate" at that time as the Northern States, then elected its own President, Jefferson Davis, to preside over them as many of the conflicts between the states then were magnified in intensity by these same European powers that sought to divide them, namely the Vatican, the European Banks, and the British Crown, which interestingly enough was also very controlled by those same Powers in fact; and

88) That this great divide in our Union then lead us into a great mercenary battle – not an actual War, as war was never been declared, and subsequently no Peace Treaty was ever signed, however since the Union States under Lincoln went Bankrupt in 1863 and they were only able to borrow the funds in gold necessary to win the war from the Vatican Bank through the Rothchild's, and were eventually able to prevail, however when Lincoln was then unable to pay as promised in gold at the end of hostilities, he was shot by a Rothchild's Bank agent named John Wilkes Booth when Lincoln attempted to just discharge this lawful debt via promissory notes known as "Greenback Dollars" which actually had no intrinsic value of their own and thusly sealed his own fate; and (*NOTE: The full account of this has been on the History Channel at least twice fully documenting this in its entirety); and

89) And thusly the Military powers took over following Lincoln's death and the once unincorporated Trust Management Organization hired by the People to provide the 19 enumerated services specified in the Constitution was actually Incorporated over those

Case 2:22-cv-07918-SB-PVC  Document 1  Filed 10/31/22  Page 65 of 187  Page ID #:65
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

following few years when "Reconstruction" was supposedly taking place, and once the "United States" was lost to the Vatican scheme by incorporating it and placing it under their controls, while the United States of America was also Incorporated under more than one Foreign jurisdiction without public knowledge, as well as the District of Columbia, these Foreign Powers, namely England and the Vatican solidified their goal to control America and limit their Freedoms; and

90)     Whereas one of the main problems with having the service provider substituting themselves into our rightful role was that this was all done by stealth and in absolute Fraud, which vitiates everything from its inception, as the American People were never told any of this and were not even told about the lack of complete Reconstruction following the so-called Civil War, which in reality meant restoring our Civilian Government known as the Jural Assemblies in each and every State, as without these Jural Assemblies being reconstructed this acting Incorporated de facto Government was operating without a Contract, and had no lawful authority whatsoever, as affirmed by their own Courts in the Clearfield Decision of 1943, where it was stated that when a government is operating as a commercial corporation for profits, it has no sovereign powers of any kind, and is no different than any other commercial corporation on earth; and

91)     Wherein around the year 2010 the original Author of this Declaration, and several others of like mind, took this information to the Vatican itself and Pope Benedict, who ultimately stepped down from office (allegedly) and was reportedly replaced by a Jesuit (who is barred by Vatican Law from holding such office) as Pope, who subsequently issued all Vatican Officers including the U.S. Congress, a *Motu Proprio* officially removing all immunity from everyone from the Pope on down and soon visited the Congress and then on September 24, 2015 placed this corporation he controlled named the "United States, Inc." into Chapter 7 Bankruptcy liquidation at the World Court in the Hague, and that bankruptcy liquidation was finalized on November 5, 2020 with a complete liquidation only two days after our most recent election – invalidating the entire sideshow event, as there are no longer any offices to fill in the "United States, Inc." as it has been fully dissolved and no longer exists; and

## Corporate Fraud

92)     With the United States setup as a Private Commercial Corporation operating for Profits and acting in Fraud the way it does, this setup not only involves the United States itself, but many other Corporations and Municipalities under its control that participate in this Fraud whereby Americans have been completely dominated by all this Fraudulent activity in a land of their own, but unfortunately with most not completely realizing it nor understanding why; and

93) Whereby Corporations were founded and discovered by the Vatican itself, there does appear to be inherent Fraud in the organization and formation thereof from the very beginning, and they are inherently as evil as the Vatican itself, as Corruption can only breed more Corruption and this law form is as inherently evil as its maker, the Vatican itself; and

94) Whereas none of the Incorporated Trust Management Organizations or other Corporations have a contract to operate our Civil government, and never have, although they have been conniving and contriving to do so for several decades now with disastrous results; and

95) Wherein the "I.M.F." dba "UNITED STATES, INC.", and its corporate officers and their appointed bankruptcy Trustees commandeered the apparatus of what Americans thought was their lawful government, claimed to represent the American People, and then went on over a hundred and sixty (160) year rampage of white collar fraud and crime the likes of which the world has never known; The "I.M.F." dba "UNITED STATES, INC.", has claimed that the American People have had a free choice in the midst of all this misrepresentation and unlawful conversion of assets and that they could redeem their property held in the franchise Estate Trusts setup in their "NAMES" by the banks at any time/simply by notifying the proper officials - the Internal Revenue Service; and

96) Whereby the Private American State Nationals were never told any of this, so this remedy was never actually made available in any practical sense to the millions of rank and file Priority Creditors of the United States of America, Inc.; The two Trust Management Organizations dba United States of America, Incorporated, and the "UNITED STATES, INC.", were and are obligated to defend the National Trust Indenture, including the material interests and rights of individual Americans who are beneficiaries of the National Trust Indenture; Breach of Trust results in severance of contracts that go along with the fiduciary obligations owed as liabilities of the "IMF" and its agencies and franchises to the living American Nationals; and

97) Thereby any concerted attempt by Trustees - whether individuals or entire vast incorporated Trust Management Organizations - to impose upon the beneficiaries of a Trust, or to usurp the assets and collateral held in Trust for the Trustees or Trust Manager's own benefit, is a high crime and Felony Fraud and Criminal Malfeasance ... an act of inland piracy, and deserves to be punished as such; and

98) Whereas these Undeclared Foreign Agents and Agencies employed by the "FEDERAL RESERVE", a privately owned and operated Central Bank employed by the bankrupted United States of America, Inc., and or the "I.M.F." operating the "UNITED STATES, INC.", have continued to presume a controlling interest in the assets of individual private American State Nationals and their already redeemed individual Estates and to also presume that the private property assets of individual Americans were offered as surety

and collateral for debts owed by the United States of America, Incorporated, all based upon insupportable and undocumented claims made by unauthorized third parties acting in Breach of Trust for the past hundred and fifty plus years; and

99) Wherein this is your individual and personal notice that not only are "Governors" of the United States of America, Inc., and "GOVERNORS" of the "UNITED STATES, INC.", nor "GOVERNORS" of any of the "STATE OF STATES" not authorized or empowered to pledge private property assets of any Private American State Nationals, they were never empowered to pledge any assets of the organic States, Counties, or Cities  either; All "Acts", pledges, agreements, and policies of the "U.S. CONGRESS" and "STATE GOVERNORS" operating the "UNITED STATES, INC," or any other Municipalities which are in fact privately owned for profit commercial corporations not under any contract to serve the American People - and pretending to have effect on living Americans, their private property assets, or their organic states, counties, cities or townships, are fraudulent, and null and void as if these acts never were, and

100) Whereas similarly, all "legislative acts" of the Franchised States, i.e. "STATE OF CALIFORNIA" and the other 49 "STATES" – all operating as Corporate Municipal Franchises of the Corporate United States of America, or the "UNITED STATES, INC." which pretend to have an effect upon the Private American State Nationals, their private property assets, or their organic states, are fraudulent, null and void as if they never were; All rules, statutes, codes, regulations, taxes, tithes, fees, penalties, and "laws" established by these Corporations apply only to their own corporate officers, employees, agents or their Corporate citizens, similar to the internal policies set by other commercial corporations on earth, and any pretension that any individual private American state national is obligated to obey those instruments of Corporate Policy as an "Employee" must be backed up with proof of fully disclosed employment contracts and agreements; This Notice informs you individually and personally that the individual living Private American State Nationals, their private property assets, and their organic states on the land, are not subject to any law, code, statute, rule, regulation, order, or internal policy that is promulgated by any incorporated entity; and

101) Wherein all Corporate Officers/"OFFICERS" and their Employees have cause to now know that they cannot rely upon second-hand direction received from third parties merely claiming to "represent" individual Private American State Nationals, nor claiming to have controlling interest in private assets held in public trusts that have been established "in the "NAME" of" individual Private American State Nationals by the United States of America, Inc, and or the "UNITED STATES, INC."; and

102) Whereas in "representing" the Republic, the "UNITED STATES OF AMERICA, INC." was bound to honor all contracts and Public laws established by the Republic; In

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Case 2:22-cv-07918-SB-PVC Document 1 Filed 10/31/22 Page 68 of 187 Page ID #:68
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

receivership, and the United States of America, Incorporated, had to be operated according to the same Trust Indenture that was established by the Preamble and Bill of Rights, because it is not possible to receive assets in bankruptcy without also receiving the liabilities; and

103) Wherein the "UNITED STATES, INC." in acting as a secondary Trust Management Organization since 1933 and has in turn undertaken to "represent" the "United States of America, Incorporated", and is bound by the same obligations; and

104) Whereby in "the NAME of" public trusts, the Trust Management Organizations pretending to represent the American States and individual living Americans, have gone on compiling debts, creating bankruptcies, unlawfully making false claims, and otherwise seeking to ensnare and obligate assets of the U.S. Trust for the benefit of their private shareholders for the past one hundred and fifty plus years; and

105) Wherein members of the "BAR" Association, who are subject to international treaties that allow them to even live in this country, one Treaty being of Amity, Commerce, and Navigation, between "HIS BRITANNIC MAJESTY" and "the UNITED STATES OF AMERICA" (1794), wherein said Treaty clearly states in Article 1: "There shall be a firm inviolable and universal peace, and a true and sincere friendship between His Britannic Majesty, his heirs and successors, and the United States of America; and between their respective countries, territories, cities, towns and people, of every degree, without exception of persons or places", and by definition members of the Inner City of London, a City-State and foreigners on American soil, are subject to deportation and seizure of all their personal and private assets, if they continue to presume and impose upon the Private American State Nationals, who are their ultimate employer pursuant to the organic 13th Amendment to the Constitution for The United States of America (1787) as lawfully ratified in 1819; and

106) Whereas Corporate Officers of the United States of America, Inc., or the "UNITED STATES, INC.", who continue to impersonate state or federal judges, or pretend to act as state or federal officials, will be prosecuted to the fullest extent of the American common law if they do not voluntarily come into compliance and live within the limitations of their actual Office/"OFFICE", remembering also that as of September 1, 2013, the Holy See, Pope Francis, has removed all immunity from all such officers, from the Pope himself on down, and then entered the "UNITED STATES, INC." into involuntary liquidation in the World Court on September 24, 2015, which was then finalized on November 5, 2020 fully liquidated; and

107) Whereby none of these Trust Management Organizations schemes and actions have anything lawfully to do with any living Private American State National, nor with any geographically defined state of the Union, nor with any private assets belonging to these

peaceful unincorporated entities, but through purposeful semantic deceit and fraud, false claims arising among these incorporated entities have been allowed to bleed over and impact the beneficiaries of the U.S. Trust; and

108)   Whereas with all this uproar, all these claims and counterclaims, all these legal fiction entities battling it out with each other in corporate administrative tribunals having nothing whatsoever to do with the living people, their private assets, or their organic states, and they never did; The only business any living Private American State National has with any corporate administrative tribunal functioning as a court/"COURT", is: (l) to inform the personnel operating the Court/"COURT", of facts pertaining to some issue being considered, or (2) to present a claim against the United States of America, Inc., or the "UNITED STATES, INC.", or one of their corporate franchises, such as "STATE OF CALIFORNIA" or "COUNTY OF LOS ANGELES"; and (see the Administrative Procedures Act of 1946 for statutory admission); and

109)   Whereby the United States of America, Inc., and the "UNITED STATES, INC.", and their "STATE" Franchises are all commercial corporations for profit, privately and mostly foreign owned, they have no special standing at all, and with respect to Private American State Nationals – they have precisely the same standing as any-other multi-national corporate conglomerate;   These incorporated entities can't force individual Private American State Nationals to accept their services, buy insurance, pay taxes, or do anything else based upon the representations of third parties merely claiming to represent them; They have no approach, question, interrogate, detain, arrest, or imprison any Private American State National violating any Code, Rule, Regulation or Statute or for committing any infraction thereof or for allegedly committing any crime lacking a *corpus delecti* demonstrating actual harm to other living people or property; and

## Bank Fraud

110)   With the Vatican taking over control of the United States Corporation, along with their Vatican Bank, through this conspiracy with the "BAR" (British Accreditation Regency) they conspired to create  the Federal Reserve System as the sole creditor to the United States so they were still in control at arms-length, and this fiat money system they created was further abused to in-debt the American People through schemes hatched up by this Corporate banking cartel and the government that was believed by most to be the lawful government of the United States, when it was only under contract to provide those nineteen enumerated services listed in their Constitutions; and

111)   Whereas it was clear that the Vatican assisted in the plan to create the Federal Reserve System in 1913, and eventually take the United States off the gold standard in 1933 by making this foreign owned banking cartel the sole creditor to the Corporate United States and its Franchises;  Wherein these banks basically exercised monopolistic control not only

of the government entities, but even over their Courts, and yet another diabolical plot was constructed against the Rights of the People, especially starting with the Townsend Maternity Act of 1921, where they enfranchised the People via the creation of the Birth Certificates, which interesting enough, is designed exactly like the catholic baptismal certificate; and

112) That since the late 20's, the Corporate United States has been receiving these Birth Certificates for Registration at their Department of Commerce in Washington, D.C., and then, as they are considered "Documents of Title" and they turn those Originals over to their Department of Treasury, where they are "monetized" – backing the Treasury Bonds that are issued against them and then used to pay off the "unquestionable National Debt" at the Federal Reserve with those Bonds that were created from the backing of these Birth Certificates as their Collateral, and those Bonds are then also used to pay for their habitual deficit spending as well;  And whereas the Registration of such creates foreign controlled Estate/Trusts and Foreign situs trusts under the Fictitious Names of the People documented thereupon in this Fraudulent scheme to hypothecate the National Corporate debt unto the unsuspecting American People, which are very clearly shown here to be the actual Priority Creditors to this nation; and

113) That all bank officials operating businesses in the geographically defined States have knowingly, or unknowingly, setup checking, savings, and other depository accounts, including mortgage and escrow accounts, which result in unlawful conversion of private property into corporate assets;  That by creating these accounts in the "NAMES" of individual Estate/Trusts, owned and operated by the "UNITED STATES, INC." instead of the names of the living people, private bank accounts belonging to Declarant, Nancy Marie Kremer©, have been unlawfully converted to the ownership of Puerto Rican Trusts owned and operated by the " UNITED STATES, INC.", under the Fictitious Names created from their Birth Certificates, like NANCY MARIE KREMER©, or even Nancy M Kremer©, etc.; and

114) That wherein this semantic deceit dependent on the use of similar names and the constructive **fraud** of non-disclosure practiced by the banks has resulted in claims by the "I.M.F.", dba "UNITED STATES, INC.", and their "STATE INSTRUMENTALITIES", where the funds and contracts under deposit as negotiable instruments are presume to be the property of the "UNITED STATES, INC.", or one of their "STATE" Instrumentalities; All banks and banking officials operating in the Several states are now under Notice and Demand to correct their records to reflect the fact that assets contained in, or claimed by, "individual franchise Estate Trusts" operated "in the "NAME" of Private American State Nationals and their private unincorporated business Enterprises  have been redeemed by the same or similar given names of living people, living at the geographic address of record on file; and

Case 2:22-cv-07918-SB-PVC  Document 1  Filed 10/31/22  Page 71 of 187  Page ID #:71
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

115)     Whereby the leadership of the "UNITED STATES, INC.", known as the "U.S. CONGRESS", has recently passed the Dodd-Frank Bill, gratuitously granting themselves the right to pillage the bank accounts of Americans which have been purposely and self-interestedly constructed by the "I.M.F." dba "UNITED STATES, INC.", as private accounts belonging to federal franchise Estates or Trusts without the knowledge or consent of the victims or rightful owners; and

116)     Therefore all banks and banking officials operating in the Several States are now under Notice that any claim presented by any officer of the "UNITED STATES", "STATE OF CALIFORNIA, or any other "STATE", pretending an interest in the private property assets of Private American State Nationals, or seeking to withdraw deposits under the authority of the Dodd-Frank Act, or any other "CORPORATE CONGRESSIONAL ACT", is prohibited from any such action by Public Law of the Republic, and that any banker aiding or abetting unlawful conversion of private assets for the "I.M.F.", dba "UNITED STATES, INC.", or their "STATE" Instrumentalities, will be prosecuted to the fullest extent of American common law; and

117)     Whereby any Corporate Officer/"OFFICER" receiving this Notice, who is unaware of the facts presented herein, is invited to contact "INTERPOL", the nearest Vatican Legate, or the International Service Agent for California; And any Corporate Officer/OFFICER receiving this Notice who believes that we are misunderstanding any of the historical facts or any aspect of the material circumstance, is invited to produce the single document which they believe grants their agency or office jurisdiction and or controlling interest in living Americans, their private property assets, their credit, labor, their organic states, or any other material assets; and

118)     Wherein the criminal intent of these actions is self-evident ... first convert private bank accounts to the ownership of public trusts owned and operated by for-profit corporations merely pretending to "represent" the victims, second to claim that these private assets have been "donated" voluntarily to the public trust franchises, or abandoned by the legitimate beneficiaries of the assets;  This Notice is your individual passport to a real "federal" prison if you do not cease and desist all participation in support of these claims, actions, and intents; and

119)     Whereby the living woman, whose given name is written properly in the form: Nancy Marie Kremer©, has been induced by undeclared foreign agents of the "I.M.F." dba "UNITED STATES, INC.", and the "FEDERAL RESERVE", dba United States of America, Inc., to believe that she is depositing her funds in her own private bank account, but in fact she is always depositing her private property into a bank account owned by NANCY MARIE KREMER©, which is an Foreign Estate/Trust owned by the banks

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Case 2:22-cv-07918-SB-PVC   Document 1   Filed 10/31/22   Page 72 of 187   Page ID #:72
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

operating the "UNITED STATES, INC.", or NANCY M KREMER©, which is a foreign situs trust owned and operated by the United States of America, Inc.; and

120) Whereby any Officer/"OFFICER" receiving this Notice that doubts that this is true, is invited to pull out their own personal check book and look at what appears to be the signature line under high magnification, and you will see that this line is not a line at all, but a row of repeating microprinting stating "authorized signature" over and over;  This verbiage has to be there because the "owner" of the account NANCY MARIE KREMER©, is a Puerto Rican Estate Trust, and can't function without physical agents; and

121) Wherein the "I.M.F." dba "UNITED STATES, INC.", has deceived millions of Americans into depositing their private assets into "public franchise trust" accounts, without their knowledge or consent; Most likely the Officers/"OFFICERS" reading this Notice have been similarly victimized by this foreign interloper's deceit, fraud, and self-interest;  To lead everyone along with this deception they have allowed everyone to write checks on "their" account and claimed that they are an employee of their Corporation - and as such, require you to obey all their laws, rules, codes, statutes, and regulations that they deem appropriate to establish and enforce; and

122) Whereby this is all a form of bunko that has been made possible because the banks operating as creditors gained a position of trust via the bankruptcy of the Trust Management Organization dba the United States of America, Inc., which was in receivership; The "FEDERAL RESERVE", another privately owned, for profit, banking cartel, gained a similar position of trust as the primary creditor of the United States throughout its bankruptcy reorganization; and

## Court Fraud

*With all the Court Fraud exposed in this Vatican scheme to take over our lawful government, and also that of their other Corporations, and also the Banks, it should be obvious to all that the Courts have been manipulated the way they have been to protect the Banks, as well as the Federal and State Corporations:*

123) Wherein whenever anyone is "booked" by the Corporate Municipal Police, or other law enforcement agency in this country, they are fingerprinted, and those fingerprinting machines that they utilize have all been pre-programmed to accept only "ALL UPPERCASE" letters, or convert them from lower or Mixed case into "ALL UPPERCASE", so that the" NAME" they book someone under is always an "ALL CAPS NAME" and that of a "LEGAL FICTION" (fictitious "person"), a crime in and of itself, and that which they assign to all U.S. subject citizens; and

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Case 2:22-cv-07918-SB-PVC   Document 1   Filed 10/31/22   Page 73 of 187   Page ID #:73
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

124) That converting a Private American State National's name to a Fictitious "NAME" such as this, is an act of "personage" and not only fraudulent, but contrary to well established law as in their Roman Civil Law it is a *capitis dimimutio maxima* as described in Black's Law as having stripped that individual of his or her Rights without due process of law, rendering him or her to the status of a Slave in direct violation of their own Statutory 13th Amendment and when Sheriffs, Attorneys, Judges, and Court Clerks, address birthright Citizens of the Continental United States in the foreign jurisdiction of the Federal United States Courts or that of a Federal State, and deliberately confuse living people with corporate franchises merely named after them, they commit personage; This results in press-ganging Land Assets into the international jurisdiction of the sea, a crime outlawed worldwide for over 200 years, that of "Personage" which is a recognized act of inland piracy and it carries the death penalty, thereby mischaracterizing the identity or citizenship status of birthright Citizens of the Continental United States, which is also a crime under the Geneva Protocols of 1949, Volume II, Article 3, which also carries the Death Penalty; and

125) Whereas when they have fraudulently done this right at booking, even over one's objections, that man or woman will not get an actual Grand Jury indictment, a Trial by Jury, or full Due Process of Law - as they have already stripped him or her of their Rights where no amount of objecting will fix the problem, as their so-called judges will just simply overrule those objections; and

126) That the Prosecutor takes his unsworn "Information", with or without an injured party or proper affidavit of injury, to the special Criminal Rule 6 Petite Jury, which only has nine members – and only requires 7 to indict, and then has them issue a so-called True Bill - which is no True Bill at all; and

127) That if and when one doesn't know all about this Fraud, and how exactly to object at an arraignment, or what to object to, or have this Declaration on File or other suitable prima facie evidence of their true status as a Private American State National submitted into evidence, their corporate martial due process Courts will then require them to prove their own innocence when twelve additional presumptions have already been made against them, and once they either enter a plea, or one is entered for them, their fate is sealed, as they will be tried as a U.S. subject citizen with the presumption of guilt and with no Rights to protect them with only mere revocable privileges that have already been revoked; and

128) That the only issue that needs to be brought before one of their Courts is this Declaration of Status, to show that you are a Private American State National fully endowed with all your Constitutionally guaranteed Rights, and one will really have to be on their toes even then, as the Prosecutor will be practicing Barratry, and they do not give in to reason very easily - but with your Declaration in Evidence, you can continue to object to whatever they

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Case 2:22-cv-07918-SB-PVC Document 1 Filed 10/31/22 Page 74 of 187 Page ID #:74
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

do on the basis of their non-rebuttal, as everything they do in these Courts is unlawful under our Constitution, and their Corporate Codes, Statutes, Rules and Regulations simply do not apply to me - they apply only to their Corporate Officers, Employees, Agents, and actual U.S. citizens just as any other Commercial Corporation operating for Profit in the world's internal by-laws do; and

129) That it is a fact, their Incorporated in-house Codes, Statutes, Rules and Regulations simply do not apply to any Private American State Nationals, as they are the Law of the Sea, and not of the Law of the Land – they only apply to their Incorporated Officers, Employees, Agents, and Subjects just as any other Commercial Incorporation operating for Profit as the world's internal by-laws do, and since they cannot bring forth into evidence any valid, fully disclosed contract of employment, they simply cannot take silent judicial notice and "claim" that we are an employee, when in fact we are their actual employer; and

130) That "Trial by Jury" is never given in their Corporate Courts - only a "Jury Trial", which is vastly different, as the Judge instructs the Jury and dictates the law, whereas in a Trial by Jury, it is the Jury's duty to determine both the Facts and the Law of the case; and

131) That a "Fictitious Name" is defined in Black's Law as "A counterfeit or pretended name taken by a person", differing in some essential particulars from his True Name, and "Fictitious" is described as being "Founded upon a Fiction, having the character of a Fiction, pretended or counterfeit"; and

132) That "Fiction of Law" is wrongful if it works loss or injury to anyone - and where there is truth, fiction of law does not exist, so why do Courts always use a Fictitious Name that Black's says "is meant to deceive or mislead", when a Fictitious entity cannot be a "natural person" according to Black's ... a natural person being a Man or a Woman, and this is Fraud, pure & simple, when Fraud and Justice are never supposed to dwell together ...and this is all their Courts have to offer; and

133) That these Prosecutors are all committing the crime of "Personage", when they use a "LEGAL FICTION NAME", and that is Fraud in the *factum*; and

134) When bringing this Fraud into the Courtroom several other Federal crimes come to mind: Conspiracy for the Deprivation of Rights [Title 18 U.S.C. § 241] and Deprivation of Rights Under Color of Law [Title 18 U.S.C. § 242], False or Fraudulent Claims [Title 18 U.S.C. § 1001], Kidnapping [Title 18 U.S.C. § 1201], Use of Fictitious Name [Title 18 U.S.C. § 1242], Frauds & Swindles [Title 18 U.S.C. § 1341], and Peonage [Title 18 U.S.C. § 1501], just to name a few, to say nothing about State Laws; and

135) And then when they fraudulently convict the "LEGAL FICTION" (person), they make the Man or Woman Surety for all the Bonds they create at $12,000,000 per felony count, or $120,000 per Misdemeanor, by having the Public Defender, or Private Attorney, sign the

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Case 2:22-cv-07918-SB-PVC  Document 1  Filed 10/31/22  Page 75 of 187  Page ID #:75
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

Standard Form 28 "Affidavit of Individual Surety" for me, without your knowledge or consent; and

136) That this foregoing act clearly demonstrates their Motive for doing all this Fraud ... unjust enrichment for this Privately owned Commercial Corporation operating for Profit, so it is no wonder the U.S. Supreme Court had to rule the way they did in the Clearfield Doctrine of 1943, as greed corrupts everything; and

137) That in fact, "ALL CAPS NAMES" like "NANCY MARIE KREMER"©, are mere "LEGAL FICTIONS", existing nowhere except as a concept on paper and are defined in Law Dictionaries as Corporations or other man-made entities, and this Fictitious entity cannot lawfully be attached to a living Man or Woman, and most definitely is not the name of this Declarant, who prefer to carry lawfully Notarized Private "ID" or State National Credentials and who is not a Licensee, Officer, Employee, Agent, Contractor or Subject of any Corporate "STATE", the "UNITED STATES", or any other Federal or State Agency, and thereby the Federal and or State entities have no nexus whatsoever with him or her; and

138) That Declarant, Nancy Marie Kremer©, is in fact a Private American State National and a Private Inhabitant on the Land on California, and respondent(s) have absolutely no information whatsoever to the contrary; and

139) That Declarant, Nancy Marie Kremer©, is fully entitled and endowed with all her Constitutionally guaranteed Rights and protections under The Constitution for The united States of America (1787), as well as the National Trust Indenture, and always has been; and

140) That the original Author of this Declaration, Ronald Edward Kelly, was a CPA Audit Manager and graduate Computer Engineer who actually wrote the original Oracle© Database System used by the Mortgage Companies in conjunction with Freddie Mac, et.al, as well as the best Fraud Detection system for the Auto Insurance Companies ever deployed, whereby "the United States of America, Inc.", or the "UNITED STATES, INC.", creates and backs the Financial Enterprises of Freddie Mac, Ginny-Mae, Fanny-Mae, and Sally-Mae and their replacements, who are all involved with them and the Nation's Counties in a financial debacle that unjustly enriches them as well as the Incorporated Trust Management Organizations our Corporate government consists of through the Nation's Counties since the late 70's; and

141) That whenever anyone is arrested and charged with a Felony violation of one of their Corporate Statutes or Codes - even though there may not be an injured party at all, nor an actual Grand Jury Indictment, the Judge assigned will issue Miller Act Bonds on the case to the tune of $6,000,000 per Felony count at arraignment (or $600,000 per Misdemeanor count and $60,000 per simple Infraction per bond), and then another $6,000,000 per

Felony upon conviction, with yet another $6,000,000 per Felony issued upon sentencing, all without the knowledge or consent of the accused, with the Prosecutor signing off on the Standard Form 28 – "Affidavit of Individual Surety" for the accused without his or her knowledge or consent, making this a staggering Eighteen Million per Felony Count all total, and with Prosecutors over-charging as they do, say on a ten count indictment, would amount to an astonishing $180,000,000 even if these were mere statutory violations without any actual injured parties nor anyone other than them to receive these funds; and

142)    Whereby these Miller Act Bonds are held in camera (judge's chambers) by the Judge, and act as additional collateral for the County in which their County Bonding Agent will issue Tax-exempt "Munis" in an equivalent matching amount as backed by these, which are then primarily purchased by Freddie Mac or one of the other big Federal Lenders to use as collateral for the "Commitment Paper" they issue to the actual lenders;  Those Tax-Exempt Municipal Bonds "Munis" are then sold on the Market by Wall Street brokers at Discount, and Freddie, for example, will purchase $100,000,000 worth of these for approximately $67,000,000 - but Freddie, et alia, actually pays for these with the Borrower's Mortgage Notes, which are then "Securitized" as "Mortgage-Backed Securities", as they are more than nine months to maturity, and Freddie has made the 100% profit off the transaction, purchasing these Bonds for basically nothing - as they always use the Borrower's Mortgage Notes to pay their Wall Street Broker; and

143)    Then the alleged Lender will service this basically pre-paid Mortgage anyway based on the Mortgage Contract, and then collect up to three times (3x) the Value of the Borrower's Mortgage Note over a 30 year period, when in fact the Borrower's Mortgage Note was used to pay Freddie or other Federal Lender for the Commitment Paper used in the so-called "loan" where no actual consideration was ever given;  And the Counties who issued those Munis in the first place eventually have to pay out at maturity on those Bonds, however it has just become their "policy" to just arrest more and more People, and charge them with more and more counts to make up the difference, so it is no wonder that there is so much "victimless crime" in America and why America has the largest prison population per capita of any civilized nation in the world, and wherein the legacy we have left behind for our children is just absolutely appalling; and

## Police & Motor Vehicles Departments Fraud

144)    That the Department of Motor Vehicles (DMV) Corporate Fraud and major theft revolves upon the fact that the DMV has alleged to be a prat of our government, when in fact it is not, and is simply a commercial corporation operating for profits and belongs to the Railroad Commission through operation of an old Treaty dating back to the 1820's which was designed to give them Commercial right-of-way fifty miles to either side of their tracks, and this agency is in fact utilizing criminal fraud and non-disclosure to millions of

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Case 2:22-cv-07918-SB-PVC  Document 1  Filed 10/31/22  Page 77 of 187  Page ID #:77
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

Americans who merely travel on our public highways by Right, as determined by the Supreme Court utilizing their own private automobiles and cars, which are also being Registered by the DMV's as though they were "Commercial Vehicles" when in fact they are not, as they are not used on the highways or other public roads to haul passengers or freight commercially; and

145) Whereas people inherently have the absolute Right to travel in America, as guaranteed by our Original Constitution of The United States of America (1787), and as ruled upon by the U.S. Supreme Court, however this right does not extend to commercial driving for hire nor for profit such as for the operation of trucks, buses, or taxis on our public roads and highways, yet the DMV licenses all people regardless of their commercial activities as though they were commercial "drivers" when they are not engaged in commerce at all, and therefore not regulate-able by licenses at all, as they only travel in their private automobiles without hauling any commercial passengers or freight at all; and

146) Whereas in addition, the DMV licenses auto dealers to regulate their sales of private conveyances also in a manner as though they were all commercial vehicles, which most are not, and Register them in a manner that also deprives the owners of their lawful Titles to their cars and automobiles by sending the original M.S.O. or M.C.O. to the DMV for Registration instead of turning that Document of Title over to the new owner or buyer of that private automobile, and thusly fraudulently cheats that man or woman out of his actual ownership of that automobile, and as this is done on ordinary cars and automobiles, and not actual commercial vehicles, they are committing open theft by requiring these people to sign a Power of Attorney relinquishing their rights in that new or used purchase; and

147) And whereby these people as lawful purchasers are therein unlawfully stripped of their Rights to even Reserve All their Rights – Without Prejudice as the Law allows so that they can claim this was done voluntarily when in fact it was not, when all these facts should be known by the DMV and passed down to its Registered Dealers, which fraudulently and for their greater profit, it is not; and

148) And then this Registration and Licensing process is then renewed periodically or every year, and with so many non-commercial users being required by Statute or Code to renew often so the Profits of these DMV's and the Railroad Commission will be maintained to enable them to make their further profits each year, when none of this is even allowable under the Law especially because of the Fraud, and this allows these privately owned and operated corporate enterprises to SCAM the People and violate their God-given and secured Rights all under the Color of Law, when this is merely a private venture operated fictitiously under an alleged government license to steal from the public, and feed at the public trough; and

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Lawful Notice via Declaration of Truth in the Form of an Affidavit

Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

149) Whereas this Privately-owned and operated DMV also requires its licensed Dealers to collect Sales Taxes on all sales, even used cars that are Privately owned, allegedly for the Corporate STATE OF CALIFORNIA wherein it is therefore engaged in RICO Racketeering and Fraudulent violations of the U.S. Code and therefore subject to the Penalties thereof; and

150) That the Police are deliberately not trained nor aware of any of these facts, and operate as mind-controlled stooges of those others running this Corporate government and all their Frauds, and have no idea whatsoever even of the difference between a Private American National and a U.S. citizen, and therefore operate to deny us Americans of their God-given and secured Rights; and

## The Latest Corporate Criminal Medical Frauds

151) The latest Corporate Fraud and Scandal of these Fictitious Corporate Entities and their uber-rich cronies who support them, is none other than the current so-called covid-19 Plandemic/Scamdemic, and a total affront to the Freedom of Man and Freedom of Religion and in direct violation of their Oaths of Office and our Constitution for The united States of America (1787), and morally reprehensible, as these State and Corporate Actors actually created this set of problems in their Lab sponsored by none other than George Soros, Bill Gates, and his college roommate, in Wuhan, China in furtherance of their quest to bring in a New World Order and further subjugate the population and People of this country to their every whim: and

152) Whereas there has never been any actual evidence whatsoever of this alleged virus they are using as an excuse to deprive we Americans of our liberty and freedoms including our right to assemble and freedom of religion, as well as shutting down small businesses like restaurants and smaller retail businesses so that only the large, corporate-controlled business will survive so that the Globalists can profit off everyone else's misery; and

153) Wherein this Incorporate de facto government has been paying the Doctors to certify a death as caused by covid-19 when it is not, and the Hospitals are all being paid even more to claim most of the deaths that occur there as being caused by covid-19, when they are not, and one only has to check the death-rates on the Internet to see all this, whereas the published death-rates are actually quite normal in 2020, even though their claims are that most have died from covid-19 when in fact they have not, as the total death rate in 2020 was no more than any other year, or what would normally be expected, and all this has been verified by data readily available on the Internet; and;

154) Whereby even the mask requirements go counter to their alleged purposes, in that wearing a mask can only deprive one of the oxygen they need to breath adequately, and with a mask all the bacterial, viral, or any other pathogens people have inhaled would be more apt

© 2022 by Ronald Edward Kelly© - All Rights Reserved

to breed and multiply in this enclosed environment, while without a mask breathing freely would allow that man or woman to exhale and excrete toxins; and

155)   Wherein the world's oxygen level has already been reduced by burning off our rainforests and other vegetation that produce it as well as the use of 5G technology which actually breaks down and destroys the Oxygen atom, and is now at a mere 16% at sea level, reduced a full five percentage points in recent years by this practice in order to destroy life on this planet; and

156)   Whereby if you research the virology and genetic manipulation involved in the development and patenting and copyrighting of the "functional gain" that was the object of developing the so-called covid-19 virus, it is apparent that the increase in infection rates was accomplished by using the same sequences that promote infection via HIV, which Doctor Fauci lead in development throughout his career, as that had been his exact area of study and expertise; and

157)   Wherein it was the Gates Foundation, with Bill and Melinda signing on, with the help of George Soros, that actually funded this operation at the Wuhan Labs, as both believe the elderly are "useless eaters" and are very much in support of reducing the World's population by any means possible; and

158)   That the monsters among them took a Common Cold Virus and "souped it up" by adding fragments of HIV, to make it more infectious, and then, of course, any "vaccine" also has to have fragments of HIV in it, to sensitize the immune system of the victim, so by design this virus was created to inflict pain and suffering on an unsuspecting world population in opposition to all known law on the planet and these criminals must be prosecuted to the fullest extent of the law; and

159)   Whereby the craziness of "vaccines" is that you get injected with "dead" copies of a bacteria or virus to provoke an immune response that will then be ready to pounce on the real thing, however, as a virus is already dead so any "vaccine" for a virus is actually a pre-infection by a dummy copy of the same virus; and

160)   Wherein, not only will many people naturally "test positive" for HIV after being vaccinated, there are other "goodies" built into this cocktail of poisons and gene fragments, and those are designed to interfere with the coding of proteins necessary to develop a healthy placenta, as well as their patented DNA altering ingredients that modify one's DNA so the manufactures can claim they've successfully modified the recipient's original DNA and now "own" your body for the rest of your life;  Now, you may be asking, as I am, how these clearly criminal Patents have been allowed, and why, exactly, are people like Anthony Fauci and Bill Gates still walking around? It's a great question, and one that deserves an immediate answer; and

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Case 2:22-cv-07918-SB-PVC   Document 1   Filed 10/31/22   Page 80 of 187   Page ID #:80
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

161) Whereby the answer is that they are being protected by the United Nations Organization and the "U.N. CORP", those hypocrites who are supposed to be all about "peace", are instead waging war against their favorite targets: babies and ignorant women: Just as it says in the Bible about the End Times, the United Nations is standing there saying, "peace, peace" but there is no peace, because these madmen are hypocrites as well as being greedy and criminally insane: We Americans, and the American State Assemblies, have business with the "U.S." Patent and Trademark Office (USPTO): as it is our right to pull the Patents and destroy these Big Business, nasty business, and Corporations that have done this to profit themselves in violation of Public Law, and it's ours to punish the Patent Officials and Clerks and SERCO Agents responsible for this outrage against humanity, and the rest of the world has business to do as well; and

162) That the tests for covid-19 were never designed nor intended for any such viruses, and do not work at all unless replicated many times to magnify the effect, and whereby the "CDC" recommends a maximum of 33 replications to avoid false positives, this test is routinely replicated at least 40 times in the labs purposely designed to give a high percentage of false positives so they can claim and treat more people for this alleged covid virus and pull even more money out of the government for these services … all at the expense of their victims; and

163) That the covid "vaccines" contain HIV, Anti-Freeze and many other toxic elements that can only harm an individual and make them sick with Declarant additionally being allergic to all such vaccines wherein even the common flu vaccine makes her very ill whereby she is ordinarily very healthy and maintains her Rights upon her own doctor's recommendation to refuse all such vaccinations and or other medical treatments; and

164) That in spite of all this evidence of wrongdoing, the "CDC", under Doctor Fauci's direction is attempting to mandate these unproven and dangerous "vaccines" rushed to market, which normally requires seven years to perfect, without all the required testing of the 3rd stage just like the mad-NAZI-scientist he is; and

165) All this in direct violation of the Nuremberg Decisions and Treaty of 1946 as signed off by all Nations, where all such activity and human experimentation was outlawed via International Treaty in Article 3, with Article 3.6 specifically from the Nuremberg Convention and Trials that followed the German atrocities of WW-II, specifically outlawing any and all such activity and making Doctor Fauci a War Criminal beyond all description relying upon obsoleted and overturned Supreme Court Decisions of over a hundred years ago prior to the NAZI's doing what they did to the Jews and others in Europe over 75 years ago, and as a Private American National on the Land Jurisdiction, there is no way any Corporate alleged Health Officials, lacking complete Lawful Authority

© 2022 by Ronald Edward Kelly© - All Rights Reserved

with the Man or Woman's permission, can mandate their poisonous "vaccines" or other procedures onto or into any Private American National or their Family members; and

166)   Whereas a photo of Dr. Fauci with Bill Gate's wife, Melinda, and President Obama taken at the Wuhan Labs in China in 2015 proves there was a conspiracy to bring about this man-made epidemic onto mankind as far back as 2015, with Murals also being displayed in the Denver-Stapleton Airport showing the children of the world all wearing masks put up in 2014 during that same time period; and

167)   Whereas the "CDC" has officially published a list of all the known deaths from these COVID Vaccines on their own website that anyone can access on their "VAERS" page; Therefore anyone can clearly see how much Death and other damage has been accumulating due to these untested so-called "vaccinations" where anyone should readily know the truth about their agenda in not only bringing in death and destruction to the world's population, but in carving out a niche for themselves by the DNA altering ingredients placed therein which will alter a Man or a Woman's DNA in such a way as to make them even more controllable and subject to their evil designs; and

168)   That respondents are herein notified of the severe penalties for perpetuating a Fraud, in that it is a Violation of the California Government Code §8630 to call for an emergency when there isn't one, and the California Health Code §101080 where the Board of Supervisors are required to proclaim the termination of a local emergency at the earliest possible date wherein this Plandemic Scamdemic has been continuing on for over 2 years now with absolutely no verified evidence of any real emergency; Also in California there are laws that cover all this Fraud in the Penal Code §504 and California Penal Code §148.3 which makes it a crime for a person to make a false report of an emergency, and there are more in every single State of this Union, and there remains out there the constant violations of our Constitutional and unalienable Rights that are being committed each and every single day by the masses of Corporate personnel everywhere that don't really have a clue as to the real reason for this Plandemic Scamdemic; and

## Negative Averments

169)   That Declarant is not *alieni juris*, holding the status of being Property of, or Surety for, and or wedded to an artificial de facto hybrid Public "U.S. citizen" or any other artificial Corporate entity created by Statute or Code of or in the state of her natural birth for the benefit of the de facto Emergency War Powers Corporate Military Governments, federal or state, on March 9, 1933, hence Declarant is neither an infant, child, rebel, belligerent, or any other type of artificial "person" under the power of a paternal Emergency War Powers Corporate Military Government, federal or state; and

© 2022 by Ronald Edward Kelly© - All Rights Reserved

170)    That Declarant's Christian/family name is not "NANCY MARIE KREMER", or "NANCY M KREMER", or "NANCY KREMER", nor even "Nancy Marie Kremer", nor any other derivation thereof, or any other form of this Nom de Guerre (name of war): French, which denotes a legal fiction or dead person as carried by all subject "U.S. citizens", styled in solely uppercase letters, or with abbreviations, which principle in distinguishing the difference between the all uppercase letters, and mixed case names has been affirmed by a federal court of record (see Black's Law: *Capitis Diminutio Maxima*); and "Nancy Marie Kremer"©, is not a Trustee or Surety for the government-created artificial entity known and identified as "NANCY MARIE KREMER"; and

171)    That Declarant is neither the Property of, Surety for, nor wedded to the artificial entity "NANCY MARIE KREMER", "NANCY M KREMER", "NANCY KREMER", nor any other derivatives of this Nom de Guerre/name of war, as carried by all "U.S. citizens", said NAME being the legal property by the characteristics of the de facto Corporate Military Government of the "United States"; and

172)    That Declarant is neither a statutory, state-created Public "United States citizen" (artificial person) of the de facto Corporate Military Government of the United States, nor is she surety for and or personal property of and or wedded to, a statutory, state-created Public "United States citizen" (artificial entity/person) of the de facto Corporate Military Government of the United States as a matter of status and or matter of Public and or contract(s); Therefore Declarant is not a state-created, federally owned statutory Public "United States citizen" (artificial person/"U.S. citizen") subject to the de facto Corporate Military Government of the United States for income/excise/privilege tax purposes; and

173)    That Declarant's flags, both national and state are not military flags nor military colors with gold fringes and or draped with gold cords with gold tassels; [Army Regulation 840-10 et seq.]; and

174)    That Declarant is not a rebel or enemy publicly residing within a conquered territory of the "United States", the territory over which the sovereignty of the United States exists [Hooven supra, p.671] its de facto Corporate Military government having been created by FDR's mere Presidential Proclamation 2040 approved and confirmed by their Corporate "CONGRESS" in their "Emergency Banking and Relief Act" [12 U.S.C. § 95(b)], which also amended via [12 U.S.C. § 95(a)] the Trading With the Enemy Act [50 U.S.C. App. 5 (b)], on March 9,1933; and

175)    That Declarant does not publicly reside according to state statutes within a conquered territory or within a federal military district or other district of the geographic United States (composed of the 50 States); With her special, private, and confidential mailing location is exactly as follows; and

**Nancy Marie Kremer©**
Private American State National
c/o 12400 Ventura Boulevard, suite 319,
on Studio City, California

176)   That Declarant does not publicly reside according to statutes within any of the ten regions of the geographic United States as designated by the Buck Act (1940) or the "ZIP CODES" of the Federal Zone Improvement Project as began in 1963, and takes exception to whenever possible in the use of either a "ZIP" Code or a Postal Code, both being synonymous; and

## Positive Averments

177)   Whereby Declarant Nancy Marie Kremer was in fact born of God on the Land known as Minneapolis on Hennepin county on Minnesota on the "7th day of March, 1962" CE to Margaret Clarissa Kremer (nee Halley) and Arthur Michael Kremer – both native American State Nationals with fully protected and guaranteed Constitutional Rights, by virtue [2 Stat 153, c.28, ss.1, Revised Statute 2165], with their daughter Nancy Marie also becoming a native Private Inhabitant on the Minnesota – a "Minnesotan", and a Private American State National of the American Republic; and

178)   That declarant subsequent to her birth into the Kremer family was later brought into the Lopez family through marriage and had her last name changed to Lopez in 1990 in Hennepin County, Minnesota and later changed her name back to her birth surname Kremer through her divorce in 1994 Hennepin County, Minnesota; and

179)   Whereby the Corporate Birth Registration process created and imposed by the Corporate "CONGRESS" of the Corporate "UNITED STATES, INC." and their Corporate Franchise, the "STATE OF MINNESOTA", this Birth Registration process could only lawfully be imposed upon their own Subjects by creating a Corporate-sole utilizing this Birth Certificate and then using Foreign Fictitious "ALL CAPS NAMES"  created as variations of their own True Names for their own private or quasi-public use and benefit; but, because this entire process is based upon a purely alleged and undisclosed contract with their mothers, in which the newborn Declarant(s) were not, nor could ever be, a party thereto, because no child of only a few days of age has ever had the reasoning ability to be a party to a contract, and no law has ever allowed such children to become a party to such contracts, whereby no lawful contract whatsoever has ever existed between children and adults, because nothing even approaching Full Disclosure could have even been possible, and was therefore created completely in Fraud; and

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

180)    That although Declarant was the subject of Birth Registration No. 122-62-003297, in which the Corporate STATE OF MINNESOTA registered her birth with the Corporate United States Department of Commerce, which turned those documents over to their Department of the Treasury, who then created multiple Estates and Trusts from them under Foreign English Law with the Cestui Que Trust Act of 1666, converting her lawful name to an "ALL CAPS NAME" or 'Nom De Guere', and wherein the NAME(s) they created are all fictitious dead entities, and definitely **NOT** that of Declarant herself, whom as Beneficiary or benefactor thereof, has **NO** liability for them as she **CANNOT** in fact also be Surety nor a Trustee thereof, nor contain or command any liability therefore by operation of law; and

181)    Whereby any Statutorily created Corporate process that were formerly used on this Declarant by the "Federal Government", "State" or other such Corporate entity, such as Marriage Licenses, Death or Fraudulently created Birth Certificates or any other Corporate Licenses, or extended Military status or other Administrative non-disclosed or non-voluntary consensual agreements, are herein exposed as additional corporate frauds and/or unlawful adhesion contracts and all other undisclosed adhesion contracts and the like are herein nullified and rendered void *ab initio* for fraud by Declaration and non-rebuttal to this Declaration of Truth, Status, and Corporate Frauds; and


182)    Whereas when her Birth Certificate as further Registered by the STATE with the Department of Commerce in Washington, D.C., what they Registered was not the living being but the afterbirth disposed of by the hospital and then fraudulently claimed as United States property – namely the United States created Estate Trusts and Foreign-situs Trusts which were converted from that State-created Corporate-sole "ALL CAPS NAME" as a DEAD entity, registering those into International Commerce, again, for their own beneficial use and not that of Declarant herein; and

183)    Whereby Declarant is in fact on the Posterity of "We the People" by whom and for whom The Constitution for The united States of America (1787) was created and ordained, and established according to its Preamble holding *de jure* Private American State National status conferred upon her natural birth by Article I: Section 1, paragraph 2, of that Constitution as an American State National of the continental united States (Major), and both non-resident, and alien to, the military government of the United States, Incorporated in Washington, [D.C.],  just as her ancestors were; and whereby Declarant's given name in the common law is: Nancy Marie, and her surname/family name is Kremer, temporarily changed to Lopez in 1990, and is now known by no other names or spelling, publicly or privately, other than "Nancy Marie Kremer" spelled only exactly as given herein; and

© 2022 by Ronald Edward Kelly© - All Rights Reserved

184)     Whereas Declarant's full name "Nancy Marie Kremer" is spelled only in proper upper and lower case English as shown, and without any captions or abbreviations in accordance with the rules of English grammar - as the Courts operating in Corporate Statutory Jurisdiction utilize Roman Civil Law, which is Foreign to the Republic and not binding on Americans, and whereby any "ALL CAPS NAME" is in fact a *Capitis Demunitio Maxima* which reduces the Rights of that entity to that of a Slave or mere possession and therefore is not acceptable and cannot be allowed, and therefore only the proper English form must always be used in respect to her and her proper persona just as it originally had appeared, or should have appeared, on her Birth Certificate as "Nancy Marie Kremer" (and also temporarily changed to "Nancy Marie Lopez" from 1990-1994,) and absolutely no other way; and

185)     Whereby Declarant was naturally born on the land known as Minneapolis on Minnesota in these Several and united States of America (1787); and

186)     That on the day of her natural birth, Declarant became a *de jure* Private American State National on the Minnesota Republic and the land of the geographic United States of America composing the fifty (Several) States pursuant to and secured by, Article I: Section 2 of The Constitution for The United States of America (1787); and

187)     Whereas on the day of Declarant's "CERTIFICATE OF LIVE BIRTH" being filed with "STATE OF MINNESOTA", by operation of law, it was Fraudulently presumed that she became the Property of and Surety for, and wedded to the fictitious entities "NANCY MARIE KREMER", and or "NANCY M KREMER", and or "NANCY KREMER", and perhaps other variations, of state-created CALIFORNIA corporate-sole and statutory Public "U.S. citizen" of the de facto Emergency War Powers Corporate Military government of the "United States", and without any contract whatsoever, while these unlawful Corporations were governing the states as "Conquered Territories" and its state-created "U.S. citizens" as conquered peoples through this artifice of pure Fraud; and

188)     That said Property has since been returned to the natural owner, said suretyship has been terminated, the involuntary marriage ended and Declarant's former status of Private American State National has been resumed and restored pursuant to [ 2 Stat 153, 15 Stat 249 ], the Maxims of Law of Contract, the Common Law, Equity Jurisprudence, and by Removal of all Signatures and Rescission of all Contracts for Fraud; and

189)     That Declarant's *de jure* Private Inhabitant status on California is "Paramount and Dominant", and her *de jure* "Private American State National" status of "The united States of America, unincorporated" (1787), is "subordinate and derivative" of said "Private Inhabitant status on California", the 14th Amendment notwithstanding, because it was never actually lawfully ratified, being one state short of lawful ratification and her expatriation from that unlawfully imposed foreign citizenship was effected pursuant to [15

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Stat 249], enacted the day before the 14th Amendment was allegedly ratified Fraudulently; and

190)     That Private Inhabitants of The United States of America were called "American Freemen" by pre-14th Amendment Presidents George Washington, Andrew Jackson, Zachary Taylor, and Abraham Lincoln, as well as post 14th Amendment Supreme Court Justice, John Marshall Harlan, evidenced by his dissents in [ Downes v Bidwell, 182 U.S. 244, 381 (1901) and Maxwell v Dow, 176 U.S. 581,607,617 (1900)]; and

191)   That Declarant now specially and privately lives without the military jurisdiction of the "United States" as defined by the Trading with the Enemy Act, and therefore lives Privately on non-military occupied private estate land geographically known as California; and

192)   That Declarant's law is the Word of her Creator via Hebrew Scripture and or her family Bible born out of the risen Son of God's grand and glorious Protestant Reformation having birthed the Modern Era, and thus Declarant does not recognize anyone other than her Creator as an authority in her life; and

193)     Whereas being a non-statutory, constitutionally-protected Private American State National of the Republic of The united States of America (1787) and non-statutory, constitutionally protected Private Inhabitant on California, and therefore no longer fraudulently the Property of, Surety for, and wedded to any California Corporate-sole and Public "U.S. citizen" of the "United States", and therefore artificial person "NANCY MAIRE KREMER", or all other variation thereof, is not subject to any Statutory laws, Levies Codes, Regulations, nor the like whatsoever and now without a Surety and personal property or Federal Income, is a "Non-Taxpayer" as described in [ Economy Plumbing and Heating v United States, 470 F.2d, 585 at 589 (1972) ]; and

194)   Whereby Declarant has herein removed nearly every known signature, or silent consent, and rescinded every contract of Suretyship, *Nunc-Pro-Tunc, Ab Initio* - ever executed on behalf of the corporate-sole / "U.S. citizen" "NANCY M KREMER" or "NANCY KREMER" (including any derivatives of the NAMES thereof) be it public and or private herein along with Rescission of all Contracts under those Fictitious "NAMES" for Fraud, *Nunc-Pro-Tunc, Ab Initio*, as now on Public Record; and

## Vatican Actions

195)   Declarant will address recent actions taken by the Vatican (yes, the one that owns and controls the Trust Management Organizations named the "United States, Inc."), who are in fact the actual authors and copyright holders of these law forms which have been imposed unlawfully on, and without a contract with the American People without their knowledge and consent as a result of Lincoln's failure to actually pay his Civil War debt owed to the

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Case 2:22-cv-07918-SB-PVC  Document 1  Filed 10/31/22  Page 87 of 187  Page ID #:87
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

Vatican in the specie they borrowed and whereas this undeclared "war" between two distinct and independent contractors that was no more than a mercenary conflict, prompted the Vatican Bank to hire the assassin that murdered President Lincoln, so that the bank could claim their collateral and take control by Incorporating the United States and the United States of America so they could rule it under their Corporate Charter, which is in fact Foreign Law in this country … and not allowed by Statute and never disclosed to the American People not the Public at Large; and

196)    Whereas beginning in 2009, Private American State Nationals took their claims against the United States of America, Incorporated, and the "UNITED STATES, INC.", to the Holy See;    This is your "NOTICE" that all authority to create these legal fictions – Corporations, Trusts, Public Utilities, Foundations, and Cooperatives – derives directly and explicitly from the Holy See and the Law Forms established and copyrighted by the Roman Curia;  Along with the power to create comes the power to destroy;  The Holy See and the American People have the power and right to dissolve the "UNITED NATIONS" Charter, the "IMF" Charter, the "UNITED STATES" Charter, and so on, ad infinitum, and to order the distribution of assets of these unlawfully acting legal fictions to the creditors, and the Pope has the additional unlimited ability to "void" or rewrite any "law" or statute created by any incorporated entity worldwide; and

197)    Whereby all the individually named public trusts generated by the two Trust Management Organizations, dba "the United States of America, Inc.", and the "UNITED STATES, INC.", are legal fictions which have been created under the auspices of the Holy See and Roman Curia and misused as a means to plunder the private property assets of Private American State Nationals and their organic states under color of law;  The persons promulgating, preserving, and supporting this abuse and fraud are criminals - outlaws on the land, and pirates on the seas;  Anyone receiving this Notice who does not immediately cease and desist and correct their behavior, presumptions, and operations in whatever office or position they hold, public or private, is fully civilly and criminally liable; and

198)    Whereby in 2010-12 Pope Benedict XVI agreed with the American State Nationals that gross Breach of Trust and Fiduciary Malfeasance related to the administration of the U.S. Trust and the individually named public trusts had occurred;  Remedy began in 2010 and has continued by Pope Francis dba "FRANCISCUS", acting as "CEO" of the Global Estate Trust;  This correction is coming from the highest contracting powers, from the very top of the interlocking trust directorate that has incorporated all of the Trust Management Organizations responsible for administrating government services worldwide - including both the United States of America, Inc., and the "UNITED STATES, INC."; and

199)    Whereby private attorneys and civil postmasters and international diplomatic agents in every organic state of the Union have been appointed either directly by the Holy See, or

© 2022 by Ronald Edward Kelly© - All Rights Reserved

under the Holy See's direction, to communicate these facts to those responsible for the administration of the Trust Management Organization and their franchises and agencies responsible for the deplorable conditions of abuse, fraud, and criminality engulfing America; This is your "FINAL NOTICE": The legal fiction organizations you work for will be liquidated if they do not come into compliance and function lawfully under Public Law; and

200) Whereas in 2013 Pope Francis issued his *Motu Proprio* which became effective on September 1, 2013, and that completely removes any immunity from any corporate officer or employee from the Pope himself on down to the lowest clerk, so in spite of what some might say or think, there is no longer under any immunity whatsoever from any wrongdoing by these corporate officers, and those especially in charge of operations can and will be both criminally and civilly held responsible for their actions or non-actions; and

201) Whereby on September 24th of 2015 Pope Francis, as owner of this corporation/trust, did place the "UNITED STATES INC." into a Bankruptcy liquidation in the World Court at the Hague and that bankruptcy just ended on November 5th, 2020 with a Final Liquidation, and the "UNITED STATES, INC." officially no longer exists, so anyone pretending to be President, or any other Officer, Franchise, Sub-Contractor, Employee or Agent of this now defunct corporation is out and out committing open Fraud in the *Factum*; and

202) Whereby "the United States of America, Incorporated" was also entered into bankruptcy reorganization by its owners, the English Monarchy, at the World Court at the Hague, and that bankruptcy in still currently pending with its fate also hanging in the balance pending in reorganization while it is limited with what it can do, and now is under a military takeover due to the actual insurrection caused by all this Fraud; and

## Conclusions

203) Declarant, Nancy Marie Kremer©, is a Constitutionally acknowledged and protected *de jure*, pre-1933 Private American State National on California, and therefore a Constitutionally acknowledged and protected, *de jure* Private American State National on The United States of America (1787), Specially and Privately in Law on the Land of California; and

204) Therefore Declarant, Nancy Marie Kremer©, holding the constitutionally-guaranteed and protected private rights to civilian due process of law on both the federal and state levels, as well as being unaffected by the wicked Emergency Banking Relief Act having imposed a martial due process by way of the amended "Trading With the Enemy Act" on any substantive, artificial "person" within the "United States" and deemed federal "booty of war", is as foreign by nature and by characteristics to the extra-constitutional,

alien de facto "Emergency War Powers Corporate governments of the "STATE OF CALIFORNIA", as well as the extra-constitutional, alien de facto "Emergency War Powers Corporate Military Governments" of the other forty-nine (49) states, said extra-constitutional, alien de facto "Emergency War Powers Corporate Military Government" having been "temporarily" created by the Corporate "CONGRESS" [12 U.S.C. § 95(a)] and by the Corporate President, Franklin Delano Roosevelt's Presidential Proclamation 2040 on March 9, 1933, the most notable Jesuitical coup d'état, that great day of infamy and high treason against the Sovereign American People of The united States of America (1787), they having ordained and established the grand and glorious Protestant Constitution for The united States of America, with its Baptist, Calvinist inspired Bill of Rights for themselves and for their Posterity - of which Declarant is a beneficial interested member; and

205)     That any action in any Court or other forum, undertaken against Declarant by respondents acting in their "STATE" or "FEDERAL" or "CORPORATE", or Public or Private capacity outside this Commercial Remedy, without a full rebuttal hereto with sufficient evidence in support thereof, results in a "TRESPASS" against the Rights of Declarant and the Agreement contained herein, and will result in an increase in the total amount of the eventual True Bill in Commerce plus a three-times (3x) Penalty added to the Sum Certain contained therein, and will continue to increase in that punitive amount (3x) for each additional "Trespass" or any "Conversion" of the subsequent Commercial True Bill that is not timely paid within a Thirty (30) day period following "Default" – as either this Declaration must be fully rebutted with sufficient Evidence in Support, or the final enclosed Commercial True Bill must be timely paid in full with all accumulated penalties within 30 days of any "Default"; and

206)     That all Corporate actions taken against any Private American National "as" an alleged government action, is completely and utterly Fraudulent in nature as Corporations have absolutely no Sovereign Powers, nor do these Private American National People have any contracts with them whatsoever that would make them liable, and all such actions are therefore completely unlawful under the Law of the Land; and

207)     That this Declaration of Status of Nancy Marie Kremer, American Freeman and Private American State National of The united States of America (1787), supersedes any previous filing with any public office or said Declaration of Status; and

## Historical Review

### The Timeline of the Great Fraud and Additional Declaration of Law

208) 1754-1776: The "United Colonies" take shape as a loose political association, and the First and Second Continental Congresses results; and

© 2022 by Ronald Edward Kelly© - All Rights Reserved

209) 1776: The Colonies declare their Independence; and

210) 1781: The Articles of Confederation bind "States" - political subdivisions of the United Colonies, together in a "perpetual union" creating a confederation of States to operate in the international Jurisdiction of the Sea. [Why a "Confederation" instead of a "Federation"? -Because the original States gave up some of their natural jurisdiction to the new political entity, the Union, they created]; and

211) 1783: The Treaty of Paris and Treaty of Versailles cements this arrangement splitting the land and sea jurisdictions between the States and the Federal Union and places King George III as Trustee of American interests on the "High Seas and Navigable Inland Waterways" -which means he kept control of American international commerce; The new "Union" entity operating in the international Jurisdiction of the sea was always controlled by the British and it has always been the British Monarch's responsibility as International Trustee to manage it and guarantee its proper operation; It has instead run amok for 150 years; and

212) 1787: The Supreme Perfected Republican Declaration of the United Colonies creates the National Trust Indenture which bestowed the Continental United States with The Constitution for The United States of America (1787); and

213) 1789: Two years later, the "Constitution of The United States of America" splits off the sea jurisdiction and creates the new Federal United States; A year later (1790) the Federal United States forms a commercial company doing business as the United States (Commercial Company) to provide the nineteen enumerated services agreed to by the subscribing States with its own Constitution; and

214) 1812-1814: The British try to horn in again and are beaten back; This skirmish results in the Treaty of Ghent, where the British interests in American shipping and commerce are reaffirmed and lasting peace is promised in return; and

215) 1815-1816: The Congress of Vienna conspiracy with the Vatican takes place; and

216) 1822: The Secret Treaty of Verona by the Vatican conspires; and

217) 1845: The British Monarch and Pope secretly agree to undermine the American System of government via the Treaty of Verona; The British Monarch breaches the Treaty of Ghent and both the Pope and the King secretly breach their trust as International Trustees; They set out on a covert action and issued Letters of Marque and Reprisal to the members of the "BAR" Associations, allowing them to act as Foreign Agents on American soil and as privateers free to plunder American commerce; and

218) 1860: Thanks to the efforts of the "BAR" Associations, a member of the "BAR", Abraham Lincoln, is elected to serve as President of "the UNITED STATES"; Note that he is ineligible serve as President of The United States of America (1787), by the Titles of

Nobility Amendment, the 13th to the actual Constitution ratified in 1819 - but he was eligible to serve as President of the United States (a Commercial Company); This is the same situation we have with Barack Obama who is ineligible to serve as President of the United States of America, but was able to serve as President of the "UNITED STATES", Incorporated, which he did; and

219) 1861: The Civil War begins; Congress adjourns for lack of quorum and without a date to reconvene; Lincoln organizes a Delaware Corporation for "the UNITED STATES" and the remaining members of Congress begin functioning as a Board of Directors; and

220) 1862: The "Corporate Congress" - a body of men no different than the Board of Directors of IBM, change the meaning of a single word - only and explicitly for use within their corporation. That word is "person"; From then on the word "person" is deemed to mean a "corporation" for federal government purposes; (37th "Congress" - Second Session, Chapter 49, Section 68); and

221) 1863: Lincoln signs the Lieber Code as Commander in Chief and puts the Union Army, the Grand Army of the Republic, in charge of the nation's future and money supply; A day later, he bankrupts the original United States (Commercial Company); and

222) 1865: Lee's Army surrenders to Grant and a general armistice is declared; The Southern States are in ruins and under military occupation by the Union; The original Northern States are bankrupt; Foreign banks are in control of the new "United States of America, Inc." and the Union Army reigns supreme; Over the next two years, President Andrew Johnson three times publicly declares peace on the land jurisdiction of the Continental United States, but peace was never declared in the international Jurisdiction of the Sea controlled by the Federal United States under the trusteeship of the British Monarch; and

223) 1868: The Corporate Congress writes itself a new Corporate Constitution, called "the Constitution of the United States of America (1868)" and palms off this look-alike, sound-alike private corporate document "as if" it was the actual Constitution; This is fraud on many levels; The Constitution of the United States of America (1868) purposefully sought to confuse and delude people into thinking it was the actual Equity Contract obligating the States to receive services and subrogate their international jurisdiction to the federal government; and

224) 1871: The Corporate Congress begins to set up shop for itself by creating a separate government for the District of Columbia in the Act of 1871; The initial effort fails but seven years later the Washington DC Municipality is created as an independent international city-state run as a plenary oligarchy by the members of "Congress"; Also in 1871, the Corporate Congress claimed to own all United States Corporations - 41st "Congress"- Third Session, Chapters 62, 63, 64, and 65; and

© 2022 by Ronald Edward Kelly© - All Rights Reserved

225) 1874-1885: All the actual States on the land are reorganized and at the same time completely new "Federal States" are created and new "State Constitutions" are written for them; The original States on the land are renamed in this process; The original State of Ohio operating the land jurisdiction of Ohio became the Ohio State, while the usurping "Federal State" - merely a corporate franchise of the United States of America, Inc. operating in the international Jurisdiction of the Sea -took over the name "State of Ohio"; and

226) 1900-1904: Still lusting after more power for itself, the Corporate Congress set up a second shop for itself and obtained permission to do it from the Supreme Court in a series of cases known as The Insular Tariff Cases; As with setting up the Washington DC Municipality as a foreign city-state on our shores and running it as their own little oligarchy, the "Congress" now took the "federal territories and possessions" and made a new "union" of "American states" - Puerto Rico, Guam, et alia - and began calling it "the United States of America (Minor)"; They just forgot to add the (Minor) part of the name from then on, and let people assume that all the repugnant laws they passed governing this "Constitutional Democracy" also applied to the Continental United States; and

227) 1912-1913: A private association of European and American banks calling themselves "The Federal Reserve" bought the governmental services corporation known as "The United States of America, Inc." and its "State" franchises as a business venture and began operating such familiar agencies as The United States Department of Agriculture and The United States Department of Transportation as private, for-profit businesses - without telling anyone; They exercised the "government powers" they didn't really possess in a vast fraud scheme in collusion with members of "Congress" to institute a fiat monetary system and misused their position of trust to put competitors out of business, set up monopolies, rig commodity markets, and commit other acts of blatant self-interested criminality and fraud; and

228) 1917: Engaging in a war for profit, Congress and their Banker Bosses passed the War Powers Act and the Trading With the Enemy Act, and numerous other illegal and repugnant "Acts" pertaining only to the Federal United States and the international Jurisdiction of the Sea, but presented them to the public as if this claptrap pertained to the actual States and People on the land of the Continental United States; Deceived by this venal and purposeful fraud, millions of Americans complied with what they believed to be the "Law" passed by a legitimate Congress acting as deputies of the States and the People; and

229) 1918-1933: Once in control of the monetary system the "Federal Reserve" increased the monetary supply exponentially, first causing the "Roaring Twenties"; They built the house of cards and on October 29, 1933, they collapsed it - deliberately; This enabled them to

© 2022 by Ronald Edward Kelly© - All Rights Reserved

put thousands of competitors out of business, allowed them to buy commodities, land, and labor for dirt cheap, and to manipulate the value of the dollar to their benefit; and

230) 1933-1940: The banks took full advantage of the "national emergency" that they created and the Congress did everything the bankers required; The Sheppard-Towner Act, the Buck Act, the Alien Registration Act, the Social Security Act(s), the Emergency Banking Act, and more; The purpose of all this was to lay claim to the labor and the assets of the States and People of the Continental United States by securing "private contracts" with them, enabling the perpetrators to "represent them" and to set up corporations "in their names"; Hundreds of millions of Americans were told that they "had to" sign up for Social Security and have a Social Security Number in order to have a job, that it was "the Law" and that "Congress had passed it" and so, believing it to be a lawful government mandate - when in fact it was a corporate fraud scheme - they were subscribed in masse; and

231) Remembering now the actions of the Corporate Congress in 1862 redefining the word "person" to mean "corporation" for federal purposes, and their later claim made in 1871 to hold ownership interest in all United States corporations and seeing that their actions from 1933 to 1940 resulted in redefining the estates of living Americans as public trusts-that is, as a form of corporation - you can see that the "Corporate Congress" has claimed to own living Americans as assets belonging to their corporation and has also claimed to control and own their private assets - in flagrant violation of the Geneva Convention Protocols Volume II, Article 3, and in equally flagrant violation of the 1926 International Conventions on Slavery, and in violation of every lawful and moral duty, commercial contract, and trust indenture owed to the Continental United States and the American People; and

232) It is also apparent that all of this – every claim, every salvage lien, every title to land and property held under color of law — being held against the Continental United States and the living civilian inhabitants of the Continental United States, is pure, self-interested commercial fraud created and perpetuated under conditions of semantic deceit, constructive fraud, misrepresentation, and mischaracterization by the management of the Federal United States, the various governmental services corporations doing business as some form of "United States" and the British Government; and

233) 1940-present: Among the first actions to be taken by the criminals was to "register" all live births; This established a claim of ownership on the baby and his or her estate, benefiting the State of "STATE" or other Federal State of State franchises; This act of identity theft exercised via an undisclosed and forced contract with the Mother of the child, allowed each "State" franchise to control the name and the property of the baby; The perpetrators promptly set up new "State franchises" under these "NAMES" benefiting themselves using

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Case 2:22-cv-07918-SB-PVC   Document 1   Filed 10/31/22   Page 94 of 187   Page ID #:94

Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

names styled like this: "Joseph Q Public" and new "Municipal franchises" set up under the auspices of the Washington "D.C." Municipality using "NAMES" styled like this: "JOHN QUINCY PUBLIC" etc; and

234) The only purpose for creating these franchises structured as various kinds of trusts - was to act as a means for the privately owned governmental services corporations to hypothecate debt against the labor of the living people and their private property assets and to exercise control over them amounting to slavery; and

## Declaration of Law

235) The instigators kidnapped and press-ganged the People and the land assets of the Continental United States by force, fraud, and deceit into the foreign international Jurisdiction of the Sea;   Our own employees did this while taking a paycheck from our hand;   They cannot claim that they were "at war" with us;   They were merely criminals committing fraud against their benefactors and employers; and

236) The members of "Congress" stand notified that they do not represent the Continental United States nor the People of the Continental United States;   They have not occupied their lawful public office and have acted instead to occupy private "similarly named" corporate offices at both the "federal" and the "state" levels;   They have no public capacity whatsoever and no valid contract obligating any American State Citizen to obey any law, code, treaty, regulation or other legislation promoted as an "Act" of "Congress" in while failing to occupy public office and failing to act as responsible fiduciary officers; and

237) The members of "Congress" stand further notified that they and the corporations they represent have no Lawful contract with any individual American State National born on the land of the Continental United States and that all claims, liens, titles and presumptions against the living people and their assets on the land stand null and void *ab initio* for fraud, all the way back to April of 1862; and

238) The members of "Congress" stand further notified that as presently constituted and operating, they have no public authority related to the Continental United States and exercise only the power any corporate entity has, so long as it acts lawfully and within its charter - which is to say, the authority to organize their actual employees, set standards for behavior within their own corporation, and perform the functions stipulated by their charters and law-abiding commercial contracts; and

239) The Governors of the Federal "State" franchises are similarly notified and placed under Public Lien, required to release all color of law titles and liens registered under conditions of fraud against Continental United States assets; and

© 2022 by Ronald Edward Kelly© - All Rights Reserved

240) The Joint Chiefs of Staff stand notified that they are obligated under the Geneva Convention Protocols of 1949 as well as The Constitution for The united States of America (1787) to come to the aid and assistance of the civilian populace of the Continental United States and to protect the civilian population and its assets at all costs and to prosecute those who have willingly violated Volume II, Article 3, of the Geneva Convention Protocols seeking to change the birthright citizenship and nationality of American State Nationals of the Continental United States by fraud, force, and coercion; and

241) The Joint Chiefs are also under obligation to return all civilian property unharmed and unencumbered to the rightful civilian owners, to remove all color of law titles and false liens against the labor and other private property assets of American State Nationals rightfully belonging to the land jurisdiction of the Continental United States; and

242) The Joint Chiefs are fully and hereby notified that no commercial corporation on earth has the lawful ability to declare war and that the actions engaged in by the "Congress" and the "President" are merely the actions of a private corporation engaged in police actions and mercenary activities that must be closely scrutinized for conformance to international military law and with due respect for the actual Constitution for The united States of America (1787) and the citizenry of the Continental United States; and

243) The Secretary of the Treasury and the "INTERNAL REVENUE SERVICE" are under Public Lien and demand to unblock all civilian public trust accounts and make available the entire balance of the National Credit (an amount equal to the National Debt, plus principle and interest) for the use and investment of individual Americans without constraint, excuse, or further obfuscation; This Public Declaration establishes irrevocable lien upon the assets of the United States Treasury and the International Monetary Fund and all subsidiaries and successors of the former Federal Reserve System and upon all Federal State franchises; and

244) The Secretary General and General Secretary of the United Nations are both Notified and Given Fair Warning and Notice that the "FEDERAL RESERVE" and "the UNITED STATES OF AMERICA", two corporations recently organized under the auspices of the United Nations City State by the "UNITED NATIONS, INC." are already in Breach of their Charters and acting as criminal syndicates on the shores of the Continental United States, willfully seeking to defraud the living inhabitants of these peaceful States, and to exercise unlawful control over the citizenry and their assets; and

245) The North American Water and Power Alliance (NAWP) is under Public Lien and is herein identified as the recipient of purloined credit owed to the Continental United States and the Citizenry thereof, due and owing, and is under demand to unblock all individual Capital Credit accounts for the use of the American State Nationals who have been systematically

defrauded and indebted resulting in the establishment of these credit accounts in their "NAMES" but retained in the control of local utility companies and the NAWP; and

246) All fraudulent convertible debt resulting from the semantic deceits and misuse of deceptively similar names applied to people and legal fiction entities is recognized as embezzlement of credit, willful identity theft, inland piracy, currency manipulation, obstruction of bankruptcy, and as unlawful restraint of trade accomplished by personage and enforced by barratry by the perpetrators of these schemes whether foreign or domestic; and

247) The Continental United States retains the right to prosecute claims against any and all legal fiction entities and living people responsible, the right to void all contracts in default, all titles held under color of law, all actions undertaken under conditions of semantic deceit or constructive fraud, all self-interested claims of "foreign immunity", all restraint of trade or Natural rights owed the citizenry of the Continental United States, and all encroachment on its jurisdiction; and

248) That all these Corporations that are acting in any capacity unlawfully will be liquidated upon documenting that unlawful activity and having their Corporate Charters revoked and torn up with their assets seized, as Corporations are simply not allowed to operate outside the actual Public Law as enforced by our State Jural Assemblies, as this unlawful activity cannot continue to exist in a Free Nation where the victims of this criminal activity are the People and Inhabitants thereof, and "FICTITIOUS" Corporations are simply not allowed to operate outside the Law; and

## Lawful Notices

249) That for any man or woman acting in any government capacity, especially corporate, to whom this Declaration of Status is presented, or is or has been attempting or compelling a martial due process upon Declarant, or other unlawful legislative acts which do NOT name the Declarant or sovereign living men or women under their own lawful Name as being the "persons" liable, this personally affects you and must be rebutted in full with evidence in support of that rebuttal, or else be found liable by your voluntary act of acquiescence hereto, and subject to the True Bill for Damages which will accompany the Default Judgment in Dishonor and permanently hold you in Estoppel and hold you personally liable on a Grand Jury Indictment from our common law Grand Jury, which is in fact the 4th lawful branch of government in these united States of America (unincorporated); and

250) That any man or woman acting in any government capacity, to whom this Declaration of Status is presented, or is attempting, or compelling a martial due process upon Declarant, or other unlawful legislative acts which do not name the Declarant or sovereign living men or women as being the "persons" to whom those statutes apply, who is acting on the

© 2022 by Ronald Edward Kelly© - All Rights Reserved

unproven assumption or presumption that Declarant is subject to the "Trading With the Enemy Act", must rebut this Declaration with firsthand knowledge of all the facts asserted herein, with sufficient evidence in support of that rebuttal, sworn before a Notary Public, and demonstrate a valid Delegation of Authority from a duly elected or civil authority; Said party must rebut each and every point separately with the rebutting party's own signature and endorsement Notarized, on their own firsthand knowledge, under the penalty of perjury, and willing to testify, executing a true, correct, and complete affidavit with positive, verifiable proof attached; and

251) Absent positive proof, any rebuttal shall be deemed null and void having no force or effect, thereby waiving any of said (presumed) government agent's (previously alleged) immunities or defenses, also remembering that all immunity was removed from all active de facto government officials and employees, from the President on down, effective September 1, 2013, via "*Motu Proprio*" from Pope Francis, and that this edict applies to all corporate officers, employees, agents, and actors of any federal or state corporate military government; and

252) Any rebuttal, with evidence in support of that rebuttal, shall be delivered to Declarant, exactly as addressed herein by verifiable means, within thirty (30) days of said party's receipt hereof;  When a rebuttal with evidence in support is not received by Declarant within thirty calendar days, the entire Declaration is fully tacitly admitted and "DEFAULT" provisions shall be carried out; and

253) Acquiescence means "A person's tacit or passive acceptance or admission with implied consent to act" as "Silence can only be equated with Fraud when there is a legal or moral duty to speak or where any inquiry left unanswered would be intentionally misleading."; [U.S. v Pruden, 424 F.2d 1021 (1970)];  and "A Declaration if not contested in a timely manner, is considered undisputed facts as a matter of law."; [Morris v NCR, 44 SW2d, 433], and a Declaration not rebutted after thirty (30) days becomes the Final Judgment in Commerce [Commercial Maxims]; and

## Default/Dishonor Provisions

*All non-responding government agents further accepts, tacitly agrees, and consents by his/her own act of voluntary acquiescence and tacit consent that upon Default or Dishonor of this Declaration of Status and Fraud that this is clear and convincing evidence and proof of the facts asserted herein, including all the following;*

254) That Declarant is a Private American State National of The united States of America (1787), an American Freeman, and is one of the sovereign (NOT citizen, but) living People of the posterity "We the People" who created government, and not subject to any Incorporated State Legislatures or the Incorporated National Congresses; and

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Case 2:22-cv-07918-SB-PVC   Document 1   Filed 10/31/22   Page 98 of 187   Page ID #:98
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

255) That the agency record shows the Declarant is not the "person" named in the subject Statutes, Codes, Rules or Regulations, and that Declarant is not a Trust, Corporation-sole, or any other type of artificial entity, or "LEGAL FICTION", as named in the Statutes and Codes as "persons" subject thereto, and that Statutes and Codes only apply to artificial entities, and not living men; and

256) That Declarant, Nancy Marie Kremer©, is not a Trustee or Surety for the government-created artificial entity known and identified as "NANCY MARIE KREMER"©, "NANCY M KREMER"©, "NANCY KREMER"©, "Nancy Marie Kremer"©, nor any other like variations thereof; and

257) That Declarant is fully entitled to all her State and Federal Constitutional Rights, including, but not limited to, actual due process of law as guaranteed by The Constitution for The united States of America (1787) and the Bill of Rights (1791), and that the only due process available in the Courts today is a military/martial due process suitable only for artificial entities as described herein, and also an actual lawful Grand Jury indictment based only upon sworn affidavits by an actual injured party, as well as a Trial by Jury of Peers, as well as all the other Rights as secured by said Constitution; and

258) That this Declaration shall be used as first party evidence or positive proof in any remedy sought by Declarant; and

259) That said de facto government agent herein shall discharge any and all alleged debt(s) owed by Declarant's Cestui Que Vie Trust(s), and that all relationships between his/her agency and Declarant are null & void, admitting that they filed simulated process in the public record; and

260) That said de facto government agent has abandoned the right of any alleged waiver or estoppel by their Default herein, and that this also applies to all of agent's successors, assigns, or nominees, that they are all estopped henceforth from any action against any of Declarant's Rights or property; and

261) That said de facto government agent has attempted to obtain funds from Declarant and or force specific performance from her through means of extortion and or threat, duress, and or coercion; and

262) That all de facto government agents are operating in a trust capacity with respect to their office and the People they serve, and that they have breached the oral trust relationship as well as any express or constructive trust by disloyalty, and the "BAR" members have all violated the Treaties that allow them to even live in our country or our land and soil; and

263) That said de facto government agent and agent's directors, waives all immunities and defenses regarding any future actions sought by Declarant, and the agent, his/her

Case 2:22-cv-07918-SB-PVC  Document 1  Filed 10/31/22  Page 99 of 187  Page ID #:99
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

successors, assigns, or nominees, all agree that they are estopped henceforth from any action against any of Declarant's Rights or property; and

264) That said de facto government agent obligates and guarantees his/her current or future Bond(s) to discharge any allegations of debt owed to Declarant, and that each point in this Declaration shall constitute a single claim against said government agent's Bond(s) for each and every point not directly rebutted by said agent; and

265) That said de facto government agent(s) shall release on demand and without delay or referral, and without question, obfuscation, hesitation, or measure, any and all information, private or otherwise, to Declarant about any of said government agent's, or agent's representatives, Employee Dishonesty Bonds, Directors and Officer's Policy Bonds, or any other liability Bond(s), including the insurance or bond company name, bond company information, bond enforcement information, or any other of said government agent's Bond information with enough reserves not held elsewhere that Declarant requests; and

266) That said de facto government agent hereby obligates and guarantees his/her Bond(s) to secure the performance of non-rebuttal of this Declaration to Declarant for any unfaithful performance of fiduciary duties, financial loss, or damages sustained by Declarant in connection to any breach of contract of this Declaration, wherein any amount is not limited by the value of any property or costs incurred by Declarant in seeking remedy for said government agent's breach; and

267) That said de facto government agent agrees that once, or if, his/her Bond(s) expire, terminate, or do not equal the total amount due Declarant, her Directors, and any of her agents and representatives/shall become jointly and severally liable for any difference due Declarant; and

## Points & Authorities in Support

268) Fourth Century, 321 AD - Emperor Constantine of Rome first adopts the "Church" at the Council of Nicea; and

269) Treaties with St. Boniface and Treaties between the Holy See and King Pepin the Sort of Franks; Pepin delivered and defended the Papal states of the Holy See, confirming the "temporal powers" of Rome and laying the groundwork for his son, Charlemagne, to create the First Holy Roman Empire; (751-800 AD); and

270) Charter of the First Holy Roman Empire, 800 AD; and

271) King John of England breaks with the Roman Catholic Church, 1209; Edict of Excommunication of John of England; and

272) Treaty of King John of England, Cede to Innocent III, 1213 AD when John agrees that England and Ireland are both "fiefs" of Rome, and that his own crown will be forfeited to Rome if he breaks his own sworn agreement favoring the Pope; and

273) Magna Carta, 1215 AD In signing the Magna Carta King John silently invoked the 1213 Papal agreement relinquishing his crown to the Pope;  Thereafter, all lands explored and claimed in behalf of Catholic Monarchs and including the British Monarch as a vassal of Rome, were in fact first and wholly claimed in behalf of the Holy See, which returned a portion of the profit to the vassal monarchs in the form of "jurisdictions";  The Holy See retained the Global jurisdiction of the air, granted jurisdiction of the land to temporal authorities (recognized monarchs), and granted the international jurisdiction of the sea to the British Crown Temple to be administered under the ancient Law of the Sea (international admiralty and the Law Merchant (now the Uniform Commercial Code); and

274) The *Confirmatio Cartarum*, 1294 - an agreement between King Edward and Pope Innocence which confirmed the Magna Carta as the common law of England; and

275) Charter(s) of the Global Estate Trust (1455,1456,1479, and 1492 et alia) by Papal Bulls, especially the Inter *Ceatera* of May 3rd and 4th, 1493, by Pope Alexander VI; and

276) "The Privilege and Prerogatives Granted by Their Catholic Majesties to Christopher Columbus", April 30,1492; and

277) The Protestant Reformation (1517 - 1648) & The Great American Awakening (1738 -1750); and

278) European Treaties bearing on the History of the United States and its Dependencies to 1648, Frances Gardiner Davenport, editor, Carnegie Institution of Washington, 1917, Washington DC, especially pp. 75-78; and

279) "The First Charter of Virginia", April 10, 1606; and

280) "The Second Charter of Virginia", May 23, 1609; and

281) "The Third Charter of Virginia", March 12, 1611; and

282) "The Charter of New England", 1620;  Then it becomes obvious from the above that all these E(states) were formed as commercial ventures under the auspices of Monarchies owing fealty to the Holy See; and

283) "Cestui Que Vie Act of 1666";  Sets forth the nature and construction of Roman Inferior Trusts in England to allow state management of property belonging to unknown survivors of the Black Death and the Fire of London; and

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Case 2:22-cv-07918-SB-PVC  Document 1  Filed 10/31/22  Page 101 of 187  Page ID #:101
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

284) "Charter for the Province of Pennsylvania -1681";    More proof of the commercial and non-religious nature of the founding principles that the Holy See employs in managing its temporal affairs and providing government services; and

285) "Charter of the Corporation of the Bank of England, 1694"; and

286) The Revolutionary War - (1776-1780); and

287) The Articles of Confederation, 1781; and

288) The Treaty(ies) of Paris, plus Amends, 1784-90; and

289) The Northwest Ordinance, 1787; and

290) The Treaty of Westminster, 1794; A "Treaty of Amity, Commerce, and Navigation" between HIS BRITANNIC MAJESTY AND THE UNITED STATES OF AMERICA, November 19, 1794, in which the British Crown commercial company and the American version agreed to peace in perpetuity; and

291) The Constitution for The United States of America, 1787 & The Bill of Rights, 1791; and

292) Act of February 20, 1792; Establishing a General Post Office for the United States government, in addition to the already existing general post office; and

293) 2 Stat § 153 enacted by the U.S. Congress, legislating positive law requirements for creating a "U.S. citizen" (1802); and

294) The failure of the Congress to renew the 20-year Charter of the U.S. Bank, and the eminent passage of the Original 13th Amendment, precipitated the War of 1812;  Not only were the British-controlled Banks being eliminated, but also the Crown Temple controlled Attorneys with their Title of Nobility of Esquire being banned from Office and control; and

295) U.S. v Bevans, 16 U.S. 336, 1818;  Establishes two separate jurisdictions within the United States of America: 1) The "federal zone", and 2) "the Several (50) States"; and

296) The Treaty of Ghent, 1814; and

297) The Congress of Vienna, 1814-1815;  The early plotting by Vatican and Eastern European Bankers and sympathizers to undermine American Independence and Freedoms; and

298) The Secret Treaty of Verona, 1822, American Diplomatic Code, 1778-1884, vol. 2; Elliott, p. 179 and the "CONGRESSIONAL RECORD – SENATE, 64th CONGRESS, 1st SESSION, VOLUME 53, PART 7, Page 6781", April 25, 1916, in which the Higher Contracting Powers agreed to undermine the American government; and

299) The Original 13th Amendment (1819), which barred Titles of Nobility - such as Esquire, and prohibited them from holding any public office, was ratified by 3/4 of the States when Virginia joined into the ratification process in 1819, after the War of 1812; and

© 2022 by Ronald Edward Kelly© - All Rights Reserved

300) "Bankruptcy Law (of England)", 1826; and

301) "First Bank Act (America)", 1863 - the American counterpart of the English Bankruptcy Law; and

302) President Andrew Jackson ran his campaign on the motto of "Cast those Vipers Out", referring, of course, to the heavily British influenced 2nd U.S. Bank; The Congress, once again, then refused to renew their twenty-year charter; and

303) The Lieber Code, also known as General Order 100, April 24, 1863, by President Abraham Lincoln as Commander-in-Chief, making the Union Army responsible for proper treatment of the Southern States and their inhabitants during reconstruction; The Lieber Code requires the Army - or in modern terms, the Department of Defense, to pay reparations to all non-combatant civilians harmed; This Code has never been repealed or changed; It is the reason that we continue to have "Secretary Generals", "Postmaster Generals", "Attorney Generals", "Inspector Generals", and "Lieutenant Governors"; and

304) The Reform Act of 1867 (Britain) - First use of enfranchisement as a political tool to undermine legal standing of living men under the British Chancellor or the Exchequer, Benjamin Disraeli; and

## Under the "CORPORATE U.S. CONGRESS"

305) The Reconstruction Act of 1867 - American counterpart; and

306) The "United States of America, Incorporated" (1868) became a commercial corporation for profit as later chartered in France in 1871 by the International Monetary Fund ("IMF"), an agency of the "UNITED NATIONS" which was chartered by the Vatican; and

307) "The Constitution of the United States of America", (1868) - established by the Corporate "U.S. CONGRESS" acting as Board of Directors to form the United States of America, Incorporated as a Trust Management Organization to operate both the Municipal government of the United States of America (Minor) and to administer and fulfill the National Trust Indenture and service contracts owed the now - 50 States known as The United States of America (Major); and

308) The Act of 1871 - Formally incorporated the Municipal (city-state) government of the District of Columbia as a separate nation operated according to its own government and code; and

309) U.S. v Anthony, 24 Fed. 829 (1873); "The term resident and citizen of the United States is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress"; Though the judge fails to fully admit the circumstance, "U.S. citizenship" was created as an excuse for the government to claim

© 2022 by Ronald Edward Kelly© - All Rights Reserved

ownership of all the slaves supposedly freed by the Civil War as chattel backing Union war debts; And to this day, black Americans have only "Civil Rights"; and

310) Merriam's Estate, 36 NE 505,506, 22; "... the United States is to be regarded as a body politic and corporate; It is suggested that the United States is to be regarded as a domestic corporation, so far as the State of New York is concerned; We think this contention has no support in reason or authority; The United States is a foreign corporation in relation to a State "; and

311) U.S. v Cruikshank, 92 U.S. 542, 23 L.Ed 588, (1875); "There is in our political system [two governments], a government of the Several [50] States, and a government of the United States; Each is distinct from the other and has citizens of its own; A person may be a citizen of the United States, and of a State, and as such have different rights"; and

312) United States v Germane, 99 U.S. 508 (1879); Norton v Shelby County, 118 U.S. 425, 441, 6 S.Ct. 1121 (1866), etc. dating to Pope v Commissioner, 138 F.2d 1006, 1009 (6th Cir. 1943); where the state is concerned, the most recent corresponding decision was State v Pinckney, 276 N.W. 2D 433, 436 (Iowa 1979); All these are supporting case law establishing *res judicata* regarding the nature of The United States (original TMO) and a State (one of the "Several States" of the Union) as first expressed in the Merriam's Estate case cited above; and

313) Title 8 U.S.C. §§ 1101(a), (3), (2l) and (22) and Public Law, 15 U.S. Stat. Chapter 249, pps. 223-224; Under Federal Code (the internal "law" of the United States of America, Inc. there is absolute distinction between "U.S. citizens" and "American Nationals", who have the Right of expatriation; and

314) The Insular Tariff Cases, U.S. Supreme Court, 1900-1904 - A series of U.S. Supreme Court cases that resulted in allowing Congress to operate "the United States of America (Minor) - D.C., Guam, Puerto Rico, et alia - as separate and foreign nation states without regard for the requirements imposed by The Constitution for The united States of America (1787 - Major); From one of the cases, Downes v Bidwell, 182 U.S. 244 (1901), we quote Justice Marshall Harlan writing in dissent: "two national government, independently of that instrument, by exercising such powers as other nations of earth are accustomed to ... a radical and mischievous change in our system of government will result; We will, in that event, pass from the era of constitutional liberty guarded and protected by a written constitution into an era of legislative absolutism; It will be an evil day for American liberty if the theory of a government outside the supreme law of the land finds lodgment in our constitutional jurisprudence"; and

315) Charter of The Corporation Trust Company of America, 1907 A.D.; and

© 2022 by Ronald Edward Kelly© - All Rights Reserved

316) The Federal Reserve Act, 1913; Allows a private for-profit banking association doing business under the purposefully deceitful name of "Federal Reserve" to commandeer the national monetary and economic systems, allowing these banks to print money and back only a small "fractional" portion of it with gold or silver; Later, they will be allowed to back the money with nothing at all but the promises of the U.S. Congress; and

317) Hendrick v Maryland S.C. Reporter's Rd. 610-625, (1914); "A "U.S. citizen" upon leaving the District of Columbia becomes involved in "interstate commerce", as a "resident" does not have the common-law right to travel, of a Citizen of one of the several states"; This "power of the Congress" to rule over the people of the District of Columbia and the insular states was used as an excuse to impose Driver's Licenses on "U.S. citizens" living outside the confines of the United States (Minor) and misapplied to Citizens of The united States of America (Major) - so-called "State Citizens" who were entrapped into administration and legal contract by a process of mis- presumption; This applies to the myriad of "licenses" and "codes' that have been misapplied to the American People under undisclosed, misrepresented, and otherwise invalid private contracts; and

318) Trading with the Enemy Act, [Public Law No. 65-91 (40 Stat. L. 411], October 6, 1917, defines non-combatant American civilian Nationals and their States as "enemies" of the United States of America (Minor); This Act originally excluded citizens of the United States, but in the Act of March 9, 1933, Section 2 amended this to include "any person (which is defined as a Corporation) within the United States or any place subject to the jurisdiction thereof"; This has been used as a self-serving and transparent excuse to commit Fraud and violence against Americans who never recognized any such "state of war" existed between themselves or their States and the United States of America (Minor), and who were instead already owed full fiduciary care under commercial equity contract (The Constitution for The united States of America (Major)), reparations under the Lieber Code, and trusteeship from the Global Estate Trust; and

319) The Maternity Act/Sheppard-Towner Act, 1921 - first foray into socialized medicine and "registration" of live births…All ruled unconstitutional by the U.S. Supreme Court during the 20's, and placed into other Bills & Acts in pieces later on; and

320) Title 26 C.F.R. Ch.l § 1.141, et seq. - This is the Regulation which completely exposes U.S. Finances, and how they use the Birth Certificates as a Document of Title to back the U.S. Treasury Bonds, which are pledged to the Federal Reserve for their deficit-spending; One MUST carefully look-up each and every Definition given therein, in the multitude of other Volumes, to fully understand the text they are reading, as they apparently really didn't want anyone figuring this out; and

321) Minutes of the Geneva Convention(s), May 1930; Declares international bankruptcy via treaties between G5 nations; the "United States of America, Inc." was bankrupted

Case 2:22-cv-07918-SB-PVC  Document 1  Filed 10/31/22  Page 105 of 187  Page ID #:105
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

internationally along with the Trust Management Organizations of four European nations including Great Britain, which caused a domino effect worldwide bankruptcy;  Please note that the real property assets held by each national trust - the land, vegetation, animals, natural resources, etc. - are held in perpetual trust and are required to be unaffected by the ups and downs of any Trust Management Organization charged as Trustees to administer business affairs in behalf of the beneficiaries, who are the living people who inhabit each country; and

322)  Amended Charter renaming the above as The Corporation Trust Company, April 14, 1930; and

323)  Executive Order 6073 issued on March 10,1933, created the "bank holiday" and closed the doors of the bankrupt government-chartered banks (they were bankrupted as a whole because they operated under government charter, and because of the Great Fraud committed by the Governors of the several states, not because they were individually bankrupt); and

324)  Executive Order 6102 issued on April 5,1933, prohibited "hoarding" gold and required people to turn it (their private property) into the Federal Reserve Banks (the creditors) under the false and undisclosed presumption that they were volunteering to stand as sureties for the debts of the United States of America, Incorporated; and

325)  Executive Order 6111 issued on April 20,1933, prohibited people from exporting gold; The creditors (banks) claimed that all the gold in private hands in the Several (now 50) States no longer belonged to the State Citizens and other Inhabitants, as a result of having been pledged by corporate officers of the privately owned and operated Untied States of America, Inc. acting deceitfully named State "Governors" so confiscation of privately held American gold resources was instituted under conditions of false pretense and semantic deceit by officers of a bankrupted privately owned and operated Trust management Organization and their creditors, privately owned and operated international banks - the World Bank (now "IMF"), "IBRD", and Federal Reserve; and

326)  Charges Against Board of Governors of the Federal Reserve Bank System, the Comptroller of the Currency and Secretary of the United States Treasury brought by Congressman Louis T. McFadden, May 23, 1933, Co-Chair of the House Banking Committee, U.S. Congressional Record, pps. 4055-4058; and

327)  House Joint Resolution 192, 73rd Congress, First Session, principally prior enrolled as Public Law, U.S. Statutes at Large, Vol. l, Public Acts, 3rd Congress, 2nd Session, Chapter 48, especially 48.48.112, and later codified as Public Law 73-10:  This is the commercial remedy that they were required to create to make their confiscation of private gold and hypothecated titles to private land and business holdings "legal";  This remedy like the underlying surreptitious hypothecation of debt and claims against private property made by

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Case 2:22-cv-07918-SB-PVC Document 1 Filed 10/31/22 Page 106 of 187 Page ID #:106
Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

the officers of the United States of America, Inc. against the American Nationals was never widely circulated or disclosed for obvious reasons; Unaware of how they'd been injured and abused by those obligated to act as their Trustees, the inhabitants of the land were equally unable to access this remedy, which was for the government corporation to literally pre-pay all debts owed by the foreign situs trusts created to stand as sureties of the United States of America, Inc; Like irresponsible teenagers promising to make the payments on a car, the U.S. Congress "resolved" to pay its debts in such a way that the secondaries - the presumed-co-signers on their loans, the foreign situs trusts they named after American Nationals - would never default, and in theory, the living American Nationals would never be dunned or otherwise impacted by their fraudulent semantic deceits and false claims; In actual practice, the voucher and coupon system which should have been ubiquitously implemented never was, and the Internal Revenue Service, the agency responsible for both collecting taxes and dispensing credit owed individual accounts, was split into two distinct and separate entities, the Internal Revenue Service operated by the Federal Reserve and the "IRS" operated by the International Monetary Fund, which colluded to confuse and defraud the living people, billing them "as if" they owed the tax bills, and forcing them to pay the debts of the make-believe foreign situs trusts operated under their names using "fictional citizens" of the United States of America (Minor) but left the American Nationals even further in debt as a result of interest and service fees and import duties charged by the same banks; and

328) U.S. Bankruptcy Act of 1933, especially Section 101 (11) - Declares the American People as the Creditors, the "United States" as the obligator, or Debtor; This established that the signatures of Americans were to be used as credit, but the "State" franchises of the United States of America, Inc., dba "United States", "State of California", etc., and their Trustees, dba Secretary of the Treasury of Puerto Rico, Custodian of Alien Property, Comptroller of the Currency, etc., were to discharge all debts; and

329) Title 28 U.S.C. Ch.176, Federal Debt Collection Procedure - places all courts formerly operated by the United States of America, Inc. in equity and commerce venues under the International Monetary Fund, that is, in receivership and acting as corporate tribunals of the "IMF", including "STATE" franchise courts; and

330) 49 Stat. 3097 Treaty Series 881, (Convention on Rights and Duties of States), December 26,1933 - enacted as a result of the bankruptcies, both national and international, by the "U.S. CONGRESS" - newly redefined to operate the "UNITED STATES, INC." - replaced all the "statutory law" (Federal code and State Statutes) with international law. That is, the bankrupted United States, of America, Inc. continued in reorganization to function under Federal code, but the "UNITED STATES, INC." operated by the IMF operates under the Uniform Commercial Code and International Admiralty Jurisdiction; and

© 2022 by Ronald Edward Kelly© - All Rights Reserved

331) The Naturalization Act of 1935; More deceitful efforts to entrap American Nationals and claim that they were "U.S. citizens" subject to the whims of the "U.S. CONGRESS"; and

332) Social Security Act, 1935 Contrives under conditions of conceit and non-disclosure to register everyone applying for any job, public or private, and to conscript them under these conditions to act as unpaid "voluntary" Withholding Agents in behalf of the Puerto Rican Estate Trusts set up in their "NAMES"; and

333) U.S. Congressional Record Proceeding and Debates of the 76th Congress, Monday August 19, 1940, Third Session, Debate of Honorable Judge Thorkelson, "Steps Toward British Union, A World State, and International Strife - Part 1"; and

334) Alien Registration Act, 1940 - Mandated registration of the names of all living Americans to create estate trusts operating under their names in foreign maritime and admiralty jurisdictions; and

335) Buck Act, 1940, "Enfranchised" the "ESTATES" of American Nationals, when they were never under their jurisdiction, as "dual citizens" of the United States of America, and the United States of America (Minor) - and their respective franchises of the "UNITED STATES, INC." operated as "STATES of States" (see UCC 1-207 Definitions) allowed this "enfranchisement" to stand as an excuse for claims of ownership and controlling interest in the assets of the individual "ESTATE" trusts - including the living men and women as slaves, and their private property as chattels still presumed to be "surety" for the debts of the United States of America, Inc. owed for the governmental services performed by the "UNITED STATES, INC"; and

336) The Clearfield Doctrine (1943) and U.S.C. Title 22; When a government operates as a commercial corporation it descends to the level of all such corporations and has no special powers or attributes; It is only when acting as a properly formed unincorporated Body Politic that a government exercises sovereign power of any kind; Virtually all governments operating in the world today are for-profit corporations under contract to provide governmental services; The American "U.S. (Major) government" hasn't operated as a sovereign entity since 1865 due to non-disclosure of the facts, which is Fraud; The U.S. (Minor) government operates only as a Corporation; and

337) The Bretton Woods Accords, Inclusive, 1944, succeeded until 1971 in partial restoration of the Gold and Silver Standard, and as a secondary result, ceded control of all the agencies, assets, departments, logos, symbols, etc. to the "UNITED NATIONS" and its International Monetary Fund ("IMF") agency merely doing business as the "UNITED STATES, INC.", and the "STATE OF CALIFORNIA", and other "STATEs OF …" offices are in fact United Nations Corporate offices; and

© 2022 by Ronald Edward Kelly© - All Rights Reserved

338)  Hooven & Allison Co. v Evatt, 65 S.Ct. 870, 880, 321 U.S. 652, 89 L.Ed. 12, 52 (1945) conclusively affirmed that there are two (2) distinctly different United States, with two opposite forms of government; and

339)  United Nations Charter, 1946; (Note: the commercial company dba "UNITED NATIONS" existed prior to the city-state being chartered as the "United Nations"); and

340)  The Administrative Procedures Act (1946):  Provides statutory admission that the "ESTATES" of Private American State Nationals are the priority creditors of the United States of America, Inc., and provides that Private American State Nationals deemed to be civil executors and "federal contracting officers" administering their own "ESTATES" are enabled to bring administrative claims against the United States of America, Inc. assets and also against the "UNITED STATES, INC." and this is where we got two court systems with differently styled names - "The U.S. District Court" and "THE U.S. DISTRICT COURT" for example;  This was the remedy offered to the victims of the first Fraud for the second Fraud carried out against them by the "UNITED NATIONS" and the U.S. Bankruptcy Trustee, when they rolled the assets of the individual foreign situs trusts into Roman Inferior "ESTATE" trusts;  Like the first remedy, this second remedy was never delivered to the People;  The perpetrator banking cartels which were by now funding both the Courts and the "COURTS" simply ordered their employees not to recognize the identities and standing of the Private American State Nationals, conveniently laying claim to their "ESTATES" without providing remedy to them for the theft of controlling interest in their assets and misappropriation of their good faith and credit; and

341)  Public Law 80-772 (1948):  Page 826 in particular - always given only in the Codified version, never the actual Public Law, as this exposes the fact there are no Article III, Sect. 2 Courts in America, as they are all Article I Territorial Courts pursuant to "MILOSZEWSKI v. SEARS ROEBUCK", 346 F. Supp 119 (1972) (2);  Outside of Constitutional authority is 100% private authority, which equals no lawful authority;  18 U.S.C. 2381-85 Treason – Sedition: "OPINION, FOX", Chief Judge (U.S. District Court of Michigan): "A mere statement of this fact may not seem very significant; corporations, after all, are not supposed to exercise the governmental powers with which the Bill of Rights was concerned;  But this has been radically changed by the emergence of the public - private state;  Today private institutions do exercise governmental power, more indeed, than "government" itself …We have two governments in America, one under the Constitution and a much greater one not under the Constitution;  In short, the inapplicability of our Bill of Rights is one of the crucial facts in American life today.";  In fact, Private American State Nationals are owed the Bill of Rights as they always have been;  "U.S. citizens" are not owed the Bill of Rights;  The problem is that we have all been self interestedly misidentified as "U.S. citizens" - a crime known as "personage"

© 2022 by Ronald Edward Kelly© - All Rights Reserved

carried out against us by individuals and corporations in our employment and under contract to provide governmental services; and

342) Foreign Sovereign Immunity Act, 1976: This releases all "State" laws and statutes to international jurisdiction, specifically to the Uniform Commercial Code (maritime law); The corporate franchises calling themselves "States" continue to publish their own copyrighted version of the Uniform Commercial Code with addendums and label it as "Statutes", but these have no actual enabling clause; and

343) Senate Report 94-204, and Public Law 94-381: This was enacted while we were all busy celebrating our Bi-Centennial, and permanently modified the Federal Courts to a mere Territorial Jurisdiction by renaming them from the Constitutional District Court of the United States, to U.S. District Courts; This occurred in Alaska & Hawaii as well, where they were commanded via Title 28 of the U.S. Code (Judicial Code) in 1959, the year of their Admission, to rename their U.S. District Courts, to District Courts of the United States; Then in 1976 they were renamed back along with all the others, to U.S. District Courts; and

344) Title 22 U.S.C. Ch.11: All public officials are designated as Foreign Agents; and

345) Title 22 C.F.R. 92, 12-92.31 "Foreign Relationship" requires an oath of office, and Title 8 U.S.C. 1481 states that once an oath of office is taken, citizenship is relinquished; As a result, when American Nationals are arbitrarily defined as "U.S. citizens" and harassed by agents of the united States of America (Minor) and the "UNITED STATES, INC." into acting as "Withholding Agents", "Federal Contracting Agents", or members of the Armed Forces, or as Federal Employees of any stamp, they temporarily and for as long as they continue to act "in office" loose the protections and benefits of their birthright citizenship; This "presumption of employment" is often used by the corporate administrative tribunals to defraud and abuse American Nationals who are owed all the protections of the Constitution for The united States of America and the United Nations Declaration of Human Rights and also good faith service under contract; and

346) Title 28 U.S.C.§ 3002, Paragraph (15) (a) defines the "United States" as a federal corporation, and not a government, and Paragraph (15) (c) defines the various "STATES" as Instrumentalities of the "UNITED STATES"; and

347) On August 24, 2015 Pope Francis (as owner) enters the "UNITED STATES, INC." into Bankruptcy for liquidation in the World Court at the Hague, and on November 5th 2020 the World Court finalizes the bankruptcy while the national votes were still being counted and disputed, with the Italian government playing a role with all the vote switching activities, whereby now there is no office of President of the United States, nor any other office in the "UNITED STATES" to fill, and with the Military very well aware of these facts; and

© 2022 by Ronald Edward Kelly© - All Rights Reserved



## LOS ANGELES COUNTY
## REGISTRAR-RECORDER/COUNTY CLERK

**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES )

I, DEAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY THAT **ALLA MISHIYEVA** at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of California, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the acknowledgement or proof of powers of attorney, mortgages, deeds, grant transfers, and other instruments of writing executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the officer or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being of record in this office.

(Valid only if the certification bears the embossed Seal of the Registrar-Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and have hereunto set my hand and affixed the seal of said County this

__22nd__ day of __September__ , 2022

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____

VICTOR ZAVALA, Deputy County Clerk

BRF03-3/3/2009

Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

348) Universal Postal Treaty for the Americas, 2010; and

349) The American BAR Association Style Manual; and

350) Black's Law Dictionary, Fourth & Fifth Editions; and

351) Burton's Legal Thesaurus, Fifth Edition; and

352) Court Registry Investment System Charter and Operations Manual; and

353) The Federal Prison Industry, Inc. Charter, dba UNICOR; and

354) Maxims of law including "Fraud vitiates everything *ab initio*"; and

355) Committee on Uniform Securities Identification Procedures Minutes and Publications; and


Further Affiant Saith Naught.


**All Rights Reserved without Prejudice**


By: _Nancy Marie Kremer._ ©

**Nancy Marie Kremer, Private American State National on California**


**CALIFORNIA NOTARIAL CERTIFICATE**
**(JURAT)**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this ___6___ day of _August_, 2022,

by Nancy Marie Kremer, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature _Alla Mishiyeva_ (SEAL)
Signature of Notary

ALLA MISHIYEVA
COMM. #2311279
Notary Public - California
Los Angeles County
My Comm. Expires Nov. 30, 2023

© 2022 by Ronald Edward Kelly© - All Rights Reserved

## W A R N I N G!  LEGAL NOTICE

Attention all Corporate FEDERAL & STATE ACTORS, and anyone either who has made, is making, or will make a Claim against the subject of the enclosed Declaration of Status regarding "NANCY MARIE KREMER" - a LEGAL FICTION created by the UNITED STATES DEPARTMENT OF COMMERCE, in that a legal duty has been created and imposed upon you to compel you to either rebut the entire Declaration of Status of Nancy Marie Kremer, the Private American State National, on your own firsthand knowledge and under the penalty of perjury, with sufficient evidence in support of your rebuttal, OR ELSE make your Claim directly against the actual Holder and Fiduciary Trustee of this LEGAL FICTION as addressed below;

SHERRI R. CARTER
SUPERIOR COURT OF CALIFORNIA
County of Los Angeles
111 North Hill Street
Los Angeles, CA 90012

Under NO circumstances will a Claim be accepted on behalf of "NANCY MARIE KREMER", as being totally Fraudulent on its face, if one of these Conditions is not met; Your cooperation with this lawful request will avoid any charges being made against you under American common law for damages, otherwise you may be personally liable for damages to the above signed Declarant; Any submission without sufficient evidence in support of your rebuttal will be deemed null & void, as evidence in support of any rebuttal is considered mandatory to prove your point, otherwise your Claim will be dismissed for Failure to State a Claim Upon Which Relief May be Granted;

Further: Declarant only receives Service at the Mailing Location listed below written exactly as follows;

Nancy Marie Kremer©
Private American State National
c/o 12400 Ventura Boulevard, #319,
on Studio City, California

This affidavit is prima facie evidence of the FRAUD being perpetuated against Private American State Nationals by Corporate FEDERAL & STATE ACTORS and OFFICERS of the UNITED STATES Corporations and their several STATES – which are supposed to be our Employees, however, are caught operating in their Corporate capacity without a Contract, as well as the Banks and other Corporations and will operate against you in a court of law when unrebutted; As a naturally born Private American State National and one of the posterity of We the People of The united States of America (1787), Declarant is a "non-resident alien" on the Republic of California and is Exempt from Levy in regard to the Corporate UNITED STATES and any of its STATE INSTRUMENTALITIES, and formal process can only be brought against her in her Private capacity by a Notarized Affidavit of Injury by an actual injured party, according to actual due process of law;

© 2022 by Ronald Edward Kelly© - All Rights Reserved

Lawful Notice via Declaration of Truth in the Form of an Affidavit
Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

# EXHIBITS

The California Social Compact By and Between the People

Affidavit of Status of the Signatories of the Compact

Los Angeles County Settlement Covenant

Proof of Publication: Los Angeles County Settlement Covenant, The California Social
Compact By and Between the People, Affidavit of Status of Signatories of the
Compact

Declaration of Life

: LIVE-LIFE-BIRTH-NATIVITY-TREATY.

Authenticated Birth Certificate

Diagram of the Mortgage Fraud

Fee Schedule

© 2022 by Ronald Edward Kelly© - All Rights Reserved



# The California Social Compact
# By and Between the People

## Preamble

We, the living men and living women as signatories, hereinafter the People, under Almighty God hereby declare our independence and establish The California Social Compact By and Between the People;

The People agree to adopt Natural Law, being essential for a community to protect life, liberty, property and the pursuit of happiness.

The People have an irrevocable and indefeasible right to alter, reform, create and or abolish constitutions, contracts and laws. No entity, government, foreign association, person, people, corporation, union nor inhabitant shall harm nor trespass upon the People;

Natural Law is superior to any corporate and or man-made treaty, law, order, statute, code, or mandate; and

## Article I
## Name

The California Social Compact By and Between the People, hereinafter The Compact; and

## Article II
## Purpose

The People, on order from Almighty God, Nature's God, The Supreme Judge, form a more perfect Nation, establish justice, ensure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity; and

## Article III
## The People

Section 1   The People are inhabitants who are signatories of The Compact;

Section 2   Inhabitants are those who domicile on California who are not signatories of The Compact;

Section 3   The People agree that all political power is inherent within the People in California, and established for the benefit and general welfare of the People and inhabitants;

Section 4   The People agree that each is responsible for one's self-governance;

Section 5   As signatories, the People agree we are on an equal footing and suffrage;

Section 6   The People hereby adopt The California Assembly as a statewide polity of the People;

Section 7   The People hereby adopt The Jural Assembly as a county polity; and

## Article IV
## Polity

Section 1   The Compact establishes a polity, a commonwealth of the general fundamental principles by the People to govern California and county interests;

Section 2   The Compact authorizes the People to establish any treaty with a Nation of origin, a Nation in compact;

Section 3   The People only recognize treaties between Nations of origin; and

## Article V
## Boundaries

Section 1   The western boundary as established within the Pacific Ocean as metes and seaward bounds being 500 miles beyond sea baseline encompassing all other island land borders; the southern boundary as established in The Treaty of Guadalupe Hidalgo between California and Mexico; northern boundary as established Oregon; eastern boundaries as established Nevada and Arizona;

Section 2   The People affirm the established geographical mapped territory as a total area of 163,696 square miles also defined as 423,970 square kilometers;

Section 3   The California boundary includes the area under the land as far as can be reached and to the uppermost atmosphere and into the firmament; and

## Article VI
### Resources

Section 1   The People claim the authority of stewardship of all natural resources, infrastructure, public structures on California; and all seen and unseen, known and unknown, as well as perceived or not;

Section 2   The People declare stewardship of natural resources as a superior claim to the claims of any corporate entity; and

## Article VII
### Worship

Section 1   With the blessings of Almighty God, the People agree to honor individual free will in faith and worship according to the dictates of their own conscience;

Section 2   No form of worship shall cause harm or trespass; and

## Article VIII
### Free Speech and Press

The People acknowledge, affirm and honor the Right to freedom of speech and of the press each being responsible for harm or trespass caused by their exercise of that freedom; and no law shall ever be passed to curtail, abridge, or restrain the freedom of speech or of the press; and

## Article IX
### Right to Assemble

The People acknowledge, affirm and honor the Right to peaceably assemble; and

## Article X
### Redress of Grievances

Section 1   The opportunity for redress of grievances shall not be infringed;

Section 2   An Ombudsman is available to aid in due process to redress grievances; and

## Article XI
### Right to Bear Arms

A well-regulated Militia, being necessary to the security of a free State, the Right of the People and inhabitants to keep and bear Arms, shall not be infringed; and

## Article XII
### Search and Seizure

Section 1   The People agree that all the People and inhabitants shall be secure in their persons, body, dwellings, papers, possessions, and property from unreasonable searches and seizures;

Section 2   A wet signed warrant by a lawful justice is required upon demand to search any place, or to seize anything and shall not be issued without inscribing the place to be searched, and the person, property, and or thing to be seized. Warrants shall be served through lawful process;

Section 3   The People agree that private property shall not be confiscated for public use, unless with restitution by Presentment of a Grand Jury; and

## Article XIII
### Habeas Corpus

The People agree habeas corpus shall not be suspended except in cases of crimes against humanity, rebellion or invasion when the public safety may require it; and

## Article XIV
### Unlawful Imprisonment

No People nor inhabitant shall be arrested, imprisoned, deprived of freehold, outlawed, exiled, or in any manner harmed, except by lawful process; and

## Article XV
### The Rights of the Accused

Section 1   The accused shall have the right to:

    a.   be brought before a Magistrate prior to any imprisonment;

    b.   be heard with or without counsel of their choice;

    c.   receive written testimony of the specific harm or trespass;

    d.   confront the accuser and witnesses;

    e.   exercise the power to subpena;

    f.   a speedy trial by a jury of their peers;

    g.   be protected from double jeopardy;

    h.   be safely and harmlessly detained;

Section 2   Bail shall be available and reasonable without excessive fines being imposed except in cases of flight risk or a preponderance of evidence of a pattern of harm; and

## Article XVI
### Judicial Authority

Nature's Law, common law, The Law of Nations as written by Emerich de Vattel 1758, and The Compact; and

## Article XVII
### Trial By Jury

Section 1   The Right of trial by jury of one's peers is guaranteed;

Section 2   A Trial by Jury consists of 12 People and 1 alternate;

Section 3   A Trial by Jury decision is by majority vote and cannot be contested;

Section 4   A Trial by Jury ruling is made without reasonable doubt;

Section 5   Claimant and Accused may have friend in counsel of their choice; and .

## Article XVIII
## Grand Jury

Section 1   A Grand Jury is an investigative body and issues Presentments, No Bills and True Bills;

Section 2   The Grand Jury determines truth and shall be the arbiters of evidence and facts;

Section 3   A Grand Jury shall consist of 25 People and 2 Alternates;

Section 4   The Grand Jury makes all its own rules but shall be compliant to the Judicial Authorities;

Section 5   A Grand Jury self creates or is summoned;

Section 6   Only a Grand Jury may make a Presentment on Corruption of Blood, or forfeiture of estate;

Section 7   A Grand Jury does not have authority to present the taking of a life;

Section 8   Jurors are required to take an oath of honor; and

## Article XIX
## No Emoluments

The People agree that no emoluments, privileges, or honors shall ever be granted or conferred; and

## Article XX
## Elections

Section 1   All elections shall be lawful and lawfully recorded;

Section 2   Land ownership is not required for Public Servant eligibility or for the Right of suffrage; and

## Article XXI
## Public Servants

Section 1   A Public Servant is one of the People elected by the People to serve the People for the benefit of the People and the inhabitants;

Section 2   Public Servants shall have an oath of office and bond prior to being seated;

Section 3   The Public Servants shall bond their fortunes, their estate and assets as a guarantee of performance in protecting the People and inhabitants and their property, and said bonds shall be exercised as restitution for any harm or trespass of the actions of the Public Servants;

Section 4   Public Servants are forbidden any allegiance that destroys the validity of their oath of office; and

## Article XXII
## The People in Assembly

Section 1   The following volunteer positions shall be elected by the People in Assembly and serve a one year term and until their successor is seated:
1.   Chairman
2.   Scribe
3.   Ombudsman

Section 2   Volunteers in California shall have an oath of office;

Section 3   Rules of Order for the People in Assembly shall be Robert's Rules of Order Newly Revised 12th edition; and

## Article XXIII
## Life

Section 1   The People recognize that life begins at conception and shall be protected and cherished;

Section 2   Altering the Natural DNA expression of a living man, living woman or their offspring in any form is hereby forbidden;

Section 3   The living man and living woman are in sole possession of their body and are stewards and protectors of the body of their dependents;

Section 4   The living man and or living woman shall solely, securely, and privately own and control all records of the physical condition of their body and the bodies of their dependents; and

## Article XXIV
### Educate

The living man and or living woman are liable for their sole authority to educate their dependents; and

## Article XXV
### Money

Section 1   The People require money defined as a hard asset or commodity or backed by hard assets and or commodities;

Section 2   The People require all digital mediums of exchange be money as defined in Section One;

Section 3   The People require minted coin and printed money;

Section 4   The People are free to barter; and

## Article XXVI
### Trade

Section 1   The People support trade innovations, ingenuity, and entrepreneurship;

Section 2   Monopolies are forbidden; and

## Article XXVII
### Amendments

Section 1   The Compact may be amended with a 2/3rd vote of the People in Assembly with prior notice and vigorous debate;

Section 2   No law shall be created in violation of The Compact; and

## Article XXVIII
### Definitions

Section 1    Words in The Compact are defined in <u>American Dictionary of the English Language</u> Noah Webster 1828;

Section 2    Concepts may also be defined in <u>The Law of Nations</u> as written by Emerich de Vattel 1758;

Section 3    Words not defined in <u>American Dictionary of the English Language</u> Noah Webster 1828 shall be common use of the People;

Section 4    The People define language and styles and grammar and are not subject to the British Accreditation Registry, aka B.A.R., <u>Black's Law Dictionary</u> nor <u>The Chicago Manual of Style</u>;

Section 5    The People shall only contract in CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-PERFORMANCE©; and

## Article XXIX
### Declaration Established

Section 1    The People do hereby declare and establish The California Social Compact By and Between The People;

Section 2    We hereby recognize the signatories of The Compact as The California Assembly;

Section 3    The signatories shall be bound by autograph and seal;

Section 4    The signatories agree to uphold this agreement and live peaceably; and

Acceptance and Acknowledgement,

The Chairman and Scribe witness The Compact as permitted in The California General Assembly on May 11, 2022, and adopted in The Los Angeles County Assembly on May 17, 2022 by their autographs and seals as a testament to this fact:

by: _Nancy Marie Kremer_      5/20/2022

Nancy Marie Kremer
Chairman of The California General Assembly
Member of The Los Angeles County Assembly

**Date**

by: _Carmen-Lee-Winter: Ketcham_      5/22/22

Carmen-Lee-Winter Ketcham
Scribe of The California General Assembly
Chairman of The Los Angeles County Assembly

**Date**



## The California Social Compact
## By and Between the People

With my autograph and seal I declare to be one of the People within the metes and bounds and seaward boundaries of California and I bind myself to The California Social Compact By and Between the People:

by: _Nancy-Marie: Kramer._          August 6, 2022

SEE ATTACHED NOTARY DOCUMENT     Seal          Date

Print Name: _____

Email: _____

Phone: _____

Address: _____

Recorder/notarial witnessed and sealed

by: _____
                                              Date

## CALIFORNIA NOTARIAL CERTIFICATE
### (JURAT)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of (your County) Los Angeles

Subscribed and sworn to (or affirmed) before me on this ___6___ day of (type in the Month) *august* 2022,

by __type your name *Alla Mishiyeva*___, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature ___*Alla Mishiyeva*___.          (SEAL)
Signature of Notary

ALLA MISHIYEVA
COMM. #2311279
Notary Public - California
Los Angeles County
My Comm. Expires Nov. 30, 2023

The People in California
on all 58 counties
c/o 4545 Morse Avenue; near
Los Angeles [91604]
California, united States of America

May 30, 2022

# AFFIDAVIT OF STATUS

*NOTICE TO AGENT IS NOTICE TO PRINCIPAL*
*NOTICE TO PRINCIPAL IS NOTICE TO AGENT*

*Truth is expressed in the form of an affidavit*

*Unrebutted affidavit stands as truth in commerce*

*Unrebutted affidavit becomes the judgment in commerce*

We, the living men and living women having autographed and sealed The California Social Compact By and Between the People, hereinafter the Compact; as signatories of The Compact, hereinafter the People, hereby declare our individual status, property, and estates; and

1) We are living men and living women and each individually one of the People in California, united States of America, being creations of God, Genesis 2:7; declaring our status Private American National; and

2) We are each a living, breathing Natural creation of God and therefore are not and cannot be any artificial person and or corporate fiction, and or all capital letter dead entity, example FIRST MIDDLE LAST, and therefore, are exempt from any and all corporate government identifications, treatments, and requirements, as such pursuant to any process, code, or statute, or any color of law thereof; and

3) In this territory, California, united States of America, the authority of any and all lawful government resides in the People, for corporate government is a fiction of the mind and can be created new per want of the People to protect the individual God-given rights of the living men and living women and their offspring; and

4) We reject granting authority to this fiction which assumes unlawful powers, privileges, and or immunities; this fiction defined as unlawful incorporated federal, state, county, city, and or all incorporated government and non-government organizations (NGOs), specifically the UNITED STATES, United States of America, USA, U.S., State of California, CALIFORNIA, CA, all 58 counties such as County of Los Angeles, LOS ANGELES COUNTY, all cities such as City of Los Angeles, LOS ANGELES CITY, all subsidiaries such as Department of Homeland Security, Federal Bureau of Investigation, Central Intelligence Agency, Centers for Disease Control and Prevention, Franchise Tax Board, all

Affidavit of Status

Page 1 of 3

intergovernmental organizations such as United Nations, World Health Organization, et alia, described in all variations of their spelling, punctuation, and phrasing and or variation thereof, hereinafter referred to as GOVERNMENT; and

5) We are Natural People; we are not a person when such term is defined by GOVERNMENT; and

6) We may, individually, voluntarily choose to comply with some of the established corporate laws to preserve a peaceable society, but no such corporate laws, nor their enforcers, have any authority over us and voluntarily complying with established corporate laws does not move us into any GOVERNMENT jurisdiction; and

7) Consistent with the eternal tradition of Nature's Law, unless we have harmed or trespassed against someone or their property, we have committed no crime, and are therefore not subject to any penalty, remedy or restitution; and

8) We claim all and waive none of our God-given blessings; and

9) The supreme courts on all the land are the common law courts; justice may be carried forward by presentment, no bill and true bill from the lawful Grand Jury and or decision and ruling from the lawful Trial by Jury to the lawful Sheriff for enforcement; and

10) People and inhabitants shall be free from any and all slavery, tyranny, persecution, and or oppression under any law, statute, code, policy, procedure, and or ordinance; therefore, we cannot be compelled, manipulated, mandated, tricked, threatened, placed under duress, or coerced by any person, corporation, entity, inhabitant, and or People individually, or in any capacity, as agent or principal; We do not forfeit any of our Rights, moral conscience, and or dominion granted to us by God, nor can we be deprived of any of these Rights, privileges, and immunities except by lawful process; If an agent or principal in non-compliance to The Compact causes harm or trespass, this agent or principal may be subject to a Grand Jury investigation; and

11) We reject all GOVERNMENT created numerical and non-numerical definitions such as Social Security number, birth certificate CUSIP number, citizen, resident, subject, taxpayer, child, infant, vehicle, et alia used to vitiate Natural identities; We reject the GOVERNMENT claiming jurisdiction and or definition through assumption and or presumption of our explicit and or tacit consent; and

12) Regardless of physical location, the People and their property hold fast the blessings and benefit of the Compact; and

13) The People may lawfully contract using CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-PERFORMANCE©; and

14) The People void ab initio hidden GOVERNMENT contracts; an autograph by one of the People shall not be construed as an authorizing agent signature of any hidden GOVERNMENT contract; Benefits or privileges received from GOVERNMENT shall not bind People to hidden contracts; and

15) The People declare and claim beneficiary of all equitable title, assets and disbursements of the Cestui Que Vie trusts, and all equitable accounts and trusts, associated and created by GOVERNMENT as defined in number 11; and

16) The People may use a GOVERNMENT identity normally assigned to corporate persons, without prejudice, under duress; Participation in fact or through grammar and word definition deceit with the GOVERNMENT fraud of social security benefit, Medicaid, Medicare, Department of Public Social Services benefit, unemployment, Economic Impact Payment, federal reserve money, bank account, court, taxation, driver's license, credit card or application or note, voter registration, school registration, medical intake or release, political districts, GOVERNMENT licenses, GOVERNMENT credentials, et alia, does not vold or impair the Private American National status of one of the People; and

17) The People are free to travel; and

18) Records of birth, death, marriage, family trust, physical condition, blood, DNA, genetic material, finger prints, eye scans, facial scans, body scans, et alia, shall remain under private control of the living man and or living woman and their offspring; and

**Further Affiant Sayeth Naught.**

Autographed and Sealed this 30th day of May, 2022.

By: *Nancy-Marie: Kramer.*
: Nancy-Marie: Kremer, Affiant, a living breathing lawful woman
One of the People

By: *Carmen-Lee-Winter: Ketcham.*
: Carmen-Lee-Winter: Ketcham, Affiant, a living breathing lawful woman
One of the People



Notice to Principal is notice to Agent and Notice to Agent is Notice to Principal
Notice to Principal is notice to Agent and Notice to Agent is Notice to Principal
Notice to Principal is notice to Agent and Notice to Agent is Notice to Principal

# Los Angeles County Settlement Covenant

## Preamble

We the sovereign people living on the land on Los Angeles County, California, a Free and Independent Nation state, in order to live together in harmony under the Almighty Creator in common law, to facilitate the avoidance of disputes; to facilitate the quick settlement of disputes which might arise; to provide for organized defense of life, liberty, and private property; to protect and administer public property for the benefit of the inhabitants; and to make certain limited agreements with other settlements of sovereign people for mutual benefit, ordain common accord and recognize the following

## Notice

Date of first reading, Tuesday, April 5, 2022, date of second reading, Tuesday, April 12, 2022
date of third reading, Tuesday, April 19, 2022
Location of reading Stanley Mosk Courthouse 111 North Hill Street, Los Angeles, California
Original Assembly and Library of Records on January 24, 2021

COMES NOW, inhabitants of California nation on Los Angeles County by ABSOLUTE WRIT OF HABEAS CORPUS, and with absolute resolve, hereby rebut all corporate authority; and

## Decree this County Settlement

Los Angeles County Settlement Covenant, and in harmony with all the fifty-eight counties on California, by the authority of the unanimous Declaration of Independence circa 1776, and the Constitution for the united States for America, in particular, the Bill of Rights circa 1787-1791 and affirmed by the California Constitution as stated in Article I circa 1849, we find

## Article One

With Almighty God granting us free will and dominion: By unanimous decree the local People in peaceable lawful assembly; In Settlement Covenant on California, a Free and Independent Nation, a member of Free and Independent Nations with other Free and Independent Nations all known as republics for the united States for America; Section 2   Local people by local common consent do name, affirm, ordain, establish and continue Los Angeles County Covenant Settlement in union with other county settlements on California, as heirs and trustees as prescribed in scripture by Almighty God having entrusted living men and living women with the stewardship of the justice of the land for its inhabitants;

Page 1 of 6

Section 3   Los Angeles County Settlement Covenant is the free exercise of all natural inherent rights which is unlimited in scope and is our lawful inheritance to be defended and protected from abuse by all means;

# Article Two
## Natural Law

Recognizing Natural Law on Los Angeles County assures the free exercise of God-given rights of living men and living women and their offspring in grace to defend and protect their life, liberty, and property:  Man-made laws shall not violate Natural Law which protects mankind from all abuse;

# Article Three
## Land

Section 1   Boundary referred to herein the Los Angeles County Settlement Covenant uses the metes and bounds and seaward boundaries description as boundaries for Los Angeles County as defined and recorded in the county records archive;

Section 2   We declare that we are inhabitants on Los Angeles County, that we are peaceful and have always been, and rebut any presumption of subjugation;

Section 3   We declare that we, the living men and living women, are the trustees of the land of Los Angeles County as are privately held by men and women living on the land, and publicly held for the benefit of all the inhabitants on Los Angeles County;  and that we are stewards of the water and minerals under the land to the center of the earth, the water, vegetation, living creatures, non-living material and structures on the land, and the atmosphere above the land as far as can be reached by any means whatsoever, we declare natural rights as a superior rebuttal to the claims of any corporate entity and or foreign person;

# Article Four
## Assembly People

Section 1   Assembly - all living men and living women, People, domiciled on Los Angeles County have voice in self-governance; Our county government is instituted by the living men and living women; Los Angeles County government derives its power from the consent of the People

Section 2   Public Servants - the positions listed in Article Six shall be elected by the People and shall affirm to serve the people by oath and secure a bond of their fortune to assure public service in honor

Section 3   Assembly Managers - the following volunteer positions shall be elected by the People in Assembly and serve a one year term and may be removed according to Robert's Rules of Order Newly Revised 12th edition at will of the People:
1   Chairman
2   Scribe
3   Ombudsman

Section 4   The Los Angeles County Assembly Manual(s) shall be created for definitions, duties and procedures;

# Article Five
## Courts and Juries

**Section 1**  We the people in public assembly, with intent to restore lawful government and lawful courts on Los Angeles County, do hereby restore common law courts and de jure government by lawful notice; No lawful courts are currently being exercised, and the courts and process imposed upon the people on Los Angeles County are based in despotic foreign civil law, being a sham, we therefore claim our position of the lawful keepers of the public trust implied by our position as tacit procurator, and by the expressed intent through delegation of authority by the signatories hereto;

**Section 2**  This County Settlement Agreement hereby establishes The Los Angeles County Assembly for the benefit and purposes of the People;  This Assembly is open to all the inhabitants of the county who choose to remove themselves from U.S. Fourteenth Amendment citizenship status and return to being free men and women on the land; They may become electors and jury pool members for the de jure grand juries both county and state level to provide due process of law and protection under common law for all people on an equal footing;  The juries and all other lawful processes accepted are to provide remedies as restitution for harm or trespass; The people in assembly shall provide a venue and a forum to convene court, to decide structure of positions and the function of public servants, and to discuss other issues concerning the grand and petit juries;

**Section 3**  Los Angeles County Settlement Covenant recognizes peaceful lawful juries open to every man and woman, to provide a lawful remedy on unresolvable issues related to harm and trespass:

    a    Common law action requires an injured party Claimant with a witnessed written testimony

    b    Proper use of lawful juries are essential to remedy harm and trespass

    c    Los Angeles County Settlement Covenant establishes peaceful lawful juries limited by simple, understandable rules and procedures self-imposed and consistent with this Covenant

    d    Los Angeles County Settlement Covenant authorizes temporary juries of limited duration by cause of Claimant that expire after completion of lawful purpose

    e    Training for the juries shall be provided in compliance with Article Five of the Bill of Rights for jurors to competently decide issues brought before it by the people on Los Angeles County;

**Section 4**  There cannot be a grand jury de facto when there is a grand jury de jure; [People v. Brautigan, 142 NE 208, 310 Illinois 472, cited];

**Section 5**  Los Angeles County Settlement Covenant establishes de jure Grand Juries, open to every man and woman, local people living in grace on the land, after workshop training, to freely provide their response in a lawful manner on all issues related to harm including the use of subpena and summons; through findings of fact and truth the Grand Jury issues Presentments; this de jure Grand Jury is endowed with the authority to deliberate and issue a No Bill if insufficient evidence exists and a True Bill when sufficient evidence exists and to deliver the findings to proper judicial authority for further action;

    a    Proper use of specific evidence by the Grand Jury is essential to the free exercise of all rights;

    b    Common law action requires an injured party Claimant under full disclosure by written witnessed testimony;

    c    Los Angeles County Settlement Covenant acknowledges 25 jurists and 2 alternate jurists to form a lawful de jure Grand Jury from the local assembly consisting of peers willing to serve in proper jurisdiction using Article 9 circa 1791 in suits at common law insuring the right of trial by jury, and no fact tried by a jury shall be otherwise re-examined in any Court of the United States of America than according to the rules of the common law; not limited by barriers or legislation erected by de facto corporate government;

    d    Los Angeles County Settlement Covenant establishes judges and courts for direct Presentment, Notice, Warrant, Order, No Bill or True Bill under de jure operation of Law to the specific public servant liable and responsible for executing the action within the respective jurisdiction; or for direct presentment to the de jure or de-facto U.S. Supreme Court with respect to Constitutions and Treaties;  No one is bound to obey an unconstitutional law and no courts are bound to enforce it. [16 American Jurisprudence, 2d, See 177

late 2d; 256; Norton vs. Shelby; the complete version of Arizona vs. Miranda; Lopez Decision; and; Douglas vs. Seacoast Products; These citations are for information and education of the truth that the De facto Judicial system ignores or ridicules];

# Article Six
# County Public Servants

Section 1  The People by these articles establish county public servant positions to provide protection for private property and or the administration for public property of the inhabitants.  Such offices are empowered with certain delegated limited power(s) as the people deem necessary for the maintenance and function of public service;

Section 2   The Los Angeles County Settlement Assembly shall elect the following public servants:
1  Coroner
2  Sheriff
3  Court Clerk
4  Chief Justice
5  Record Keeper
6  Treasurer
7  Bailiff
8  Recorder

Section 3   Further positions appointed as needed;

Section 4   These public servants shall be elected by majority vote of the electors on Los Angeles County Assembly and seated after taking their oath and their bond is obtained;

Section 5   No member of the legal industry or a BAR member is qualified to hold any position designated and established for the administration of county affairs;

# Article Seven
# Conclusion

We do hereby ratify this covenant in the presence of our Creator, Almighty God, with whom all glory and power does reside and to whom we gratefully present this covenant for His supreme ratification and ask for the blessings that flow forth from His Divine Providence to guide, nurture and protect the undertakings of this lawful assembly and our countrymen;

These undertakings have been established, recorded and confirmed on the Land so that current and future generations will enjoy life, liberty and the pursuit of happiness uninhibited and unbound, so that all people Assembled and in union with all nations shall abide in the blessings of abundance, now and forever;

The living men and women, lawfully convened as The Los Angeles County Assembly, review, adopt and ratify this Settlement Covenant by the placement of our autographs;

and further declarants saith not.

by: Carmen-Lee-Winter: Ketcham, 5-22-22

Carmen Ketcham, date
Page 4 of 6

Chairman and Scribe

by: _____   5/21/2022
Susan Williamsen, date
Coroner

by: _____   5/21/2022
Gerald Manson Jones, date
Sheriff

by: _____   5/23/2022
Laileh Rowe, date
Court Clerk

by: _____   May 22 2002
Fred Sottile, date
Justice

by: _____   May 21, 2022
Dee Chambers, date
Record Keeper

by: _____   May 21, 2022
Aila Mishiyeva, date
Treasurer

by: _____   5/22/22
Paul Christie, date
Bondsman

by: _____   5-22-22
Donna Moore, date
Recorder

witnessed by: _____   5/21/2022
5/22/2022
5/24/2022
Nancy Kremer, date
California General Assembly Chairman
International Notarial Witness and Recorder

Further Signatory
Jural Assembly Ratification Autograph and Seal

Page 5 of 6

by: _Carla Arnalla Berks Adams_    _5 -22-2022_
                                              date

by: Donald-Louis: Ketcham. 5/22/2022

by: Christopher John Rowe 5/23/22

As above witnessed by: Nancy-Marie: Klemer. 5/22-23/2022
       /Notarial Witness & Recorder



Return Address:
C/O KREMER MGMT
12400 VENTURA BLVD # 319
STUDIO CITY, CA 91604

**PROOF OF PUBLICATION**
(2015.5 C.C.P.)
STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES

I am a citizen of the United States and a
resident of the County aforesaid: I am over
the age of eighteen years, and not a party
to or interested in the above entitled
matter. I am the principal clerk of THE
EPOCH TIMES, which is printed six
days per week (Chinese edition) and every
Wednesday (English edition) in the City of
El Monte and published in the County of
Los Angeles that the notice, of which the
annexed is a printed copy (set in type not
smaller than nonpareil), has been
published in each regular and entire issue
of said newspaper and not in any
supplement thereof on the following dates,
to-wit:

7/06, 07/13, 07/20 & 07/27/2022 (English
edition).

I certify (or declare) under penalty of
perjury that the foregoing is true and
correct.

Signed at El Monte, California,
this _27TH_ day of JULY 2022

Signature

THE EPOCH TIMES, LA
10962 MAIN STREET SUITE 101
EL MONTE, CA 91731
626-401-1828

This space is for the County Clerk's Filing
Statement

Proof of Publication:   Legal Notice
Notice to the Principal is Notice to the Agent
and Notice to the Agent is Notice to the
Principal

**Legal Notice**
Notice to the principal is notice to agent and Notice to the Agent is
Notice to the Principal
Notice to the principal is notice to agent and Notice to the Agent is
Notice to the Principal
Notice to the principal is notice to agent and Notice to the Agent is
Notice to the Principal

**Los Angeles County Settlement Covenant Preamble**
We the sovereign people living on the land on Los Angeles County, Cal-
ifornia, a Free and Independent Nation state, in order to live together
in harmony under the Almighty Creator in common law, to facilitate
the avoidance of disputes; to facilitate the quick settlement of disputes
which might arise; to provide for organized defense of life, liberty, and
private property; to protect and administer public property for the
benefit of the inhabitants; and to make certain limited agreements
with other settlements of sovereign people for mutual benefit, ordain
common accord and recognize the following

**Notice**
Date of the first reading, Tuesday, April 5, 2022, at 12:03, 12:10 & 12:24 PM
Date of Second reading, Tuesday, April 12, 2022 at 12:00, 12:10 & 12:24 PM
Date of Third reading, Tuesday, April 19, 2022, at 12:00, 12:10 & 12:24 PM

Location of reading Stanley Mosk Courthouse 111 North Hill Street,
Los Angeles, California Original Assembly and Library of Records on
January 24, 2021

COMES NOW, inhabitants of California nation on Los Angeles County
ABSOLUTE WRIT OF HABEAS CORPUS, and with absolute
solve, hereby rebut all corporate authority; and

because this County Settlement
on Angeles County Settlement Covenant, and in harmony with all the
fifty-eight counties on California, by the authority of the unanimous
Declaration of Independence circa 1776, and the Constitution for the
united States for America, in particular, the Bill of Rights circa 1787-
1791 and affirmed by the California Constitution as stated in Article I
circa 1849, we find

**Article One**
With Almighty God granting us free will and dominion: By unanimous
decree the local People in peaceable lawful assembly; in Settlement
Covenant on California, a Free and Independent Nation, a member
of Free and Independent Nations with other Free and Independent
Nations all known as republics for the united States of America;

see the full document at: https://californiaassembly.com/state-
national-declaration-los-angeles/

07/06, 07/13, 07/20, 07/27/2022 THE EPOCH TIMES



CA14-2022-XU6V4-VPV84

Recording Number

By Carmen-Lee-Winter: Ketcham.

Date 6/5/22    Pages: 3

The above information to be completed by Recorder.

## Declaration of Life
## American State National Status Claim
### *For People Born on the Land of an American State*

I, Nancy Marie Kremer, declare I am a living woman, being of sound mind, and of age majority; and declare my full and natural right to life, liberty and pursuit of happiness;

1) I declare my origin, I am the steward of my vessel on Earth from the moment I was first formed, Jeremiah1:5, together with all DNA and all organic matters of substance associated with me and my birth, Isaiah 64:8 and 2 Timothy 2:20-21 "And the LORD God formed man *of* the dust of the ground, and breathed into his nostrils the breath of life; and man became a living soul" Genesis 2:7, Psalms 139:13-16; and

2) I declare and retain my birth-right status as a Private American State National born on the Minnesota land and domicile on California; I am one of the state electors among men, who derive their just powers from the consent of the governed; and is exercised by elected public servants for the free state, I come now in peace as the lawful executor of my life, name, and status Jeremiah 31:9; and

3) I declare, the revocation of my signatures from all contracts granting; all Power(s) of Attorney and all presumption of my consent to "Parens Patriae" relationship with aggregate corporations, or by the fraudulent use of my lawful life, birth name and status, or use of my credit or acting as an agent through assumed names and chattel for the franchise; "The rich ruleth the poor, and the borrower *is* servant to the man that lendeth" Proverbs 22:7; and

4) I declare latrocinium by dolus malus [Larceny by fraud and deception], by all aggregate corporations Micah 2:1-3; not limited to but including; the British Crown, City of London, Vatican, Washington D.C., United States Treasury, Corporate United States, United Nations and their banks, I no longer adhere to or give allegiance to the will of all Corporate Legislatures their legislative and administrative Acts and all subsequent Franchises such as STATE OF CALIFORNIA, Matthew 6:24, Exodus 20:3; and

5) I declare, I am not a Surety for Debt, I have never knowingly, willingly, or voluntarily pledged my physical self or labor for the national, international, global, or universal debt of corporate entities, and institutions, including their corporate sub-contractors and Agencies; and their constitutions, treaties and agreements and terms foreign to common English contained therein; and words such as person, individual, resident, applicant, petitioner, respondent, and driver, "Be not thou one of them that strike hands, or of them that are sureties for debts" Proverbs 22:26 NIV; "We must obey God rather than man" Act 5:29, Hebrews 4:12; and

6) Therefore, the right of lawful settlement on counties and land on California, to provide the common defense, secure the blessings of free-will and consciousness, the right to assemble, insure justice by a jury of the people; My affirmations are to uphold and keep the peace and the absolute power held by self-governed people, without all corporate districts of municipal or territorial national, international and global jurisdictions; no other presumption or impersonation is allowed; Exodus 20:2-17; John 15:13-15; and Ephesians 2, Psalms 7:7, and affirmed in the 1215 Magna Carta, expressed then, now and forever, "With long life, I will satisfy him and show him my salvation." Psalms 91:16; and

I present my Declaration of Life and American State National Status Claim and It is Ordered, Written, Recorded, Decreed and Valued and hereto Bonded at Twenty-One Silver dollars in Lawful Money and I place it upon the Public Record, my Court of Record before God, and All People, within God-given dominion and purpose … "I will put this third into the fire, and refine them as one refines silver, and test them as gold is tested. They will call upon my name, I will answer them. I will say, they are my people; and they will say, the Lord is my God." Zechariah 13:9

I, Nancy Marie Kremer, a living woman hereby declare, Deuteronomy 6:13, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen; I am a State National and further declare my testimony is true, correct and complete in all jurisdictions of law; So witnessed, autographed and sealed by my hand on this 22 day of May, 2022.

All unalienable endowed rights of Declarant herein explicitly retained and reserved, without prejudice to any of the rights

by: _Nancy·Marie: Kremer._ ©

"Verily I say unto you, Whatsoever ye shall bind on earth shall be bound in heaven: and whatsoever ye shall loose on earth shall be loosed in heaven." Matthew 18:19

2 Corinthians 13:1-3 (three notices or by 2 or 3 witnesses) [1]Lo this is the third time that I come unto you. In the mouth of two or three witnesses shall every word stand. [2]I told you before and tell you before: as though I had been present the second time, so write I now being absent to them, which heretofore have sinned, and to all others, that if I come again, I will not spare. [3]Seeing that ye seek experience of Christ, that speaketh in me, which toward you is not weak, but is mighty in you.

All Scripture quotes are from the 1599 Geneva Bible.

## Notarial Witness

California
Los Angeles County

I, _Carmen·Lee·Winter: Ketcham._____, a Recorder of The California Assembly, do hereby affirm that the living woman appeared before me today, May 22, 2022 was identified or known by me and I have witnessed the woman's autograph of this Declaration of Life and State National Status Claim.

California Assembly Recorder

by: _Carmen-Lee-Winter: Ketcham._ ©
All Rights Reserved Without Prejudice

My commission expires: _Life_____.

2 | 3

Jeremiah 1:5 ⁵ Before I formed thee in the womb, I knew thee, and before thou camest out of the womb, I sanctified thee, *and* ordained thee to be a Prophet unto the nations.

Isaiah 64:8 ⁸ But now, O Lord, thou art our Father: we are the clay, and thou art our potter, and we all are the work of thine hands.

2 Timothy 2:20-21 ²⁰ Notwithstanding in a great house are not only vessels of gold and of silver, but also of wood and of earth, and some for honor, and some unto dishonor.²¹ If any man therefore purge himself from these, he shall be a vessel unto honor, sanctified, and meet for the Lord, and prepared unto every good work.

Genesis 2:7 ⁷ The Lord God also made the man of the dust of the ground, and breathed in his face breath of life, and the man was a living soul.

Psalms 139:13-16 ¹³ For thou hast possessed my reins: thou hast covered me in my mother's womb.¹⁴ I will praise thee, for I am fearfully and wondrously made: marvelous *are* thy works, and my soul knoweth it well.¹⁵ My bones are not hid from thee, though I was made in a secret *place, and* fashioned beneath in the earth.¹⁶ Thine eyes did see me, when I was without form: for in thy book were all things written, *which* in continuance were fashioned, when there was none of them *before*.

Jeremiah 31:9 ⁹ They shall come weeping, and with mercy will I bring them again: I will lead them by the rivers of water in a straight way, wherein they shall not stumble: for I am a father to Israel, and Ephraim is my firstborn.

Proverbs 22:7

Micah 2:1-3
Matthew 6:24
Exodus 20:3

Proverbs 22:26
Acts 5:29,
Hebrews4:12

Exodus 20:2-17: John 15:13-15; and Ephesians 2, Psalms 7:7
Psalms 91:16

Zechariah 13:9
Deuteronomy 6:13

"Verily I say unto you, Whatsoever ye shall bind on earth shall be bound in heaven: and whatsoever ye shall loose on earth shall be loosed in heaven." Matthew 18:19

2 Corinthians 13:1-3 (three notices or by 2 or 3 witnesses) ¹Lo this is the third time that I come unto you. In the mouth of two or three witnesses shall every word stand. ²I told you before and tell you before: as though I had been present the second time, so write I now being absent to them, which heretofore have sinned, and to all others, that if I come again, I will not spare, ³Seeing that ye seek experience of Christ, that speaketh in me, which toward you is not weak, but is mighty in you.



: Nancy-M[...]

: Russell-

: C. S. S. L. P. S. G. P. COUNTRY SENTENCE STRUCTURE COMMUNICATION PARSE SYNTAX GRAMMAR PERFORMANCE.
: C. S. S. / . P. S. G . P -CORRECT SENTENCE STRUCTURE COMMUNICATION PARSE SYNTAX GRAMMAR PERFORMANCE.

: VESSEL-NANCY-MARIE: KREMER

: RED-LIGHT: ●



: AUTOGRAPH:
: LODIO-COPY-POWER:
: GREEN-LIGHT: ●

FOR THIS PORTING-TREATY OF THIS LIVE-LIFE-BIRTH-NATIVITY-TREATY IS WITH THIS CLAIM-BIRTHING-PERFORMANCE OF THIS VESSEL-NANCY-MARIE: KREMER WITH THE CLAIM OF THE LIVE-LIFE-BIRTH-CLAIMANT-NEUTRAL: Nancy-Marie: Kremer's-KNOWLEDGE WITH THIS GENDER-CLAIM OF THIS FEMALE WITH THIS BILL OF THIS LADING WITH THIS CLEARANCE OF THE CONTRACT-CLAIMANT'S-KNOWLEDGE WITH THE PERFORMANCES OF THE PARENTS: MOTHER: MARGARET: KREMER & FATHER: ARTHUR: KREMER WITH THIS CLAIM WITHIN THIS DOCUMENT-CONTRACT-FEDERAL-POSTAL-VESSEL-FEDERAL-COURT-VENUE-PERFORMANCE-NEUTRALITY.

~1 FOR THIS PORTING-TREATY OF THIS LIVE-LIFE-BIRTH-NATIVITY-TREATY IS WITH THIS PORTING-TREATY OF THIS BIRTH WITH THIS PERFORMANCE-CLAIM OF THIS CLAIM-LIFE-BIRTH WITH THIS DATE--07--MARCH--1962 OF THIS VESSEL: NANCY-MARIE: KREMER & CLAIM-LIFE-BIRTH-BEING-NEUTRAL/CLAIMANT: Nancy-Marie: Kremer's-KNOWLEDGE WITH THIS SWEAT-EQUITY-LABOR OF THIS MOTHER: MARGARET: KREMER WITH THIS BILL OF THIS LADING WITH THIS MOTHER: MARGARET: KREMER & FATHER: ARTHUR: KREMER WITHIN THIS DOCUMENT-CONTRACT-FEDERAL-POSTAL-VESSEL-FEDERAL-COURT-VENUE-PERFORMANCE-NEUTRALITY.

~2 FOR THE MOTHER: MARGARET: KREMER & FATHER: ARTHUR: KREMER OF THIS SWEAT-EQUITY-LABOR-FEE ARE WITH THIS PERFORMANCE-CLAIM OF THIS NEUTRAL-CLAIMANT-POSTMASTER: Nancy-Marie: Kremer WITH THESE THREE-DAY-IREISCISSION-PORTINGS OF THE C. S. S. C.-P. S. G.-P. WITH THIS PERFORMANCE OF THE LIVE-LIFE-BIRTH-TREATY WITH THIS DATE--07--MARCH--1962 OF THIS VESSEL: NANCY-MARIE: KREMER & LIVE-LIFE-BIRTH-NEUTRAL: Nancy-Marie: Kremer WITH THIS BIRTH-HOSPITAL: SAINT MARY'S-HOSPITAL OF THIS FOREIGN-POSTAL-TERRITORY: MINNESOTA[U.S.A.]-DOCUMENT CONTRACT-FEDERAL-POSTAL-VESSEL-FEDERAL-COURT-VENUE-PERFORMANCE-NEUTRALITY WITH THIS CARGO-VESSEL OF THIS VESSEL-NANCY-MARIE: KREMER: HEIGHT: FIVE-FOOT-10-[IN]CHES - WEIGHT: 217-POUNDS. EYE-COLOR: BROWN & HAIR COLOR: GRAY WITH THIS GENDER-CLAIM OF THIS FEMALE WITH THE AUTOGRAPH-DATE OF THIS VESSEL-CONTRACT WITH THIS BILL OF THIS LADING WITH THIS MOTHER: MARGARET: KREMER & FATHER: ARTHUR: KREMER WITHIN THIS DOCUMENT-CONTRACT-FEDERAL-POSTAL-VESSEL-FEDERAL-COURT-VENUE-PERFORMANCE-NEUTRALITY.

~3 FOR THIS PORTING-TREATY OF THIS LIVE-LIFE-BIRTH-NATIVITY-TREATY IS WITH THIS NEUTRAL-CLAIMANT-POSTMASTER: Nancy-Marie: Kremer's-KNOWLEDGE & NEUTRAL-POSTMASTER-GENERAL/CLAIMANT/CHIEF-FEDERAL-POSTAL-JUDGE: Russell-Jay: Gould's-KNOWLEDGE OF THIS SWEAT-EQUITY-LABOR-FEE-TREATY WITH THESE PERFORMANCE-CLAIMS OF THE CLAIM-LIFE-BIRTH-TREATY & CARGO-WORDS-NAVIGATION-SECURITY-POSTAL-ROAD-TREATY WITH A FOREIGN-PORT & FOREIGN-BANK-CONTRACTS OF THIS NEUTRAL-CLAIMANT-POSTMASTER: Nancy-Marie: Kremer's-KNOWLEDGE & NEUTRAL-POSTMASTER-GENERAL/CLAIMANT/CHIEF-FEDERAL-POSTAL-JUDGE: Russell-Jay: Gould's-KNOWLEDGE WITH THIS DOCUMENT-CONTRACT-FEDERAL-POSTAL-VESSEL-FEDERAL-COURT-VENUE-PERFORMANCE-NEUTRALITY OF THIS NEUTRAL-VESSEL-NANCY-MARIE: KREMER & VESSEL-THINKING-CARGO-NEUTRAL: Nancy-Marie: Kremer, MOTHER: MARGARET: KREMER & FATHER: ARTHUR: KREMER WITH THE CLAIM WITHIN THIS DOCUMENT-CONTRACT-FEDERAL-POSTAL-VESSEL-FEDERAL-COURT-VENUE-PERFORMANCE-NEUTRALITY.

: DATE--12--MARCH--2022 . VESSEL-NAME: BIRTH & VESSEL-NUMBER: RE194909798US.

: SEAL:

Nancy-Marie: Kremer
: NEUTRAL: Nancy-Marie: Kremer.

: SEAL:

Russell-Jay: Gould
: POSTMASTER GENERAL: Russell-Jay: Gould.

FOR THE COPYCLAIM/COPYRIGHT--1--JULY--1776 BY THE NEUTRAL-FEDERAL-POSTAL-JUDGE & CLAIMANT-POSTMASTER-GENERAL: Russell-Jay: Gould IS WITH THIS POST-ROAD-POSTAL-CORPORATION-TREATY-PERFORMANCE BY THIS DOCUMENT-CONTRACT-FEDERAL-POSTAL-VESSEL-FEDERAL-COURT-VENUE-PERFORMANCE-NEUTRALITY-FOREIGN-POSTAL-CORPORATION-TREATY.

:R.-J.-G.

22017449-2

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Minnesota, and that such Seal(s) is/are entitled to full faith and credit.*

*\*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Antony J. Blinken, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this first day of February, 2022.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

_Antony J Blinken_
Secretary of State

By ____Kenneth W Kim____

Assistant Authentication Officer,
Department of State

# State of Minnesota - Secretary of State

This Certificate is not valid for use anywhere within the United States of America, its territories or possessions.

## Apostille
(Convention de La Haye du 5 Octobre 1961)



1. Country (Pays): **United States of America**

   This public document (Le présent acte public) **Certificate of Birth**

2. has been signed by (a été signé par) **Molly Mulcahy Crawford**

3. acting in the capacity of (agissant en qualité de) **State Registrar, State of Minnesota**

4. bears the seal / stamp of  (est revêtu du sceau / timbre de)
   **Molly Mulcahy Crawford, State Registrar, State of Minnesota**

## Certified
## Attesté

5. at (á) **St. Paul, Minnesota**

6.   Date (Date) **12/17/2021**

7. by (par) **Secretary of State, State of Minnesota**

8.   File No (Sous n°) **1276474600049**

9. Seal / Stamp (Sceau / Timbre):

10. Signature (Signature):



Steve Simon
Secretary of State
State of Minnesota

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
To verify the issuance of this Apostille, see **https://apostille.sos.state.mn.us**.
**This certificate does not constitute an Apostille under the Hague Convention of 5 October 1961, when it is presented in a country which is not a party to the convention. In such cases, the certificate should be presented to the consular section of the mission representing that country.**

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire del'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
Cette Apostille peut être vérifiée à l'adresse suivante:**https://apostille.sos.state.mn.us**. Ce certificat ne constitue pas une Apostille en vertu de la Convention de La Haye du 5 Octobre 1961, lorsque présenté dans un pays qui n'est pas partie à cette Convention. Dans ce cas, le certificat doit être présenté a la section consulaire de la mission qui représente ce pays.

MINNESOTA
CERTIFICATION OF VITAL RECORD

## CERTIFICATE OF BIRTH

STATE FILE NUMBER 1962-MN-080946

FULL NAME **NANCY MARIE KREMER**

DATE OF BIRTH **MARCH 07, 1962**

SEX **FEMALE**

PLACE OF BIRTH **MINNEAPOLIS** **HENNEPIN** **MINNESOTA**

PARENT **MARGARET CLARISSA**

NAME PRIOR TO FIRST MARRIAGE **HALLEY**

PARENT **ARTHUR MICHAEL KREMER**

ANY AMENDMENT MADE PRIOR TO 03/11/2001 FOR THIS RECORD IS NOT NOTED ON THIS CERTIFICATE.

THIS IS A TRUE AND CORRECT RECORD OF BIRTH REGISTERED IN THE MINNESOTA OFFICE OF VITAL RECORDS.

MR&C Certificate ID
13565853

S22-002995827

FILED: **MARCH 16, 1962**

*Molly Mulcahy Crawford*

Molly Mulcahy Crawford
STATE REGISTRAR

ISSUED: NOVEMBER 03, 2021    MINNESOTA DEPT OF HEALTH

THIS CERTIFICATE IS VALID ONLY WHEN PRINTED ON OFFICIAL WATERMARKED SECURITY PAPER WITH A SECURITY THREAD AND STATE SEAL OF MINNESOTA.

# Diagram of the Mortgage Fraud



To Whom It May Concern:

Be it now known that all words/spellings upon/within this document shall be of my will and intent only, without assumption/presumption on/of/by/for any/all concerned where my free will choice shall never be trespassed where my intent is my intent and no other's; and

This **Fee Schedule and Instructions** is a schedule of mandatory fees instated by Nancy Marie Kremer©. I, Nancy Marie Kremer©, as authorized representative, do hereby set forth this fee schedule for myself and  NANCY KREMER©, NANCY M KREMER©, NANCY MARIE KREMER©, and all variations thereof, *Ens Legis* for any business, trespass, and or harm conducted relevant to this schedule. In the event that invoicing becomes necessary, invoiced amounts are due fifteen days after day of receipt of the True Bill.  If said fees are not met, it is my right, Nancy Marie Kremer©, to refuse or void any form of business interaction and/or transaction. Fees are due and MUST be paid before business can commence. Fees are subject to change at any time without prior notice; Nancy Marie Kremer©, is the only Authorized Representative to alter, void, and/or enforce said fees and may do so at any time. Fees not paid within 30 days of receipt of the True Bill, accrue a three-times (3x) Penalty added to the Sum Certain contained therein.

Instructions may be included in a True Bill that are not monetary.  Failure to follow instructions may result in a common law Grand Jury or criminal Petit Jury decision.

## FEE SCHEDULE
Not to exceed amount listed per count.
Fees not specifically listed but in Title 18 U.S.C., may revert to said code.
True Bill to indicate if private living man or woman harming is responsible for remedy or the public entity is responsible for remedy or both are held responsible:

Trespass & Harm of Nancy Marie Kremer©

| | | |
|---|---|---|
| Inconvenience/Time | $ | 500/hour |
| Lawful Counsel/Paperwork | $ | 500/hour   + expenses |
| Emotional Stress | $ | 1,000/count |
| Invasion/Detain | $ | 5,000/count |
| Property Theft or Damage | $ | 10,000/count + actual damages |
| Intent & Minor Physical Harm | $ | 100,000/count + Medical expenses |

Jane Marie Doe© Fee Schedule                                    Page 1 of 3

| | | |
|---|---|---|
| Physical Harm/Invasion of Body | $ | 250,000/count + Medical expenses |
| Permanent Physical Harm | $ | 5.000,000/count + Medical expenses |

Trespass & Harm by a Public Official, Corporation, Public Entity, Principals and all Agents:

| | | |
|---|---|---|
| Intent to Deceive | $ | 50,000.00/count |
| Disregard of Public Safety/Protection | $ | 200,000.00/count |
| Violation of Oath or Public Duty | $ | 250,000.00/count |
| Intimidate/Harass/Coerce | $ | 5,000.00/count |
| Forgery/Falsification of Document | $ | 10.000.00/count |
| Deceit/Fraud | $ | 10,000.00/count |
| Silence/Dishonor/Default | | treble damages |
| Detain or Detention of Free Movement | | |
| | $ | 250,000.00/count |
| Reckless Regard for Life | $ | 250,000.00/count |
| Destruction or Theft of Property | $ | 500,000.00/count + actual damages |
| Intent to Harm | $ | 500,000.00/count |
| Bodily Harm/Bodily Theft (DNA, Social Credit Scoring) | | |
| | $ | 500,000.00/count + Medical expenses |
| Serious Bodily Harm | $ | 500,000.00/count + Medical expenses |
| Kidnap/Slavery | $ | 250,000.00/count |
| Death | $ | 5,000,000.00/count |
| Treason | $ | 1,000,000.00/count |

Trespass & Harm in a Court Jurisdiction by a Judge, BAR member, Court Clerk, Sheriff, and any other Public Official:

| | | |
|---|---|---|
| Violation of Oath | $ | 250,000.00/count |
| Violation of Bond | $ | 250,000.00/count |
| Violation of Financial Disclosure | $ | 250,000.00/count |
| Conspiracy to Deceive or Harm | $ | 250,000.00/count |
| Emotional Distress | $ | 200,000.00/count |
| Extortion | $ | 5,000.00/count |
| Threats | $ | 5,000.00/count |
| Denied Proper Warrant | $ | 250,000.00/count |
| Falsification of Documents | $ | 10,000.00/count |
| Perjury | $ | 2,000.00/count |
| Racketeering | $ | 25,000.00/count |
| Failure to Present living injured Party | $ | 100,000.00/count |
| Failure to provide Contract signed by two Parties | | |
| | $ | 100,000.00/count |
| Failure to accept equitable offer | $ | 100,000.00/count |
| Denial of Truth in Evidence | $ | 250,000.00/count |
| Denial Provisions in Constitution or Bible | | |
| | $ | 250,000.00/count |
| Conspiracy of Deprivation of Life, Liberty and or Property | | |
| | $ | 250,000.00/count |
| Personage, attempting to make me liable for the Trust as I am a beneficiary | | |
| | $ | 6,000,000.00/count |
| Barritry, know or should have known doing Personage | | |
| | $ | 6,000,000.00/count |
| Denial of Trial by Jury | $ | 6,000,000.00/count |

Jane Marie Doe© Fee Schedule



**LOS ANGELES COUNTY
REGISTRAR-RECORDER/COUNTY CLERK**

DEAN C. LOGAN
Registrar-Recorder/County Clerk

STATE OF CALIFORNIA     )
COUNTY OF LOS ANGELES )

I, DEAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY THAT **ALLA MISHIYEVA** at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of California, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the acknowledgement or proof of powers of attorney, mortgages, deeds, grant transfers, and other instruments of writing executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the officer or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being of record in this office.

(Valid only if the certification bears the
embossed Seal of the Registrar-
Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and
have hereunto set my hand and affixed the seal of
said County this

___**22nd**___ day of ___**September**___ , 2022

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____

VICTOR ZAVALA, Deputy County Clerk

BRF03-3/3/2009

Attempted extortion of funds from birth certificate, social security, or any other
accounts associated with Nancy Marie Kremer© by deception, fraud, forgery
executed by any agent, principal, corporation, and entity:
$  6,000,000.00/count

Fees listed in money in circulation, either fiat currency or asset backed currency.
Fees are to be paid as instructed in True Bill.

Invoice Due within 15 Days of Receipt.
If Fees not paid within 30 Days of Receipt, treble damages due.

!!!!!!!WARNING!!!!!!!

Failure to pay damages and follow instructions will be sent to the Grand Jury.

All rights reserved without prejudice

by: _Nancy-Marie: Kremer,_ _____ my autograph, my seal, a living California
Private State National.

California State
Los Angeles County

## CALIFORNIA NOTARIAL CERTIFICATE
### (JURAT)

A notary public or other officer completing this certificate verifies only the identity of the individual who
signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity
of that document.

State of California
County of  Los Angeles

Subscribed and sworn to (or affirmed) before me on this 6th day of August, 2022,

by Nancy Marie Kremer, proved to me on the basis of satisfactory evidence to be the person who
appeared before me.

Signature _____        (SEAL)
                Signature of Notary

ALLA MISHIYEVA
COMM. #2311279
Notary Public - California
Los Angeles County
My Comm. Expires Nov. 30, 2023

Jane Marie Doe© Fee Schedule                                         Page 3 of 3

**UNITED STATES POSTAL SERVICE®**

**Firm Mailing Book For Accountable Mail**

Name and Address of Sender:

: Nancy Marie Kramer, #34
: 12400 Ventura Blvd, #34
: Studio City, Calif 91604

Affix Stamp Here
(for additional copies of this receipt).
Postmark with Date of Receipt.

Check type of mail or service
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery
☐ Certified Mail
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery (COD)
☐ Insured Mail
☐ Priority Mail

☐ Priority Mail Express
☐ Registered Mail
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

| | USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) |
|---|---|---|
| 1. | RB 121 758 091 US / RH 00345 2279 US | Pope Francis, Casa Santa Apostolica Vaticano, Citta del Vaticano 00120 |
| 2. | RB 121 758 088 US / RH 00345 2279 US | H.E. Cardinal Dominique Mamberti, Tribunal Supremo de la Signatura Apost, Citta del Vaticano 00120 |
| 3. | RB 121 758 685 US / RH 00345 2296 US | Queen Elizabeth II, Buckingham Palace, London, England SW1A 1AA |
| 4. | RB 121 758 699 US / RH 00345 233 US | International Court of Justice, 2517 KJ The Hague |
| 5. | RB 121 758 708 US / RH 00345 3424 US | International Criminal Court, Office of the Prosecutor #13719, 2500 CM The Hague |
| 6. | RB 121 758 711 US / RH 00345 2398 US | Postmaster General of the United States, 475 L'Enfant Plaza SW, Room 4012, 10013 |
| 7. | RB 121 758 125 US | |
| 8. | | |

PS Form 3877, January 2017 (Page 1 of 2)
Labeled by Sender
Total Number of Pieces Listed by Sender
Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)
Complete in ink

U.S. POSTAGE PAID
VAN NUYS, CA
91406
AUG 09, 23
AMOUNT
$3.00
R2303510A82-18

Handling Charge - If Reg          0 in value

| Postage (Extra Service) Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender # COD | ASR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|

Adult Signature
Adult Signature Re...
Restricted L...
Return Re...
Signature Con...
Signature Confirmation R...
Special ...

**UNITED STATES POSTAL SERVICE ®**

**Firm Mailing Book For Accountable Mail**

Name and Address of Sender
: Nancy Marie Kramer
c/o 12900 Ventura Blvd #201
Studio City, Calif. 91604

Check type of mail or service:
- ☐ Priority Mail Express
- ☐ Adult Signature Required
- ☐ Registered Mail
- ☐ Adult Signature Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Certified Mail
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery (COD)
- ☐ Signature Confirmation
- ☐ Insured Mail
- ☐ Signature Confirmation Restricted Delivery
- ☐ Priority Mail
- ☐ Restricted Delivery

Affix Stamp Here
(for additional copies of this receipt).
Postmark with Date of Receipt.

| | USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code ™) | Postage | Extra Service Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ASR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | RO121 758 139US | Donald J. Trump, Commander-in-Chief | | | | | | | | | | | | | |
| 2. | RO121 758 142US | Gen. Mark A. Milley, Chairman of the Joint Chiefs of Staff | | | | | | | | | | | | | |
| 3. | RO121 758 156US | Lloyd J. Austin, Secretary of Defense | | | | | | | | | | | | | |
| 4. | RO121 758 160US | Major General Michael R. Walker | | | | | | | | | | | | | |
| 5. | RO121 758 173US | Joseph Biden | | | | | | | | | | | | | |
| 6. | RO121 758 187US | Antony Blinken, U.S. Secretary of State | | | | | | | | | | | | | |
| 7. | RO121 758 195US | Janet Louise Yellen, U.S. Secretary of Treasury | | | | | | | | | | | | | |
| 8. | RO121 758 200US | Merrick Garland, U.S. Attorney General | | | | | | | | | | | | | |

PS Form 3877, January 2017 (Page 1 of 2)

Total Number of Pieces Listed by Sender: 8
Total Number of Pieces Received at Post Office: ___

Postmaster, Per (name of receiving employee) ___

Complete in ink

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.

U.S. POSTAGE PAID
VAN NUYS, CA
91406
AUG 08, 22
AMOUNT
**$4.00**
R2303S100482-18
0000

# UNITED STATES POSTAL SERVICE®

## Firm Mailing Book For Accountable Mail

**Name and Address of Sender**

Mikey/Maria Kramer,
12400 Ventura Blvd, #319
Studio City, Calif. 91604

**Check type of mail or service:**

- ☐ Priority Mail Express
- ☐ Adult Signature Required
- ☐ Registered Mail
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail
- ☐ Certified Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Collect on Delivery (COD)
- ☐ Signature Confirmation
- ☐ Insured Mail
- ☐ Signature Confirmation Restricted Delivery
- ☐ Priority Mail

**Affix Stamp Here**
(for additional copies of this receipt).
Postmark with Date of Receipt.

| USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code) |
|---|---|
| 1. RB 121 758 213 US | Gina Marie Raimondo U.S Secretary of Commerce 1401 Constitution Ave NW Washington D.C. 20230 |
| 2. RB 121 758 227 US | Charles P. Rettig I.R.S Internal Revenue Service 1111 Constitution Ave NW Washington, D.C. 20224-0002 |
| 3. RB 121 758 235 US | Jason Dassie Speaker U.S. House of Representatives 235 Longworth H.O.B Washington, D.C. 20515-0512 |
| 4. RB 121 758 244 US | Kamala D. Harris V.P. 1600 Pennsylvania Ave NW Washington, D.C. 20500 |
| 5. RB 121 758 258 US | Patrick J. Leahy U.S. State President Pro Tempore 437 Russell Senate Bldg. Washington, D.C. 20510 |
| 6. RB 121 758 261 US | John Roberts Chief of the Supreme Court 1 First St. NE Washington D.C. 20543 |
| 7. RB 121 758 275 US | Gavin Newson Governor 1031 O Street #1200 Sacramento CA 95814 |
| 8. RB 121 758 289 US | Shirley Weber SOS 1500 11th Street 2nd fl Sacramento CA 95814 |

**Total Number of Pieces Listed by Sender** 8

**Total Number of Pieces Received at Post Office** ___

Postmaster, per (name of receiving employee) _____

PS Form **3877**, January 2017 (Page 1 of 2)   PSN 7530-02-000-9996

Complete in ink.

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.

*(envelope fragment:)* U.S. POSTAGE PAID VAN NUYS, CA AUBURN $4.00

**UNITED STATES POSTAL SERVICE**

**Firm Mailing Book For Accountable Mail**

Name and Address of Sender:
: Nancy Muir; Kismet,
c/o 12400 Ventura Blvd. #319
Studio C4, Calif. 91604

| USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code ™) | Postage | (Extra Services) Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ASR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. *(signature)* RB 121 758 292 US | Cal-Pacia Attorney General 1300 I Street Sacramento, CA 95814-2919 | | | | | | | | | | | | | |
| 2. RB 121 758 301 US | DMV 2415 1st Ave Sacramento CA 95818 | | | | | | | | | | | | | |
| 3. RB 121 758 315 US | Kim Johnson Director CA Dept of Social Services 744 P Street Sacramento CA 95814 | | | | | | | | | | | | | |
| 4. RB 121 758 329 US | Mark County - Secretary CA HHS 1600 Ninth Street Sacramento CA 95814 | | | | | | | | | | | | | |
| 5. RB 121 758 332 US | Tom Theimond 1450 N Street Supervisor of Public Instruction Sacramento CA 95814-5701 | | | | | | | | | | | | | |
| 6. RB 121 758 346 US | Anthony Rendon Speaker Room 219 Sacramento CA 95814 | | | | | | | | | | | | | |
| 7. RB 121 758 350 US | Tony G. Atkins President Pro-Tempore 10 2 0 0 Street #8518 Sacramento CA 95814 | | | | | | | | | | | | | |
| 8. RB 121 758 343 US | Shein R. Carter Trustee Cert of Ca Cnt at LA. Los angeles | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender

Total Number of Pieces Received at Post Office

*(postmark)* Postmaster, per (name of receiving employee)

Complete in ink

400/2

PS Form 3877, January 2017 (Page 1 of 2) PSN 7530-02-000-9068

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.

Affix Stamp Here (for additional copies of this receipt) Postmark with Date of Receipt.

U.S. POSTAGE PAID
VAN NUYS, CA
AUG 30, 2022
AMOUNT
$4.00
R2300310042-18

**USPS UNITED STATES POSTAL SERVICE®**

**Firm Mailing Book For Accountable Mail**

Name and Address of Sender

: Noroy / Matic : Kramer
c/o 12400 Ventura Blvd #719
Studio City, Calif. 91604

Check type of mail or service:
- ☐ Adult Signature Required
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery (COD)
- ☐ Insured Mail
- ☐ Priority Mail
- ☐ Priority Mail Express
- ☐ Registered Mail
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation
- ☐ Signature Confirmation Restricted Delivery

| | USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) |
|---|---|---|
| 1. | RB 121 758 379 US | Sheriff Alex Villanueva 211 West Temple Street Los Angeles, CA 90012 |
| 2. | RB 121 758 385 US | Prisha L. Shiss LA Co. Superior 300 W. Temple St. LA CA 90012 |
| 3. | RB 121 758 394 US | Mary J. Strobel LA City Superior 300 W. Temple St. LA CA 90012 |
| 4. | RB 121 758 403 US | Sheila A. Kuehl LA City Supervisor 500 W. Temple St. LA CA 90012 |
| 5. | RB 121 758 417 US | Janice Hahn LA City Supervisor 500 W. Temple St. LA CA 90012 |
| 6. | RB 121 758 425 US | Kathryn Barger LA City Supervisor 500 W. Temple St. LA CA 90012 |
| 7. | RB 121 758 434 US | Greig. Gordon LA D.A. 211 West Temple St. LA CA 90012 |
| 8. | RB 121 758 448 US | J. Prin Ping LA Co. Assessor 500 West Temple St. 90012 |

Total Number of Pieces Listed by Sender ____
Total Number of Pieces Received at Post Office ____

Postmaster (Name of receiving employee)

PS Form 3877, January 2017 (Page 1 of 2)   PSN 7530-02-000-9006

Complete In Ink

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.

Handling Charge

$50,000 in value

U.S. POSTAGE PAID
VAN NUYS, CA
AUG 08 '19
$4.00
R2305110082-16

Affix Stamp Here
(for additional copies of this receipt)
Postmark with Date of Receipt.

Postage | (Extra Service) Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ASR Fee | ASRRD Fees | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee

## OFFICIAL NOTICE OF FAULT

## Notice to Agent is Notice to Principal and Notice to Principal is Notice to all Agents!

Declarent:

**Nancy Marie Kremer©**
Private American State National
One of the People in Compact
c/o 12400 Ventura Blvd. suite 319,
Studio City, California

September 7, 2022

Certificate of Origin No: RB 121 758 071 US

Respondents:

POPE FRANCIS
% Palazzo Apostolico Vaticano
Citta del Vaticano 00120

H.E. Cardinal Dominique Mamberti
Tribunal Suprema de la Signatura Apostolica
Citta del Vaticano 00120

Queen Elizabeth II
Buckingham Palace
London SW1A 1AA

International Court of Justice
Carnegieplein 2
2517 KJ The Hague
The Netherlands

International Criminal Court
Office of the Prosecutor Communications
Post Office Box 19519
2500 CM The Hague
The Netherlands

**OFFICIAL NOTICE OF FAULT**

**Notice to Agent is Notice to Principal and Notice to Principal is Notice to all Agents!**

Secretary-General ANTONIO GUTERRES of the United Nations
405 East 42nd Street
New York, New York  10017

DONALD J. TRUMP, Commander-In-Chief
Mar-A-Lago
1100 South Ocean Boulevard
Palm Beach, Florida  33480

GEN. MARK A. MILLEY, Chairman of the Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, DC 20318-9999

LLOYD J. AUSTIN, Secretary of Defense
1400 Defense Pentagon
Washington D.C. 20301-1000

MAJ. GEN. DUANE R. MILLER, Provost Marshal General
2800 Army Pentagon
Washington D.C. 20310-2800

JOSEPH BIDEN, President
The White House
1600 Pennsylvania Avenue NW
Washington D.C. 20500

ANTONY JOHN BLINKEN, U.S. SECRETARY OF STATE
2201 C Street NW, Suite 7226
Washington, D.C. 20520

JANET LOUISE YELLEN, U.S. Secretary of Treasury
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

Page 2 of 8

## OFFICIAL NOTICE OF FAULT

**Notice to Agent is Notice to Principal and Notice to Principal is Notice to all Agents!**

MERRICK BRIAN GARLAND, U.S. Attorney General
10th St. &  Constitution Avenue NW, Suite 5137
Washington D.C. 20530

GINA MARIE RAIMONDO, U.S. SECRETARY OF COMMERCE
1401 Constitution Avenue NW
Washington, D.C. 20230

CHARLES P. RETTIG, Commissioner
IRS/Internal Revenue Service
1111 Constitution Avenue NW
Washington D.C. 20224-0002

NANCY PELOSI, U.S. Speaker of the U.S. House of Representatives
1236 Longworth H.O.B.
Washington D.C. 20515-0512

KAMALA D. HARRIS, Vice President
1600 Pennsylvania Avenue NW
Washington, DC  20500

PATRICK J. LEAHY, U.S. Senate President Pro Tempore
437 Russell Senate Building
Washington, DC 20510

JOHN ROBERTS, Chief of U.S. Supreme Court
1 First Street, N.E.
Washington, D.C. 20543

GAVIN NEWSOM, Governor
1021 O Street, Suite 9000
Sacramento, California 95814

Page 3 of 8

**OFFICIAL NOTICE OF FAULT**

**Notice to Agent is Notice to Principal and Notice to Principal is Notice to all Agents!**

SHIRLEY NASH WEBER, CALIFORNIA SECRETARY OF STATE

1500 11th Street, 2nd Floor

Sacramento, CA 95814

ROB BONTA, California Attorney General

1300 "I" Street

Sacramento, CA 95814-2919

STEVE GORDON, DIRECTOR DEPARTMENT OF MOTOR VEHICLES

DMV Headquarters

2415 1st Avenue

Sacramento, CA 95818

KIM JOHNSON, California Dept of Social Services Director

744 P Street

Sacramento, California  95814

MARK GHALY, California HHS Secretary

1600 Ninth Street, Room 460

Sacramento, CA  95814

TONY THURMOND, Supervisor of Public Instruction

1430 N Street

Sacramento, California 95814-5901

ANTHONY RENDON, Speaker California State Assembly

State Capitol Room 219

Sacramento, CA  95814

TONI G. ATKINS, California State Senate President pro Tempore

1021 O Street Suite 8518

Sacramento, CA  95814

**OFFICIAL NOTICE OF FAULT**

**Notice to Agent is Notice to Principal and Notice to Principal is Notice to all Agents!**

SHERRI R. CARTER
SUPERIOR COURT OF CALIFORNIA
County of Los Angeles
111 North Hill Street
Los Angeles, CA 90012

ALEX VILLANUEVA, SHERIFF
COUNTY OF LOS ANGELES
211 West Temple Street
Los Angeles, CA 90012

HILDA L. SOLIS, Los Angeles County Supervisor
500 West Temple St.
Los Angeles, CA 90012

HOLLY J. MITCHELL, Los Angeles County Supervisor
500 West Temple St.
Los Angeles, CA 90012

SHEILA KUEHL, Los Angeles County Supervisor
500 West Temple St.
Los Angeles, CA 90012

JANICE HAHN, Los Angeles County Supervisor
500 West Temple St.
Los Angeles, CA 90012

KATHRYN BARGER, Los Angeles County Supervisor
500 West Temple St.
Los Angeles, CA 90012

**OFFICIAL NOTICE OF FAULT**

**Notice to Agent is Notice to Principal and Notice to Principal is Notice to all Agents!**

GEORGE GASCON, Los Angeles District Attorney
211 West Temple Street
Los Angeles, CA 90012

JEFFREY PRANG, Los Angeles County Assessor
500 West Temple Street
Los Angeles, CA, 90012

# Official Notice of Fault

On Undersigned's Declaration of *Truth, Status, and Corporate Frauds in the Form of an Affidavit*

Received by you on August 8, 2022 by United States Postal Service Firm Book

This **Official Notice of Fault** through Acquiescence attaches to the above Declaration of Truth, Status, and Corporate Frauds in the Form of an Affidavit of the Private American State National and Declarant Nancy Marie Kremer, a Private American State National, through the voluntary act of acquiescence to said Declaration of Truth, Status, and Corporate Frauds in the Form of an Affidavit, as "Silence can only be equated with Fraud when there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading." [U.S. v Pruden, 424 F.2d 1021 (1970)]   Faults have now resulted from the above Executive U.S., State. and/or Corporate Officials liable for their public performance, and an additional grace period will extend your opportunity to serve undersigned with a complete rebuttal – with any evidence in support, no later than Friday, September 16, 2022 from Receipt/Respondent:

Conclusion & Judgment:   Since "A Declaration, if not contested in a timely manner, is considered undisputed facts as a matter of law." Pursuant to [Morris v NCR, 44 SW2d, 433], and the Maxims of Law, "Silence can only be equated with Fraud when there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading." [U.S. V Pruden, 424 F.2d 1021 (1970)], and a Declaration after thirty days becomes the final judgment in commerce, so this matter will stand res judicata, and stare decisis, if no one responds without sufficient evidence  in 30 days of original receipt, and thereby fully admitting to the entirety of this Declaration and Fraud

## OFFICIAL NOTICE OF FAULT

### Notice to Agent is Notice to Principal and Notice to Principal is Notice to all Agents!

through their tacit consent. Notice Waiver of Tort to all Trespassers/Interlopers, anyone trespassing or interloping on this Contract (Official Notice of Fault) will incur a joining fee set in Fee Schedule by Declarant;

Respondent's mere assumptions that undersigned's Declaration of Truth, Status, and Corporate Frauds in the Form of an Affidavit stated no legitimate claims against them. Is not only False, it is completely non-responsive in any way to Declarant's Declaration of Truth, Status, and Corporate Frauds in the Form of an Affidavit, as each numbered paragraph requires a full rebuttal of same with evidence in support of your position, and none of that has been given, nor received by Declarant as of this time of this **Official Notice of Default**.

The Corporate Officers and personnel have thusly admitted to their FRAUDS established herein and thus far fully admitted, along with all the many other details of their corrupt and unlawful Corporate activities, and with this **Official Notice of Default**, your final and full response is due here no later than Friday, September 16, 2022 to avoid Final Administrative Judgement in Default by your Dishonor of the Lawful Administrative Process, Exhibits attached;

All Rights Reserved without Prejudice

By: _Nancy-Marie: Kremer._                                                    ©

Nancy Marie Kremer©, **Private American State National, sui juris**

OFFICIAL NOTICE OF FAULT

Notice to Agent is Notice to Principal and Notice to Principal is Notice to all Agents!

# EXHIBITS:

Copies of 5 pages of the United States Postal Service Firm Book as proof of Registered Mail or International Registered Mail Delivery

**UNITED STATES POSTAL SERVICE**

# Firm Mailing Book For Accountable Mail

**Name and Address of Sender:** Nancy Matis: Kramer, 11900 Ventura Blvd. #314, Studio City, Calif 91604

**Check type of mail or service**
- ☐ Adult Signature Required
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery (COD)
- ☐ Insured Mail
- ☐ Priority Mail
- ☐ Priority Mail Express
- ☐ Registered Mail
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation
- ☐ Signature Confirmation Restricted Delivery

**Affix Stamp Here** (for additional copies of this receipt). Postmark with Date of Receipt.

U.S. POSTAGE PAID
VAN NUYS, CA
91405
AUG 08, 18
AMOUNT
$3.00
R2305100482-18

| USPS Tracking/Article Number | Address (Name, Street, City, State, & ZIP Code) |
|---|---|
| RH 171 758 077 US  RH 003 452 279 US | Pope Francis, Palazzo Apostolico Vaticano, Citta del Vaticano 00120 |
| RH 121 758 085 US  RH 003 452 256 US | H.E. Cardinal Dominique Mamberti, Tribunal Supremo de la Signatura Apostolica, Citta del Vaticano 00120 |
| RH 121 758 099 US  RH 003 452 336 US | Queen Elizabeth II, Buckingham Palace, London England SW1A 1AA |
| RH 121 758 108 US  RH 003 452 424 US | International Court of Justice, Carnegieplein 2, 2517 KJ The Hague, The Netherlands |
| RH 121 758 111 US  RH 003 452 398 US | International Criminal Court, Office of the Prosecutor #15299, 2500 CM The Hague, The Netherlands |
| RH 121 758 125 US | Antonio Guterres, Sec-Gen of the United Nations, 405 East 42nd Street, NY NY 10017 |

Complaint-book

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.

**UNITED STATES POSTAL SERVICE**

**Firm Mailing Book For Accountable Mail**

Name and Address of Sender

: Nancy-Marie: Kremer.
c/o 17400 Ventura Blvd #309
Studio City, Calif. 91604

Check type of mail or service
- ☐ Adult Signature Required
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery (COD)
- ☐ Insured Mail
- ☐ Priority Mail

- ☐ Priority Mail Express
- ☐ Registered Mail
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation
- ☐ Signature Confirmation Restricted Delivery

Affix Stamp Here
(for additional copies of this receipt).
Postmark with Date of Receipt.

$4.00
AMOUNT
AUG 28 23
91400
VAN NUYS, CA
U.S. POSTAGE PAID
R2303100468-18

| USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | (Extra Service) Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ASR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | BCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RB 121 758 139 US | Donald J. Trump, Commander-in-Chief Mar-a-Lago 1100 Ocean Blvd South Palm Beach, Florida 33480 | | | | | | | | | | | | | |
| RB 121 758 142 US | Gen. Mark A. Milley Chairman of the Joint Chiefs of Staff 9999 Joint Staff Pentagon Washington, D.C. 20318-9999 | | | | | | | | | | | | | |
| RB 121 758 156 US | Lloyd J. Austin Secretary of Defense 1000 Defense Pentagon Washington, D.C. 20301-1000 | | | | | | | | | | | | | |
| RB 121 758 160 US | Major General Ronne R. Miller Provost Marshal General 2800 Army Pentagon Washington, D.C. 20310-2800 | | | | | | | | | | | | | |
| RB 121 758 173 US | Joseph Biden, President Ralph Nurse 1600 Pennsylvania Av. NW Washington, D.C. 20500 | | | | | | | | | | | | | |
| RB 121 758 187 US | Antony J. Blinken U.S. 303 2201 C Street NW 9226 Washington, D.C. 20520 | | | | | | | | | | | | | |
| RB 121 758 193 US | Janet Louise Yellen U.S. Secretary of Treasury 1500 Pennsylvania Av. NW Washington, DC 20220 | | | | | | | | | | | | | |
| RB 121 758 200 US | Merrick Garland U.S. Attorney General 950 Pennsylvania Av. NW 20530 Washington, D.C. 20530 | | | | | | | | | | | | | |

Postmaster (Name of receiving employee)   CN   Complete in Ink

| Total Number of Phones Listed by Sender | Total Number of Phones Received at Post Office |
|---|---|
| 6 | |

PS Form 3877, January 2017 (Page 1 of 2)
PSN 7830-02-000-9996

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.

**UNITED STATES POSTAL SERVICE**

**Firm Mailing Book For Accountable Mail**

Name and Address of Sender:
Nancy/Marie: Kramer,
c/o 12400 Ventura Blvd, #359
Studio City, Calif. 91604

Check type of mail or service
- ☐ Adult Signature Required
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery (COD)
- ☐ Insured Mail
- ☐ Priority Mail
- ☐ Priority Mail Express
- ☐ Registered Mail
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation
- ☐ Signature Confirmation Restricted Delivery

Affix Stamp Here
(for additional copies of this receipt)
Postmark with Date of Receipt.

U.S. POSTAGE PAID
VAN NUYS, CA
AUG 31, 2018
$4.00
R2305810048218

| # | USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Extra (Service) Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ABR Fee | ABRD Fee | RD Fee | RR Fee | RC Fee | SCRD Fee | BH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | RB 121 758 213 US | Gina Marie Raimondo, US Secretary of Commerce, 1401 Constitution Ave. NW, Washington D.C. 20230 | | | | | | | | | | | | | |
| 2 | RB 121 758 227 US | IRS Internal Revenue Service, 1111 Constitution Ave. NW, Washington D.C. 20224-0002 | | | | | | | | | | | | | |
| 3 | RB 121 758 235 US | US House of Representatives, 2236 Longworth H.O.B., Washington D.C. 20515-05712 | | | | | | | | | | | | | |
| 4 | RB 121 758 244 US | Kamala D. Harris V.P., 1600 Pennsylvania Ave. NW, Washington, D.C. 20500 | | | | | | | | | | | | | |
| 5 | RB 121 758 258 US | Patrick J. Leahy, US Senate President Pro Tempore, 437 Russell Senate Bldg, Washington DC 20510 | | | | | | | | | | | | | |
| 6 | RB 121 758 261 US | John Roberts Supreme Court, Chief of U.S. Supreme Court, First St. NE, Washington DC 20543 | | | | | | | | | | | | | |
| 7 | RB 121 758 275 US | Gavin Newsom, 1021 O Street #9000, Sacramento CA 95814 | | | | | | | | | | | | | |
| 8 | RB 121 758 289 US | County Tax Assessor, 500 W. Temple, Los Angeles CA 2-3-14 | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: 8
Total Number of Pieces Received at Post Office: _____
Postmaster, per (name of receiving employee)

PS Form 3877, January 2017 (Page 1 of 2)
PSN 7530-02-000-9996

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.

# UNITED STATES POSTAL SERVICE

## Firm Mailing Book For Accountable Mail

**Name and Address of Sender**

Nancy Marie: Kramer.
c/o 12400 Ventura Blvd. #319
Studio City, CA 91604

**Affix Stamp Here**
(for additional copies of this receipt).
*Postmark with Date of Receipt.*

**Check type of mail or service**

☐ Adult Signature Required
☐ Adult Signature Restricted Delivery
☐ Certified Mail
☐ Collect on Delivery (COD)
☐ Insured Mail
☐ Priority Mail
☐ Priority Mail Express
☐ Registered Mail
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

| USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code ™) | Postage | (Extra Service) Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ABR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. RB 121 758 292 US | California American General 1700 I Street Sacramento CA 95811 | | | | | | | | | | | | | |
| 2. RB 121 758 301 US | Steve Gordon, Director DMV 2415 1st Ave Sacramento CA 95818 | | | | | | | | | | | | | |
| 3. RB 121 758 315 US | Kim Johnson, Director CA Dept. of Social Services 744 P Street Sacramento CA 95814 | | | | | | | | | | | | | |
| 4. RB 121 758 329 US | Mark Ghaly, Secretary CA HHS 1600 Ninth Street #460 Sacramento CA 95814 | | | | | | | | | | | | | |
| 5. RB 121 758 332 US | Tony Thurmond Supervisor of Public Instruction 1430 N Street Sacramento CA 95814-5901 | | | | | | | | | | | | | |
| 6. RB 121 758 346 US | Anthony Rendon Speaker California State Assembly State Capitol Room 219 Sacramento CA 95814 | | | | | | | | | | | | | |
| 7. RB 121 758 350 US | Toni G Atkins President Pro Tempore California State Senate 1021 O Street #8518 Sacramento CA 95814 | | | | | | | | | | | | | |
| 8. RB 121 758 363 US | Shan R. Cortez Tysonia Court Reporter CA Court Rpt. 111 North 14th Street Lodi Beth Court 2.0012 | | | | | | | | | | | | | |

**Total Number of Pieces listed by Sender** 8
**Total Number of Pieces Received at Post Office**

Completed in Ink  (Postmaster/designated receiving employee)

US Form **3877**, January 2017 (Page 1 of 2)
SN 7530-03-000-9068

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.

U.S. POSTAGE PAID
VAN NUYS, CA
AUG 08, 22
AMOUNT $4.00
R2305100482-19

UNITED STATES
POSTAL SERVICE ®

Firm Mailing Book For Accountable Mail

Name and Address of Sender

Nancy Maria: Kumar,
c/o 12400 Ventura Blvd. #319
Studio City, Calif. 91604

Check type of mail or service
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery   ☐ Priority Mail Express
☐ Certified Mail                         ☐ Registered Mail
☐ Certified Mail Restricted Delivery     ☐ Return Receipt for
☐ Collect on Delivery (COD)                 Merchandise
☐ Insured Mail                           ☐ Signature Confirmation
☐ Priority Mail                          ☐ Signature Confirmation
                                            Restricted Delivery

Affix Stamp Here
(For additional copies of this receipt)
Postmark with Date of Receipt.

| USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | (Extra Service) Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ASR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RB 121 758 377 US | Sheriff Alex Villanueva County of Los Angeles 211 West Temple Street Los Angeles, CA 90012 | | | | | | | | | | | | | |
| RB 121 758 385 US | Mitha L. Swiss LA Ch. Supervisor 500 W. Temple St. Lt. CA | | | | | | | | | | | | | |
| RB 121 758 394 US | Holly J. Mitchell LA City Supervisor 500 W. Temple St. Lt. CA 90012 | | | | | | | | | | | | | |
| RB 121 758 403 US | Sheila A. Kuehl LA City Supervisor 500 W. Temple St. CA 90012 | | | | | | | | | | | | | |
| RB 121 758 417 US | Janice Hahn LA City Supervisor 500 W. Temple St. Lt. CA 90012 | | | | | | | | | | | | | |
| RB 121 758 425 US | Kathryn Barger LA City Supervisor 500 W. Temple St. Lt. CA 90012 | | | | | | | | | | | | | |
| RB 121 758 434 US | Jeffrey Gibson LA County Assessor 211 West Temple St. Lt. CA 90012 | | | | | | | | | | | | | |
| RB 121 758 448 US | Jeffrey Prang LA County Assessor 500 West Temple St. CA 90012 | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender  8

Total Number of Pieces Received at Post Office

Postmaster, per _____ (Name of receiving employee)   Complete by Poli

PS Form 3877, January 2017 (Page 1 of 2)   PSN 7530-02-000-9086

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.

Notice to Agent is Notice to All Principals and Notice to Principals is Notice to All Agents

**Nancy Marie Kremer©**
Private American State National
One of the People in Compact
c/o 12400 Ventura Blvd. suite 319,
on Studio City, on California

September 19, 2022

Respondents:

POPE FRANCIS
℅ Palazzo Apostolico Vaticano
Citta del Vaticano 00120
RB 121 758 519 US

H.E. Cardinal Dominique Mamberti
Tribunal Suprema de la Signatura Apostolica
Citta del Vaticano 00120
RB 121 758 522 US

Queen Elizabeth II/King Charles III
Buckingham Palace
London SW1A 1AA
RB 121 758 536 US

International Court of Justice
Carnegieplein 2
2517 KJ The Hague
The Netherlands
RB 121 758 540 US

International Criminal Court
Office of the Prosecutor Communications
Post Office Box 19519
2500 CM The Hague
The Netherlands
RB 121 758 553 US

Notice to Agent is Notice to All Principals and Notice to Principals is Notice to All Agents

Secretary-General ANTONIO GUTERRES of the United Nations
405 East 42nd Street
New York, New York 10017
RB 121 758 567 US

DONALD J. TRUMP, Commander-In-Chief
Mar-A-Lago
1100 South Ocean Boulevard
Palm Beach, Florida 33480
RB 121 758 575 US

GEN. MARK A. MILLEY, Chairman of the Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, DC 20318-9999
RB 121 758 584 US

LLOYD J. AUSTIN, Secretary of Defense
1400 Defense Pentagon
Washington D.C. 20301-1000
RB 121 758 598 US

MAJ. GEN. DUANE R. MILLER, Provost Marshal General
2800 Army Pentagon
Washington D.C. 20310-2800
RB 121 758 607 US

JOSEPH BIDEN, President
The White House
1600 Pennsylvania Avenue NW
Washington D.C. 20500
RB 121 758 615 US

ANTONY JOHN BLINKEN, U.S. SECRETARY OF STATE
2201 C Street NW, Suite 7226
Washington, D.C. 20520
RB 121 758 624 US

Notice to Agent is Notice to All Principals and Notice to Principals is Notice to All Agents

JANET LOUISE YELLEN, U.S. Secretary of Treasury
1500 Pennsylvania Avenue NW
Washington, D.C. 20220
RB 121 758 638 US

MERRICK BRIAN GARLAND, U.S. Attorney General
10th St. & Constitution Avenue NW, Suite 5137
Washington D.C. 20530
RB 121 758 641 US

GINA MARIE RAIMONDO, U.S. SECRETARY OF COMMERCE
1401 Constitution Avenue NW
Washington, D.C. 20230
RB 121 758 655 US

CHARLES P. RETTIG, Commissioner
IRS/Internal Revenue Service
1111 Constitution Avenue NW
Washington D.C. 20224-0002
RB 121 758 669 US

NANCY PELOSI, U.S. Speaker of the U.S. House of Representatives
1236 Longworth H.O.B.
Washington D.C. 20515-0512
RB 121 758 672 US

KAMALA D. HARRIS, Vice President
1600 Pennsylvania Avenue NW
Washington, DC 20500
RB 121 758 686 US

PATRICK J. LEAHY, U.S. Senate President Pro Tempore
437 Russell Senate Building
Washington, DC 20510
RB 121 758 690 US

JOHN ROBERTS, Chief of U.S. Supreme Court
1 First Street, N.E.
Washington, D.C. 20543
RB 121 758 709 US

Notice to Agent is Notice to All Principals and Notice to Principals is Notice to All Agents

GAVIN NEWSOM, Governor
1021 O Street, Suite 9000
Sacramento, California 95814
RB 121 758 712 US

SHIRLEY NASH WEBER, CALIFORNIA SECRETARY OF STATE
1500 11th Street, 2nd Floor
Sacramento, CA 95814
RB 121 758 726 US

ROB BONTA, California Attorney General
1300 "I" Street
Sacramento, CA 95814-2919
RB 121 758 730 US

STEVE GORDON, DIRECTOR DEPARTMENT OF MOTOR VEHICLES
DMV Headquarters
2415 1st Avenue
Sacramento, CA 95818
RB 121 758 743 US

KIM JOHNSON, California Dept of Social Services Director
744 P Street
Sacramento, California 95814
RB 121 758 757 US

MARK GHALY, California HHS Secretary
1600 Ninth Street, Room 460
Sacramento, CA 95814
RB 121 758 765 US

TONY THURMOND, Supervisor of Public Instruction
1430 N Street
Sacramento, California 95814-5901
RB 121 758 774 US

Notice to Agent is Notice to All Principals and Notice to Principals is Notice to All Agents

ANTHONY RENDON, Speaker California State Assembly
State Capitol Room 219
Sacramento, CA 95814
RB 121 758 788 US

TONI G. ATKINS, California State Senate President pro Tempore
1021 O Street Suite 8518
Sacramento, CA 95814
RB 121 758 791 US

SHERRI R. CARTER
SUPERIOR COURT OF CALIFORNIA
County of Los Angeles
111 North Hill Street
Los Angeles, CA 90012
RB 121 758 805 US

ALEX VILLANUEVA, SHERIFF
COUNTY OF LOS ANGELES
211 West Temple Street
Los Angeles, CA 90012
RB 121 758 814 US

HILDA L. SOLIS, Los Angeles County Supervisor
500 West Temple St.
Los Angeles, CA 90012
RB 121 758 828 US

HOLLY J. MITCHELL, Los Angeles County Supervisor
500 West Temple St.
Los Angeles, CA 90012
RB 121 758 831 US

SHEILA KUEHL, Los Angeles County Supervisor
500 West Temple St.
Los Angeles, CA 90012
RB 121 758 845 US

Notice to Agent is Notice to All Principals and Notice to Principals is Notice to All Agents

JANICE HAHN, Los Angeles County Supervisor
500 West Temple St.
Los Angeles, CA 90012
RB 121 758 859 US

KATHRYN BARGER, Los Angeles County Supervisor
500 West Temple St.
Los Angeles, CA 90012
RB 121 758 862 US

GEORGE GASCON, Los Angeles District Attorney
211 West Temple Street
Los Angeles, CA 90012
RB 121 758 876 US

JEFFREY PRANG, Los Angeles County Assessor
500 West Temple Street
Los Angeles, CA, 90012
RB 121 758 880 US

# Certificate of Default in Dishonor:

### Certificate of Origin No: RB 121 758 071 US

Date: September 19, 2022

This Certificate of Default through Dishonor and Acquiescence attaches to the undersigned's Declaration of Truth, Status, and Corporate Frauds in the Form of an Affidavit served on Respondents on or about August 8, 2022, and whereby through your voluntary act of Dishonor and Acquiescence to said Declaration of Truth, Status, and Corporate Frauds in the Form of an Affidavit wherein "Silence can only be equated with Fraud when there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading." citing: [U.S. v Pruden, 424 F.2d 1021 (1970)]

Defaults have now resulted from the following Government Corporate Officials & Managers

Notice to Agent is Notice to All Principals and Notice to Principals is Notice to All Agents

POPE FRANCIS
℅ Palazzo Apostolico Vaticano
Citta del Vaticano 00120

H.E. Cardinal Dominique Mamberti
Tribunal Suprema de la Signatura Apostolica
Citta del Vaticano 00120

Queen Elizabeth II/King Charles III
Buckingham Palace
London SW1A 1AA

International Court of Justice
Carnegieplein 2
2517 KJ The Hague
The Netherlands

International Criminal Court
Office of the Prosecutor Communications
Post Office Box 19519
2500 CM The Hague
The Netherlands

Secretary-General ANTONIO GUTERRES of the United Nations
405 East 42nd Street
New York, New York  10017

DONALD J. TRUMP, Commander-In-Chief
Mar-A-Lago
1100 South Ocean Boulevard
Palm Beach, Florida  33480

GEN. MARK A. MILLEY, Chairman of the Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, DC 20318-9999

LLOYD J. AUSTIN, Secretary of Defense
1400 Defense Pentagon

Notice to Agent is Notice to All Principals and Notice to Principals is Notice to All Agents

Washington D.C. 20301-1000

MAJ. GEN. DUANE R. MILLER, Provost Marshal General
2800 Army Pentagon
Washington D.C. 20310-2800

JOSEPH BIDEN, President
The White House
1600 Pennsylvania Avenue NW
Washington D.C. 20500

ANTONY JOHN BLINKEN, U.S. SECRETARY OF STATE
2201 C Street NW, Suite 7226
Washington, D.C. 20520

JANET LOUISE YELLEN, U.S. Secretary of Treasury
1500 Pennsylvania Avenue NW
Washington, D.C. 20220

MERRICK BRIAN GARLAND, U.S. Attorney General
10th St. &  Constitution Avenue NW, Suite 5137
Washington D.C. 20530

GINA MARIE RAIMONDO, U.S. SECRETARY OF COMMERCE
1401 Constitution Avenue NW
Washington, D.C. 20230

CHARLES P. RETTIG, Commissioner
IRS/Internal Revenue Service
1111 Constitution Avenue NW
Washington D.C. 20224-0002

NANCY PELOSI, U.S. Speaker of the U.S. House of Representatives
1236 Longworth H.O.B.
Washington D.C. 20515-0512

KAMALA D. HARRIS, Vice President
1600 Pennsylvania Avenue NW

Notice to Agent is Notice to All Principals and Notice to Principals is Notice to All Agents

Washington, DC  20500

PATRICK J. LEAHY, U.S. Senate President Pro Tempore
437 Russell Senate Building
Washington, DC 20510

JOHN ROBERTS, Chief of U.S. Supreme Court
1 First Street, N.E.
Washington, D.C. 20543

GAVIN NEWSOM, Governor
1021 O Street, Suite 9000
Sacramento, California 95814

SHIRLEY NASH WEBER, CALIFORNIA SECRETARY OF STATE
1500 11th Street, 2nd Floor
Sacramento, CA 95814

ROB BONTA, California Attorney General
1300 "I" Street
Sacramento, CA 95814-2919

STEVE GORDON, DIRECTOR DEPARTMENT OF MOTOR VEHICLES
DMV Headquarters
2415 1st Avenue
Sacramento, CA 95818

KIM JOHNSON, California Dept of Social Services Director
744 P Street
Sacramento, California  95814

MARK GHALY, California HHS Secretary
1600 Ninth Street, Room 460
Sacramento, CA  95814

TONY THURMOND, Supervisor of Public Instruction
1430 N Street
Sacramento, California 95814-5901

Notice to Agent is Notice to All Principals and Notice to Principals is Notice to All Agents

ANTHONY RENDON, Speaker California State Assembly
State Capitol Room 219
Sacramento, CA 95814

TONI G. ATKINS, California State Senate President pro Tempore
1021 O Street Suite 8518
Sacramento, CA 95814

SHERRI R. CARTER
SUPERIOR COURT OF CALIFORNIA
County of Los Angeles
111 North Hill Street
Los Angeles, CA 90012

ALEX VILLANUEVA, SHERIFF
COUNTY OF LOS ANGELES
211 West Temple Street
Los Angeles, CA 90012

HILDA L. SOLIS, Los Angeles County Supervisor
500 West Temple St.
Los Angeles, CA 90012

HOLLY J. MITCHELL, Los Angeles County Supervisor
500 West Temple St.
Los Angeles, CA 90012

SHEILA KUEHL, Los Angeles County Supervisor
500 West Temple St.
Los Angeles, CA 90012

JANICE HAHN, Los Angeles County Supervisor
500 West Temple St.
Los Angeles, CA 90012

KATHRYN BARGER, Los Angeles County Supervisor
500 West Temple St.
Los Angeles, CA 90012

Notice to Agent is Notice to All Principals and Notice to Principals is Notice to All Agents

GEORGE GASCON, Los Angeles District Attorney
211 West Temple Street
Los Angeles, CA 90012

JEFFREY PRANG, Los Angeles County Assessor
500 West Temple Street
Los Angeles, CA, 90012

Conclusion & Judgment: "A Declaration, if not contested in a timely manner, is considered undisputed facts as a matter of law." [Morris v NCR, 44 SW2d, 433], and "Silence can only be equated with fraud when there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading." [U.S. V Pruden, 424 F.2d 1021 (1970)], and thusly a Declaration after thirty days becomes the final judgment in commerce. Therefore, this matter now stands res judicata, and is stare decisis, as no one served has responded to any of the facts as required in the form of a sworn Affidavit in any meaningful way of all the truths in the contents presented as required by law, thereby fully admitting to the entirety of this Declaration of Truth, Status, and Corporate Frauds in the Form of an Affidavit through their own tacit consent.

With the CORPORATE and Municipal U.S. Bankruptcies along with all their admitted Fraud now fully established on the Record this case stands res judicta and is stare decisis, and a True Bill in Commerce will issue for the Damages. True Bill or No Bill in Commerce enclosed.

All Rights Reserved without Prejudice

By: Nancy-Marie Kremer.

Nancy Marie Kremer©, Private American State National



**LOS ANGELES COUNTY**
**REGISTRAR-RECORDER/COUNTY CLERK**

**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

STATE OF CALIFORNIA      )
COUNTY OF LOS ANGELES )

I, DEAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY
THAT **ALLA MISHIYEVA** at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of
California, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the
acknowledgement or proof of powers of attorney, mortgages, deeds, grant transfers, and other instruments of writing
executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident
to the duties of the officer or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and
it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being
of record in this office.

(Valid only if the certification bears the
embossed Seal of the Registrar-
Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and
have hereunto set my hand and affixed the seal of
said County this

___**22nd**___ day of ___**September**___ , 2022

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____

**VICTOR ZAVALA, Deputy County Clerk**

BRF03-3/3/2009

12400 IMPERIAL HIGHWAY, NORWALK, CA 90050                                    LAVOTE.GOV

gent is Notice to All Principals and Notice to Principals is Notice to All Agents

## CALIFORNIA NOTARIAL CERTIFICATE

### (JURAT)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this ___19___ day of _September_ 2022,

by Nancy Marie Kremer, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature _Alla Mishiyeva_                    (SEAL)



ALLA MISHIYEVA
COMM. #2311279
Notary Public - California
Los Angeles County
My Comm. Expires Nov. 30, 2023

# True Bill in Commerce

Certificate of Origin No: RB 121 758 071 US

Date: September 19, 2022

Bill To:
Pope Francis
℅ Palazzo Apostolico Vaticano
Citta del Vaticano 00120

King Charles III/Queen Elizabeth II
Buckingham Palace
London England SW1A 1AA

Joseph Biden, President
The White House
1600 Pennsylvania Avenue NW
Washington D.C. 20500

Remit To:
Nancy Marie Kremer
℅ 12400 Ventura Blvd #319
Studio City, California [91604]

Billing Info:   Pursuant to Undersigned's Notice of Fee Schedule

Trespass Fee Schedule by public officials, police officers, judges, attorneys and all other
Commercial and/or Private Entities in breach of Public Laws desiring to contract:

A) Personage                    1 count @ 6,000,000.00/ea  $ 6,000,000.00

B) Dishonor in Commerce         1 count @ $1,000,000/ea    $ 1,000,000.00

**Total Amount Due is seven million dollars ($ 7,000,000.00).**

**Additional PENALTIES may be added:**

**Any act of TRESPASS**

**A) Triple damages penalty for non-payment**

**B) Attempted extortion of funds from birth certificate account, Social security
account or any other associated account by fraud, deception and or Forgery by any
agent, entity or corporation or charge @ 6,000,000/ea**

**C) Attempted extortion of signature or charge @ $6,000,000 per count**

Page 1 of 3

Notice to Agent is Notice to Principal and Notice to Principal is Notice to All Agents

**D) Attempted forgery of signature or charge @ $6,000,000 per count**

All claims are stated in U.S. Dollars which means that a U.S. Dollar will be defined, for this purpose as a One Ounce Silver Coin of .999 pure silver or the equivalent par value as established by law or the exchange rate, as set by the U.S. Mint, which ever is the higher amount, for a certified One Ounce Silver Coin (U.S. Silver Dollar) at the time of the first day of Default as set forth herein, if the claim is to be paid in Federal Reserve Notes, Federal Reserve Notes will be assessed at Par Value as indicated above.

Additional Damages will be assessed for any act of Criminal Trespass against Declarant, or any act of Criminal Conversion for not timely paying the Sum Certain with any other Punitive Damages due in a timely manner as specified herein.

Payment is due 15 days after receipt and is late with a Criminal Conversion Penalty added after 30 days.

Make payment to:
Nancy Marie Kremer©
c/o 12400 Ventura Blvd #319
on Studio City
on California [91604]

In addition, all Respondents may be forwarded to a Grand Jury of the living men and women as based on the Magna Carta for further investigation of Treason, Personage, Barratry, Bodily Harm from any of the unrebutted Averments, and any other Presentment from a Grand Jury outside of the Averments.

All Rights Reserved without Prejudice

By: _Nancy Marie Kremer._                    ©

Nancy Marie Kremer©, a living woman
Private American State National

On this the 19th day of September, 2022, I served the Respondents hereto the following enclosed document by Registered U.S. Mail from Los Angeles, California.

*Declarant's Final True Bill in Commerce.*



## LOS ANGELES COUNTY
### REGISTRAR-RECORDER/COUNTY CLERK

**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES )

I, DEAN C. LOGAN, County Clerk of the County of Los Angeles, State of California, in and for said County DO HEREBY CERTIFY THAT **ALLA MISHIYEVA** at time of signing a duly commissioned, qualified and acting NOTARY PUBLIC, in the State of California, County of Los Angeles, empowered to act as such Notary in any part of this State and authorized to take the acknowledgement or proof of powers of attorney, mortgages, deeds, grant transfers, and other instruments of writing executed by any person, and to take depositions and affidavits and administer oaths and affirmations in all matters incident to the duties of the officer or to be used before any court, judge, officer, or board.

I FURTHER CERTIFY that the seal affixed or impressed on the attached document is the official seal of said Notary Public and it appears that the name subscribed thereon is the genuine signature of the person aforesaid, his (or her) signature being of record in this office.

(Valid only if the certification bears the embossed Seal of the Registrar-Recorder/County Clerk.)

IN WITNESS WHEREOF, I execute this certificate and have hereunto set my hand and affixed the seal of said County this

**22nd** day of **September** , 2022

DEAN C. LOGAN
Registrar-Recorder/County Clerk

By: _____
VICTOR ZAVALA, Deputy County Clerk

BRF03-3/3/2009

o Agent is Notice to Principal and Notice to Principal is Notice to All Agents

*Addressed to Respondent at:*

**Pope Francis**
**% Palazzo Apostolico Vaticano**
**Citta del Vaticano 00120**
**RB 121 758 519 US**

**Joseph Biden, President**
**The White House**
**1600 Pennsylvania Avenue NW**
**Washington D.C. 20500**
**RB 121 758 615 US**

**King Charles III/Queen Elizabeth II**
**Buckingham Palace**
**London SW1A 1AA**
**RB 121 758 536 US**

I certify under the penalty of perjury under the Laws of The united States of America

(1787), without the UNITED STATES, Inc. or any other Corporate/Municipal name, that the

foregoing is true, correct, and complete.

Signed this the 19th day of September, 2022 C.E. on Los Angeles County on California.

All Rights Reserved Without Prejudice

by: Nancy Marie Kremer.                ®

Nancy Marie Kremer©, Private American State National

## CALIFORNIA NOTARIAL CERTIFICATE
### (JURAT)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of  Los Angeles

Subscribed and sworn to (or affirmed) before me on this 19th day of September, 2022,

by Nancy Marie Kremer, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature _____                (SEAL)

Signature of Notary

ALLA MISHIYEVA
COMM. #2311279
Notary Public - California
Los Angeles County
My Comm. Expires Nov. 30, 2023

Page 3 of 3

**UNITED STATES POSTAL SERVICE®**

**Firm Mailing Book For Accountable Mail**

Name and Address of Sender
Nancy Marie Klemm
c/o 12400 Ventura Blvd #374
Studio City, CA 91604

Check type of mail or service:
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery   ☐ Priority Mail Express
☐ Certified Mail   ☐ Registered Mail
☐ Certified Mail Restricted Delivery   ☐ Return Receipt for Merchandise
☐ Collect on Delivery (COD)   ☐ Signature Confirmation
☐ Insured Mail   ☐ Signature Confirmation Restricted Delivery
☐ Priority Mail

Affix Stamp Here
(for additional copies of this receipt).
Postmark with Date of Receipt.

| | USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) | Postage | (Extra Service) Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ASR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | RB 121 358 517 US | Pope Francis etc. Palazzo Apostolico Città del Vaticano 00120 | | | | | | | | | | | | | |
| 2 | RB 121 358 532 US | H.E. Cardinal Ouellet Congregazione per i Vescovi 00120 | | | | | | | | | | | | | |
| 3 | RB 121 358 536 US | King Charles III Buckingham Palace London SW1A 1AA | | | | | | | | | | | | | |
| 4 | RB 121 358 540 US | International Conf. of Justice Carnegieplein 2 2517 KJ The Hague | | | | | | | | | | | | | |
| 5 | RB 121 358 553 US | International Criminal Court Office of the Prosecutor P.O. Box 19519 2500 CM The Hague The Netherlands | | | | | | | | | | | | | |
| 6 | RB 121 358 567 US | Secretary General Antonio Guterres 405 East 42nd Street New York, New York 10017 | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |

Total Number of Pieces Received (if Post Office)

Postmaster (or Name of receiving employee)

Complete in ink

U.S. POSTAGE PAID
VAN NUYS, CA
BY 406
SEP 19, 2022
AMOUNT
$3.00
R2303510009B

VAN NUYS MAIN CTR SEP 19 2022

PS Form 3877 February 2017 (Page 1 of 2) PSN 7530-02-000-9996

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.

# UNITED STATES POSTAL SERVICE

## Firm Mailing Book For Accountable Mail

**Name and Address of Sender:**
Mercy Marie: Kramer
c/o 12400 Ventura Blvd #319
Studio City, Calif 91604

**Check type of mail or service:**
- ☐ Priority Mail Express
- ☐ Adult Signature Required
- ☐ Adult Signature Restricted Delivery
- ☐ Registered Mail
- ☐ Certified Mail
- ☐ Return Receipt for Merchandise
- ☐ Certified Mail Restricted Delivery
- ☐ Signature Confirmation
- ☐ Collect on Delivery (COD)
- ☐ Signature Confirmation Restricted Delivery
- ☐ Insured Mail
- ☐ Priority Mail

Affix Stamp Here
(for additional copies of this receipt)
Postmark with Date of Receipt.

U.S. POSTAGE PAID
VAN NUYS, CA
SEP 13 '06 '206
AMOUNT
$4.00
R2303S100098

| # | USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code) |
|---|---|---|
| 1 | RB 121 758 535 US | Merrick J. Trent, Commander for Chief Nvr. A. Corp. 1100 15th Ocean Blvd. Palm Beach Florida 33480 |
| 2 | RB 121 758 584 US | Gen. Mark A. Milley Chairman of the Joint Chiefs of Staff 9999 Joint Staff Pentagon Washington D.C. 20318-9999 |
| 3 | RB 121 758 598 US | Lloyd J. Austin Secretary of Defense 1400 Defense Pentagon Washington D.C. 20301-1600 |
| 4 | RB 121 758 607 US | Maj. Gen. Duane R. Miller 2900 Army Pentagon Washington DC 20310-2900 |
| 5 | RB 121 758 615 US | Joseph Biden President The White House 1600 Pennsylvania Ave. NW Washington D.C. 20500 |
| 6 | RB 121 758 624 US | Antony John Blinken U.S. Secretary of State 2201 C Street NW Washington DC 20520 |
| 7 | RB 121 758 638 US | Janet Louise Yellen U.S. Secretary of Treasury 1500 Pennsylvania Ave NW Washington DC 20220 |
| 8 | RB 121 758 641 US | Merrick Brian Garland US Attorney General 950 Pennsylvania Ave NW Washington DC 20530 |

**Total Number of Pieces Listed by Sender** __

**Total Number of Pieces Received at Post Office** __

Postmaster, Per (Name of receiving employee) __

Completed in Ink

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.

Handling Charge - If Req

Adult Sign
Adult Signature
Restrict
Return
Signature Confirmation
Signature Confirmation Restricted Delivery
Special Handling

**UNITED STATES POSTAL SERVICE**

**Firm Mailing Book For Accountable Mail**

Name and Address of Sender:
Mary Marie Kremer.
c/o 12700 Ventura Blvd. #394
Studio City, CA 91604

Affix Stamp Here
(for additional copies of this receipt).
Postmark with Date of Receipt.

Check type of mail or service:
- ☐ Priority Mail Express
- ☐ Adult Signature Required
- ☐ Registered Mail
- ☐ Certified Mail
- ☐ Return Receipt for Merchandise
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery (COD)
- ☐ Signature Confirmation
- ☐ Insured Mail
- ☐ Signature Confirmation Restricted Delivery
- ☐ Priority Mail

| # | USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code) |
|---|---|---|
| 1 | KB 121 758 605 US | Gina Marie Raimondo / U.S. Secretary of Commerce / 1401 Constitution Ave. NW / Washington D.C. 20230 |
| 2 | KB 121 758 669 US | Charles P. Rettig / Commissioner / IRS - Internal Revenue Service / 1111 Constitution Ave. NW / Washington D.C. 20224-0002 |
| 3 | KB 121 758 672 US | Nancy Pelosi / U.S. Speaker of the House of Representatives / 1236 Longworth H.O.B. / Washington D.C. 20515-0512 |
| 4 | KB 121 758 686 US | Kamala D. Harris / Vice President / 1600 Pennsylvania Ave. NW / Washington D.C. |
| 5 | KB 121 758 690 US | Ketanji Brown Jackson / U.S. Assoc. Justice Sup. Court / Washington D.C. 20543 |
| 6 | KB 121 758 709 US | John Roberts / Chief Justice / U.S. Supreme Court / 1 First Street N.E. / Washington D.C. 20543 |
| 7 | KB 121 758 712 US | Gavin Newsom / Governor / 1021 O Street #900 / Sacramento, Calif. |
| 8 | KB 121 758 726 US | Shirley Nash Weber / California Secretary of State / 1500 11th Street / Sacramento, CA 95814 |

Total Number of Pieces Listed by Sender

Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

Complete In Ink

U.S. POSTAGE PAID
VAN NUYS, CA
SEP 19 2022
AMOUNT
$4.00
R2303910098

PS Form 3877, January 2017 (Page 1 of 2) PSN 7530-02-000-9066

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy.

Handling Charge - if Regis'

Adult

Adult Sig

Signature Confirmation

Signature Confirmation Restricted Delivery

Special Handling

**UNITED STATES POSTAL SERVICE**

**Firm Mailing Book For Accountable Mail**

Name and Address of Sender:

: Nancy Malia Kramer
(c/o 12400 Ventura Blvd #919
Studio City, Calf 91604

Check type of mail or service:
- ☐ Adult Signature Required
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery (COD)
- ☐ Insured Mail
- ☐ Priority Mail
- ☐ Priority Mail Express
- ☐ Registered Mail
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation
- ☐ Signature Confirmation Restricted Delivery

Affix Stamp Here
(for additional copies of this receipt).
Postmark with Date of Receipt.

| | USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code™) |
|---|---|---|
| 1 | KB 121 758 826 US | Rob Bonta, Attorney General 1300 "I" Street, Sacramento, Calif. 95814-2919 |
| 2 | KB 121 758 743 US | Steve Gordon, Director of Dept. of Motor Vehicles 2415 1st Avenue, Sacramento Calif. 95 817 |
| 3 | KB 121 758 757 US | Kim Johnson Calif Dept of Special Services Dir. 744 P Street Sacramento Calif 95814 |
| 4 | KB 121 758 774 US | Mark Ghaly HHS Secretary 1600 Ninth Street Room 460 Sacramento Calif 95814 |
| 5 | KB 121 758 765 US | Tony Thurmond Superintent of Public Instruction 1430 N Street Sacramento Calif 95814 |
| 6 | KB 121 758 788 US | Anthony Rendon State Capitol Room 219 Sacramento CA 95814 |
| 7 | KB 121 758 791 US | Toni G. Atkins Cali Senate Pres Tem 1021 O Street Suite 8518 Sacramento CA 95814 |
| 8 | KB 121 805 US | Sherri R Carter Superior Court of California 111 N Hill St ... 90012 |

Complete in ink

Total Number of Pieces Received at Post Office

PS Form 3877, January 2017 (Page 1 of 2)

U.S. POSTAGE PAID
VAN NUYS, CA
SEP 18 22
AMOUNT
$4.00
R2303S100080

# UNITED STATES POSTAL SERVICE

## Firm Mailing Book For Accountable Mail

**Name and Address of Sender:**
Nancy Marie : Kiener
c/o 12940 Venture Blvd #291
Studio City, CA 91604

**Check type of mail or service:**
- ☐ Adult Signature Required
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery (COD)
- ☐ Insured Mail
- ☐ Priority Mail
- ☐ Priority Mail Express
- ☐ Registered Mail
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation
- ☐ Signature Confirmation Restricted Delivery

| | USPS Tracking/Article Number | Addressee (Name, Street, City, State, & ZIP Code) |
|---|---|---|
| 1 | RA 121 758 814 US | Alex Villanueva, Sheriff, Carson, CA ... |
| 2 | RA 121 758 879 US | ... Los Angeles County Superior ... Los Angeles, CA 90012 |
| 3 | RA 121 758 831 US | Holly J. Mitchell ... Los Angeles County Supervisor ... Los Angeles, CA 90012 |
| 4 | RA 121 758 845 US | Sheila Kuehl ... Supervisor ... Los Angeles, CA 90012 |
| 5 | RA 121 758 859 US | ... Supervisor ... Los Angeles, CA 90012 |
| 6 | RA 121 758 862 US | Kathryn Barger ... Supervisor ... Los Angeles, CA 90012 |
| 7 | RA 121 758 876 US | ... Los Angeles, CA 90012 |
| 8 | RA 121 758 880 US | ... Los Angeles, CA 90012 |

**Total Number of Pieces Listed by Sender**

**Total Number of Pieces Received at Post Office**

Postmaster, Per (Name of receiving employee)

PS Form 3877, January 2017 (Page 1 of 2)

| Postage | (Extra Service) Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | ASR Fee | ASRD Fee | RD Fee | RR Fee | SC Fee | SCRD Fee | SH Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

$50,000 in value

Handling Charge —

U.S. POSTAGE PAID
VAN NUYS, CA
SEP 18 2021
AMOUNT
$4.00
R2305S100098

0000

ired
Delivery
Return Receipt
Signature Confirmation
Signature Confirmation Restricted Delivery
Special Handling

Complete in ink

Privacy Notice: For more information on USPS privacy policies, visit usps.com/privacypolicy