JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY MARIE KREMER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH BIDEN, et al,<br><br>　　　　Defendants. | Case No. 2:22-cv-07918-SB-PVC<br><br><br>ORDER DISMISSING CASE |

　　　Plaintiff filed her complaint, in which she asserts she was made to be a "surety for a corporate fiction," on October 31, 2022.  Dkt. No. 1.  In November, the Court reminded Plaintiff "that she must file proof of service on Defendants within the time specified by Federal Rule of Civil Procedure 4" and that "[f]ailure to so file may result in dismissal of this action without prejudice."  Dkt. No. 11.  In February, the Court denied Plaintiff's "Application for Registration of Foreign Judgment."  Dkt. No. 12.  In that same order, the Court noted that Plaintiff had failed to file proof of service within the timeframe specified by the Federal Rules and ordered Plaintiff to show cause, no later than February 14, why this action should not be dismissed for lack of prosecution.  *Id*.  The Court stated that "[f]ailure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety, as previously advised by the Court."  *Id*.

　　　Ten days have passed since the Court's deadline and Plaintiff has failed to respond to the order to show cause.  The Court therefore DISMISSES this case without prejudice.  The clerk is directed to close this case.  IT IS SO ORDERED.

Date: February 24, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge